# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 06-cv-00554-REB-BNB

ROCKY MOUNTAIN CHRISTIAN CHURCH, a Colorado nonprofit corporation,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY, COLORADO,

    Defendant.

## MINUTE ORDER[1]

    Defendant Board of County Commissioners of Boulder County, Colorado's Motion for Modification of District Court Practice Standards Regarding Motion to Dismiss [#5], filed on March 29, 2006, is GRANTED and the tendered motion and exhibit are accepted for filing.

Dated: April 11, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.