# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No. 06-cv-00554-REB-BNB

ROCKY MOUNTAIN CHRISTIAN CHURCH, a Colorado nonprofit corporation,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY, COLORADO,

    Defendant.

## ORDER CONCERNING NOTICE OF CLAIM OF UNCONSTITUTIONALITY

**Blackburn, J.**

    This matter is before me on the **United States of America's Acknowledgment of Challenge to the Constitutionality of an Act of Congress** [#18], filed May 3, 2006. In its motion to dismiss, the defendant has challenged the constitutionality of the Religious Land Use and Institutionalized Person Act of 2000 (RLUIPA), 42 U.S.C. §§ 2000cc - 2000cc-5.

    The United States notes that it has not received notice of this challenge as required by Fed. R. Civ. P. 24(c). I note also that the defendant has not filed a notice of claim of unconstitutionality, as required by D.C.COLO.LCivR 24.1.A. Compliance with Local Rule 24.1.A. ensures that the requirements of Rule 24 of the Federal Rules of Civil Procedure are satisfied. The United States indicates that it has not yet decided whether to intervene in this action, and asks that I defer any ruling on the constitutionality of the RLUIPA until the Solicitor General has had an opportunity to determine whether the United States should intervene in this action.

2

**THEREFORE, IT IS ORDERED** as follows:

1. That the United States' request that I defer ruling on the constitutionality of the RLUIPA is **GRANTED**, and any such ruling will be deferred until June 30, 2006;

2. That on or before **June 7, 2006**, the United States **SHALL FILE** a status report describing progress toward obtaining a determination from the Solicitor General concerning the United States' possible intervention in this case; and

3. That on or before **May 15, 2006**, the defendant **SHALL FILE** a notice of claim of unconstitutionality concerning its claim that the RLUIPA is unconstitutional, as required by D.C.COLO.LCivR 24.1.A.

Dated May 4, 2006, at Denver, Colorado.

                                              **BY THE COURT:**

                                              **s/ Robert E. Blackburn**
                                              **Robert E. Blackburn**
                                              **United States District Judge**