**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00554-REB-BNB

ROCKY MOUNTAIN CHRISTIAN CHURCH, a Colorado nonprofit corporation,

      Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY, COLORADO,

      Defendant.

---

MINUTE ORDER[1]

---

      The Unopposed Motion for Modification of District Court Practice Standards Regarding Response to Motion to Dismiss [#11] filed April 17, 2006, is GRANTED. Plaintiff's response to the motion to dismiss shall be limited to 31 pages.  Under REB Civ. Practice Standard V.A.1, the certificate of service is not included in determining compliance with page limitations.

Dated:  May 11, 2006
-------------------------------------------------------------------------------------------------------------------------

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.