# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 06-cv-00554-REB-BNB

ROCKY MOUNTAIN CHRISTIAN CHURCH, a Colorado nonprofit corporation,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY, COLORADO,

    Defendant.

## MINUTE ORDER[1]

    The Joint Unopposed Motion to Set Briefing Schedule and for Modification of Practice Standards Regarding Motion to Dismiss Amended Complaint, Response and Reply [#28] filed on May 15, 2006, is GRANTED in part, and DENIED in part. The motion to dismiss the amended complaint shall be filed on or before **June 30, 2006**. RMCC shall file its response on or before **July 31, 2006**, and the County shall have until **August 29, 2006**, in which to file its reply. The page limitations shall be 35 pages for both the motion and the response. The reply shall not exceed ten (10) pages.

Dated: May 16, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.