IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-00554-REB-BNB

ROCKY MOUNTAIN CHRISTIAN CHURCH, a Colorado nonprofit corporation, ALAN AHLGRIM, Lead Pastor, DONALD BONDESON, Discipleship Pastor, BARB EVANS, Director of Women's Ministry, and DAVID PAGE, Elder,

    Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY, COLORADO,

    Defendant.

**ORDER GRANTING JOINT UNOPPOSED MOTION TO MODIFY ORDER FOR CERTIFICATION OF RECORD UNDER COLO. R. CIV. P. 106(a)(4)**

THIS MATTER is before the court on the parties' Joint Motion to Modify Order for Certification of Record Under C.R.C.P. 106(a)(4). The court, having read the motion and being fully advised,

GRANTS the Motion and ORDERS that the Board of County Commissioners of Boulder County, Colorado (the "BOCC") certify the record in this matter on or before September 15, 2006, including, without limitation, the following:

    a.    All files and materials kept and maintained by the County Land Use Department, the County Transportation Department, the County's Planning Commission, the BOCC, and any of their respective staff, officers or members

concerning the Application, including, without limitation, all written and electronic correspondence, referral responses, recommendations, resolutions, minutes, drafts, studies, reports, evidence, plats, exhibits, memoranda, notes, studies, maps and diagrams;

      b.    Relevant portions of all tapes, minutes and transcripts of each meeting held by the Planning Commission in which the Application was discussed or considered;

      c.    Relevant portions of all tapes, minutes and transcripts of each meeting held by the BOCC in which the Application was discussed or considered; and

      d.    All County regulations and ordinances, including all provisions of the Boulder County Comprehensive Plan and all other documents and maps referenced therein, that were referred to or relied upon by Land Use Department staff, the County's Planning Commission, and/or the BOCC in formulating their respective recommendations and decisions regarding the Application.

DATED this _4th_ day of _August_, 2006.

BY THE COURT

_[signature]_
~~ROBERT E. BLACKBURN~~
~~United States District Court Judge~~
**BOYD N. BOLAND**
United States Magistrate Judge

2