**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 06-cv-00554-REB-BNB

ROCKY MOUNTAIN CHRISTIAN CHURCH, a Colorado nonprofit corporation

    Plaintiff,

and

UNITES STATES OF AMERICA, intervenor,

    Intervenor Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY, COLORADO,

    Defendant.

**ORDER GRANTING UNITED STATES' MOTION TO INTERVENE**
**AND MOTION TO FILE BRIEF**

**Blackburn, J.**

This matter is before me on the **Unopposed Motion of United States of America to Intervene and File Brief in Defense of the Constitutionality of a Federal Statute Pursuant to the Court's May 16, 2006 Order** [#32], filed June 7, 2006. The motion is granted.

The defendant has filed a motion to dismiss in which the defendant challenges the constitutionality of the Religious Land Use and Institutionalized Persons Act of 2000, Pub. L. No. 106-274, 114 Stat. 803, codified at 42 U.S.C. § 2000cc to 2000cc-5 (RLUIPA). Under 28 U.S.C. § 2403(a), the United States has a right to intervene in this case to present evidence, if necessary and admissible, and argument on the question of the RLUIPA's constitutionality.

The parties previously were granted permission to file a motion to dismiss and response up to 35 pages in length.  The United States asks that it be permitted to file a brief of up to 35 pages in response to the defendant's June 30, 2006, motion to dismiss the Amended Complaint.  This request is granted also.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Unopposed Motion of United States of America to Intervene and File Brief in Defense of the Constitutionality of a Federal Statute Pursuant to the Court's May 16, 2006 Order** [#32], filed June 7, 2006, is **GRANTED**;

2.  That the caption of this case shall be **AMENDED**, as shown in the caption of this order, to reflect the United States of America as an intervenor aligned with the plaintiff;

3.  That the United States is granted permission to file a brief up to 35 pages in length;

4.  That the brief [#44] tendered to the court by United States on July 31, 2006, is accepted for filing;

5.  That any reply to the United States' brief shall be filed on or before September 8, 2006.

Dated August 18, 2006, at Denver, Colorado.

                                                **BY THE COURT:**

                                                **s/ Robert E. Blackburn**
                                                **Robert E. Blackburn**
                                                **United States District Judge**