**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00554-REB-BNB

ROCKY MOUNTAIN CHRISTIAN CHURCH, a Colorado nonprofit corporation, et al.,

    Plaintiffs,
and

UNITED STATES OF AMERICA,

    Intervenor Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY, COLORADO,

    Defendant.

## MINUTE ORDER[1]

Plaintiffs' Motion Concerning Page Limitation [#63], filed November 17, 2006, is GRANTED and the **Plaintiffs' Combined Opening Brief Pursuant to C.R.C.P. 106(a)(4) and Motion for Partial Summary Judgment on Third Claim for Relief** [#64], submitted November 17, 2006, is accepted for filing.

Dated:  November 21, 2006

-----------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.