IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00554-REB-BNB

ROCKY MOUNTAIN CHRISTIAN CHURCH, a Colorado nonprofit corporation,
ALAN AHLGRIM, Lead Pastor,
DONALD BONDESON, Discipleship Pastor,
BARB EVANS, Director of Women's Ministry, and
DAVID PAGE, Elder,

      Plaintiffs,

and

UNITED STATES OF AMERICA, intervenor,

      Intervenor Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY, COLORADO,

      Defendant.

## PROTECTIVE ORDER

Upon a showing of good cause in support of the entry of a protective order to protect the dissemination of images that will improperly annoy, embarrass, or oppress persons not a party to this litigation, IT IS ORDERED:

      1.    This Protective Order shall apply to all photographic images that depict children produced by Plaintiffs in response to discovery in this lawsuit (the "Images").

      2.    The Images shall not be disclosed or used for any purpose except the preparation and trial of this case.

      3.    Defendant shall not, without the consent of Plaintiffs or further Order of the Court, disclose the Images except to the following:

(a)    attorneys working on this case and their staff;

Exhibit A

(b) Agents and employees of Defendant whose participation is necessary in the above-captioned litigation, including the members of the board of county commissioners of Boulder County;
(c) expert witnesses and consultants retained in connection with this proceeding;
(d) the Court and its employees ("Court Personnel");
(e) stenographic reporters who are engaged in proceedings necessarily incident to the conduct of this action;
(f) deponents and witnesses; and
(g) other persons by agreement of the parties.

4. If the County receives a request under Colorado open records law for documents that fall within the scope of this Order, the County will inform Plaintiffs of the request. ~~If Plaintiffs object to producing the documents that may fall within the scope of the order, the parties will file a motion with the Court seeking a declaration that non-disclosure of the documents is permissible and not in violation of Colorado open records law~~. Any release of the Images by the County pursuant to a court order that documents are subject to release under Colorado open records law shall not constitute a violation of this Order.

5. At the conclusion of this case, unless other arrangements are agreed upon, the Images shall be returned to Plaintiffs.

6. This Protective Order may be modified by the Court at any time for good cause shown following notice to all parties and an opportunity for them to be heard.

Dated this 15th day of Dec. 2006.

BY THE COURT:

*[signature]*
~~United States District Judge~~

BOYD N. BOLAND
United States Magistrate Judge

2