IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00554-REB-BNB

ROCKY MOUNTAIN CHRISTIAN CHURCH, a Colorado nonprofit corporation,

Plaintiff,

and

UNITED STATES OF AMERICA, intervenor,

Intervenor Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY, COLORADO,

Defendant.
_____

**ORDER**
_____

This matter is before me on the parties' **Joint Motion to Modify Scheduling Order** [Doc. # 72, filed 12/26/2006] (the "Motion"). The Motion is GRANTED IN PART as specified.

The parties seek to modify the scheduling order (1) to expand the number of specially retained experts from four to six per side; (2) to enlarge the deadline to disclose expert witnesses by approximately six weeks; and (3) to enlarge the deadline to disclose rebuttal experts, the discovery cut-off, and the dispositive motion deadlines consistently with the enlarged expert witness deadline. Although the parties do not address it, an extension of the deadline to disclose experts also would impact the deadline for filing motions raising issues under Fed. R. Evid. 702, set by the district judge in his *Trial Preparation Conference Order* [Doc. # 36, filed 7/18/2006] at ¶1.b.

I find that good cause has been shown to expand the number of specially retained experts allowed and to extend the deadlines to designate experts and rebuttal experts and the discovery cut-off.  No good cause has been shown to extend the dispositive motion deadline, however, and particularly in view of a September 10, 2007, trial date.  Consequently,

IT IS ORDERED that the scheduling order is modified to the following extent:

(1)   The number of specially retained experts is expanded to **six per side**;

(2)   The case schedule is modified as follows:

**Discovery Cut-Off:**             May 30, 2007

(All discovery must be **completed** by the discovery cut-off.  All written discovery must be served so that responses are due on or before the discovery cut-off.)

**Expert Disclosures:**

**(a)**   The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **March 16, 2007**

**(b)**   The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **April 27, 2007**

IT IS FURTHER ORDERED that all motions raising issues under Fed. R. Evid. 702 as codified and construed shall be filed by **April 27, 2007**, in accordance with Part 1 of the *Trial Preparation Conference Order* [Doc. # 36].[1]

IT IS FURTHER ORDERED that the Motion is DENIED in all other respects.

---

[1] Enlargment of the deadline for motions raising issues under Fed. R. Evid. 702 is made with the consent of the district judge.

2

Dated January 4, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge