## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No. 06-cv-00554-REB-BNB

ROCKY MOUNTAIN CHRISTIAN CHURCH, a Colorado nonprofit corporation, et al.,

    Plaintiffs,
and

UNITED STATES OF AMERICA,

    Intervenor Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY, COLORADO,

    Defendant.

## MINUTE ORDER[1]

The matter before the court is the **Joint Motion to Modify Trial Preparation Conference Order** [#81], filed January 22, 2007. Said motion is **GRANTED**. The deadline for the filing of motions under Fed.R.Evid.702 motions shall be **May 27, 2007**.

Dated: January 22, 2007

-----

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.