IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00554-REB-BNB

ROCKY MOUNTAIN CHRISTIAN CHURCH, a Colorado nonprofit corporation,

Plaintiff,

and

UNITED STATES OF AMERICA, intervenor,

Intervenor Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY, COLORADO,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Correct/Modify Minute Order** [docket no. 89, filed March 16, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. Plaintiffs have to and including **March 26, 2007**, to file the expert reports of Barry Himmelman and Luke Gentrup, and defendant has to and including **March 26, 2007**, to file the expert report of Vern Seieroe. Rebuttal expert reports responsive to these three experts are due on or before **May 7, 2007**.

DATED: March 16, 2007