IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00554-REB-BNB

ROCKY MOUNTAIN CHRISTIAN CHURCH, a Colorado nonprofit corporation,

Plaintiff,

and

UNITED STATES OF AMERICA, intervenor,

Intervenor Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY, COLORADO,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Unopposed Motion to Correct/Modify Minute Order** [docket no. 95, filed March 22, 2007] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED.  Defendants will have to and including **May 21, 2007**, in which to file their rebuttal expert reports to Mr. Himmelman and Mr. Gentrup's expert reports.

DATED:  March 23, 2007