**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00554-REB-BNB

ROCKY MOUNTAIN CHRISTIAN CHURCH, a Colorado nonprofit corporation, et al.,

    Plaintiffs,
and

UNITED STATES OF AMERICA,

    Intervenor Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY, COLORADO,

    Defendant.

---

**MINUTE ORDER**[1]

---

The matter before the court is the **Unopposed Motion for Modification of District Court Practice Standards and for Leave to File Conventionally Submitted Materials Regarding Motion for Summary Judgment** [#108], and the **Unopposed Motion for Leave to Submit Supplemental Statement of Undisputed Evidence Supporting its Motion for Summary Judgment on Third Claim for Relief** [#109], both filed June 18, 2007. After reviewing the motions and the file, the court has concluded that both motions should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Unopposed Motion for Modification of District Court Practice Standards and for Leave to File Conventionally Submitted Materials Regarding Motion for Summary Judgment** [#108], filed June 18, 2007, is **GRANTED**;

    2. That **Defendant's Motion for Summary Judgment** [#108-2] is accepted for filing;

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

   3.  That plaintiff may file a response to the motion for summary judgment up to 34 pages in length;

   4.  That defendant may file Exhibit 1 to its motion for summary judgment, consisting of two oversized color conceptual site plan drawings, in conventional form; and

   5.  That the **Unopposed Motion for Leave to Submit Supplemental Statement of Undisputed Evidence Supporting its Motion for Summary Judgment on Third Claim for Relief** [#109], filed June 18, 2007, is **GRANTED**, and the supplemental statement of evidence, and its attached exhibits, are accepted for filing.

Dated:  June 19, 2007
-----------------------------------------------------------------------------------------------------------