# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-00554-REB-BNB

ROCKY MOUNTAIN CHRISTIAN CHURCH, a Colorado nonprofit corporation,
ALAN AHLGRIM, Lead Pastor,
DONALD BONDESON, Discipleship Pastor,
BARB EVANS, Director of Women's Ministry, and
DAVID PAGE, Elder,

        Plaintiffs,

and

UNITED STATES OF AMERICA, Intervenor,

        Intervenor Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY, COLORADO,

        Defendant.

---

## AFFIDAVIT OF RICK THIELEN

---

Affiant, being duly sworn, deposes and states as follows:

1.    I am the Administrator of Operations for Rocky Mountain Christian Church (the "Church").  I had primary responsibility for overseeing the Church's application for a special use amendment which was assigned Docket No. SU-04-008 (the "Application") by Boulder County (the "County").

2.    The Church is a nondenominational Christian church and its members engage in each of the five religious practices of worship, fellowship, discipleship, ministry and evangelism or outreach to nonmembers.

735738.1 JTMACD 07/23/07 3:30 PM

3.    The Church owns approximately 55 acres of Property at the corner of 95th and Niwot (the "Property").  The Property was acquired by the Church in three separate acquisitions, the first of approximately 15 acres (the "First Parcel") in 1985, a second of approximately 35 acres (the "Second Parcel") in 1994, and a third of approximately five acres (the "Third Parcel") in 2004.

4.    In 1997, the Church filed an application for special use, docketed by the County as Docket No. SU-97-12 (the "1997 Application"), which requested authorization to begin operation of a Christian school serving kindergarten through eighth-grade students, with a maximum of 400 students, and to construct a two-story addition of 53,960 square feet to be used for expanded administrative space, to provide classrooms for the proposed school and to double as religious education classrooms. In addition, the 1997 Application requested authorization to increase the seating capacity of the worship center from 997 to 1,380 through a non-structural, interior renovation.

5.    The Board of County Commissioners (the "Board"), by Resolution No. 98-30, approved the 1997 Application, but limited the size of the proposed school to 260 persons serving kindergarten through fifth grade.

6.    Although the existing Church Building and the expansion approved by Resolution No. 98-30 was entirely contained on the First Parcel, the resolution, as a condition of approval, required the Church to combine as one lot the First Parcel and the Second Parcel, and to enter into a development agreement pursuant to which the

2

Church granted a 14-acre conservation easement on the northern portion of the Church property to the County.

7.   The site plan for the combined lot approved in connection with Resolution No. 98-30 notes that the portion of the Property to the west of the Church Building, as expanded by the addition approved in the resolution, was contemplated for future expansion.

8.   Two further special use approvals were granted by the County under Docket No. SU-00-21 (the "2000 Application"), which authorized increasing the size of the Church storage building by 1,600 square feet and the addition of a sixth grade to the school, and under Docket No. SU-02-08 (the "2002 Application"), which authorized addition of seventh and eighth grades, with up to a maximum of 120 students, and installation of a temporary middle school building to serve those grades.

9.   Resolution No. 2003-54, which initially had been mistakenly numbered as Resolution No. 2003-59, required that the temporary buildings be removed from the Property at the end of the 2005-2006 school year, and contemplated that an application for a more permanent facility would be submitted by the Church.

10.   In connection with the hearing on Docket No. SU-02-08, members of the Board requested that the Church not submit any more interim or "piecemeal" applications, but instead submit an application for the complete and final development of the Property.

11.   During the processing of the 2002 Application, the Church advised the County that its application for permanent facilities would also address its need for a

735738.1 JTMACD 07/23/07 3:30 PM

multiuse community building, and that statement was included in staff report prepared by the County Land Use Department and submitted to the Board in connection with the hearing on the 2002 Application.

12.    At the time the Application was filed in April of 2004, and currently, the improvements on the Property consist of the 106,000 square foot church building, a 2,600 square foot maintenance building, and 7,200 square feet of temporary modular units for the Christian Academy.

