# EXHIBIT 2

00001

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 05-CV-00554-REB-BNB

_____

F.R.C.P. RULE 30(b)(6) DEPOSITION OF BOULDER COUNTY
DEPOSITION OF GRAHAM BILLINGSLEY
EXAMINATION DATE:  MAY 11, 2007
_____

ROCKY MOUNTAIN CHRISTIAN CHURCH, a Colorado nonprofit
corporation,
ALAN AHLGRIM, Lead Pastor,
DONALD BONDESON, Discipleship Pastor,
BARB EVANS, Director of Women's Ministry, and
DAVID PAGE, Elder,

Plaintiffs,

and

UNITED STATES OF AMERICA, Intervenor,

Intervenor Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,
COLORADO,

Defendant.

_____

PURSUANT TO NOTICE, the deposition of
GRAHAM BILLINGSLEY was taken at 8:58 a.m. on May 11,
2007, at 950 Seventeenth Street, Suite 1600, Denver,
Colorado, before Nathan Stormo, Registered Professional
Reporter and Notary Public in and for the State of
Colorado, said deposition being taken pursuant to the
Federal Rules of Civil Procedure.

            Nathan Stormo
        Registered Professional Reporter

**BOCC 30(b)(6) 5-11-07**                    **Page 1**

00034

question; assumes facts not in evidence.

A    There are almost no criteria whatsoever, but they're still in the land use code.

MR. HUGHES:  Tom, can we take a break while you're looking through your --

MR. MACDONALD:  Sure, that's fine.

(A recess was taken from 9:51 to 9:58 a.m.)

(Deposition Exhibits 127 through 130 were marked.)

Q    (By Mr. Macdonald)  Mr. Billingsley, I'm going to hand you a copy of the Boulder County Land Use Code and ask you to look at the definition of "Church" that's found in 4-506.  Do you see that?

A    Yes, I do.

Q    And it refers to "a facility principally used for people to gather together for public worship, religious training, and other religious activities."  Do you see where I'm referring to?

A    Yes, I do.

Q    What does "facility" mean?  Let me --

A    Generally a structure of some sort.

Q    So if I owned 160 acres in an agricultural zoned district in Boulder County and I wanted to start having open-air Sunday morning church services, would that constitute a church within the meaning of the code?

00035

MR. HUGHES: Objection; calls for speculation.

A   Yes, it would.

Q   (By Mr. Macdonald)  Because the code regulates both uses and structures, right?

A   Yes, it does.

Q   And so I would need to get some sort of -- would that be a permitted use in any zone district?

MR. HUGHES: Objection; calls for speculation.

A   It's not permitted in all districts, and most of the districts it is a permitted use by right up to certain triggers.  It still has to go through an administrative review, a site plan review.

Q   (By Mr. Macdonald)  And one of those triggers is occupant load, right?

A   Yes.

Q   How would you determine occupant load on an open-air meeting?

A   It isn't occupant load capacity such as a fire marshal.  It's how many people would come.  And we've had several situations in which it wasn't the ultimate capacity of a particular structure or space.  It was how many people actually frequented it, so that's the way we approach it if there is not a simple way of -- the simple way is if it's a fixed seat situation, we can count the number of seats.  But if it's not a fixed seat

00036

situation, then it's a matter of how many people actually use it.

Q   Okay.  And so if I understand correctly, then, if at my weekly outdoor services I average more than 100 people per service, I would need special use approval to be able to conduct those services on a regular basis?

MR. HUGHES:  Objection; calls for speculation.

A   Yes.

Q   (By Mr. Macdonald)  And if it was under 100 it would be site plan review?

A   That's true.

MR. HUGHES:  Same objection.

A   That's correct.

Q   (By Mr. Macdonald)  Is there any level below which I wouldn't need any County approval?

MR. HUGHES:  Objection; vague, calls for speculation.

A   There would be no level of church that would not require review.

Q   (By Mr. Macdonald)  The criteria for site plan review has previously been marked as Exhibit 107.  Can you turn to that?

A   Do you want this back?

Q   I don't think you'll need this volume anymore.

A   There you go.

**BOCC 30(b)(6) 5-11-07**                                   **Page 36**

00095

mentioned one where one of the conditions was a conservation easement. Do you recall that?

A   Yes, St. Ambrose.

Q   Do you recall the size of the conservation easement?

A   It's a relatively small piece of property to start with. It's just a couple of acres, I believe. It's to create -- to ensure that there would be no expansion of the church. So all the undeveloped part of the parcel was a conservation easement.

Q   Can you identify any parcel of land within unincorporated Boulder County that is of sufficient size and zoned in a manner that would allow the development of a facility such as Rocky Mountain Christian Church proposed in its application?

MR. HUGHES:  Objection; foundation, calls for speculation.

A   I haven't -- I guess the straight answer is no, I haven't looked for such a parcel.

Q   (By Mr. Macdonald)  Well, that was one of the interrogatories that was propounded to the County, wasn't it?

A   I believe so.

Q   Did you participate in the answer to that interrogatory?

**BOCC 30(b)(6) 5-11-07**                                           **Page 95**