13.    In response to the requests from the Board that the Church submit one final application for complete build-out of the Property, as opposed to piecemeal applications, and prior to submitting the Application, the Church projected its future needs over a twenty-year period.    Based on historical growth rates, the Church projected that its attendance would grow approximately three to four percent per year over the next 20 years.

14.    The Church then hired a space planner to advise them with respect to the amount of space that would be required for each of its customary religious exercises, and engaged architects experienced with church buildings to design the proposed addition.

15.    As required by the Code, the Church met with representatives of the County on many occasions both before filing its Application and during the processing of the Application.

16.    The County has extensive submittal requirements for a special use application. In order to comply with the application requirements set forth in the Boulder

4

County Land Use Code ("Code"), the Church engaged planners, architects and engineers. The costs to the Church of the services of those consultants during the process of preparing, submitting and processing the Application include $4,181.41 to Boulder County for an application fee, $16,908.56 paid to Strategic Planning for planning services, $11,695.14 to Frontier Surveying for site layout and determination of sight lines from neighboring properties, $83,706.78 for soils testing and water table study, $58,496.47 to Tetra Tech Engineering and $32,203.86 to TJB Consulting, respectively, for civil engineering services, $22,986.85 to Matt Delich for a traffic study.

17.    In addition, the Church paid more than $500,000 for architectural and project management services.

18.    The Church attended numerous meetings with County officials, neighboring landowners and community associations, and based upon such meetings, made substantial changes to its Application.    These modifications included: (a) eliminating a proposed 12,000 square-foot balcony addition to its sanctuary, thereby reducing additional seating from 1,000 to 150; (b) eliminating a proposed 8,000 square-foot basement addition; (c) dropping the request to increase student population for the Christian Academy from 380 students to 540 students after being told by Graham Billingsley, the Director of the Boulder County Land Use Department (the "Director"), that the increased daytime traffic caused by such increase was the primary concern the County land use staff had with the Application; (d) reducing the western parking lot by 360 spaces, lowering it by ten feet, and increasing berm heights so that headlights would not affect the Quiet Retreat subdivision; (e) agreeing to block use of the western

5

parking lots during non-peak hours and to limit lighting of parking lots only to those in use during evening activities; (f) increasing the buffer zone at the western side of the property by 25 feet; and (g) relocating sports fields away from the Quiet Retreat subdivision.

19.    At the November 7, 2005 hearing on the Application, the Board continued the hearing and requested that the Church submit a detailed description of the precise uses to which each area of the proposed addition would be put and of how such uses constituted a religious exercise.

20.    The Church complied with the Board's request and, by letter dated November 18, 2005, provided the information that the Board had requested.  The November 18, 2005 letter submitted by the Church is eight pages in length, accompanied by numerous exhibits, and describes in great detail how all areas of the proposed expansion are to be used and how such use constitutes a religious exercise.

21.    On December 8, 2005, the Church received six written questions from the Board via the Director seeking additional information.  The Church responded to the Board's questions in a five-page letter dated January 5, 2006.

22.    I understand that a church with an occupant load of less than 100 and meeting certain other restrictions does not require special use review in Boulder County.  A church of such size is too small to undertake many common religious practices and programs currently conducted by the Church.

23.    The Church was not able to commemorate its twentieth anniversary in 2004 because the current facilities do not contain any fellowship space large enough

6

to accommodate the number of Church members who would have wanted to attend such a commemoration.

Further affiant sayeth naught.

DATED: ___7 / 23___, 2007

_____
RICK THIELEN

STATE OF COLORADO        )
                         ) ss
BOULDER COUNTY           )

The foregoing instrument was sworn before me this _23rd_ day of July, 2007, by Rick Thielen concerning the above-captioned matter.

Witness my hand and official seal.

My commission expires: ___5/17/2008___

_____
Notary Public

7

735738.1 JTMACD 07/23/07 3:30 PM