# EXHIBIT 3



Boulder County Land Use Department Publications

# Site Plan Review

Site Plan Review (SPR), Section 4-800 of the *Boulder County Land Use Code*, was first adopted in 1993 in response to increased development in the mountains. Soon thereafter, SPR was applied to the plains as well. In both areas, the impact of development on natural resources and existing character of the surrounding neighborhood have been issues raised by Boulder County citizens experiencing the impact of new development. In particular, many of the remaining mountain lots that haven't already been built on often have poor access and steep slopes that lead to erosion problems or wildfire hazards. Plains development may have an impact on agricultural lands and the rural character of open areas. The good news is that in many cases, the impacts of new development can be minimized through careful site design.

## Site Plan Review Facts

- **Time and Effort**
  It is true that SPR adds time to the review process and it is also true some applicants disagree with the outcome of the process. However, one only needs to compare the impact of most pre-SPR development with post-SPR examples to see the benefit to the county as a whole, and, often for the landowner.

- **Limits of SPR**
  A common misconception is that the county can prohibit building on a legal building lot through the SPR process. The fact is that the county cannot prohibit building through SPR, but can only condition how the building will occur. Out of over 2,400 SPRs that have been processed through 2003, none have denied a property owner the right to build. It is true, however, that applicants in some of these cases felt that the conditions of the approval were too prohibitive and chose not to build. There have also been occasions where building couldn't occur because the site wasn't a legal building lot, the proposed use wasn't allowed within the zoning district, or the Boulder County Building Code requirements couldn't be met. Even before the SPR process, these types of situations occurred.

- **Professional Assistance**
  Boulder County does not usually require that a professional architect, planner, attorney, engineer, or other agent represent you during the SPR process. We often receive plans drawn up by the property owner with supporting information gathered without professional assistance. However, the complexity of a small percentage of projects may require professional submittals. Some applicants find that they can complete the majority of the application unassisted but need help with a few technical aspects, such as calculating the cubic yards of earth that will be moved.

## When is Site Plan Review Required?

Site Plan Review is required in order to issue building permits for any **development on vacant parcels**, for cumulative increases in **floor area of more than 1,000 sq.ft.** over that which existed on the parcel as of 9/8/98, and for **changes in use**, unless the change in use is to a residential use. SPR is also required for **grading permits** (except for grading as part of normal agricultural or mining practices), **Boulder County access permits**, and **floodplain development permits**; however the Land Use Director has the ability to waive grading permits for earthwork involving less than 500 cubic yards. The Director may also waive accessory structures in the plains that are less than 5,000 sq. ft., accessory structures in the mountains less than 2,000 sq. ft., and additions under 2,000 sq.ft.

SPR is also required for **Telecommunications Facilities** which are located on an existing structure <u>and</u> meet the zoning districts height limit (otherwise a Special Use is required), development in a **Rural Community District**, development within a **Natural Land or Natural Area** or on **Conservation Easements held by Boulder County,** and for **Wildlife Rehabilitation** of more than 20 non-domestic animals or with outdoor caging.

<u>Site plan review is not required if the permit is only needed for</u>:

- Restoration of a building that has been damaged or destroyed by fire, explosion, flood, tornado, riot, act of the public enemy, or accident of any kind (if replacement is applied for within 6 months of the event);
- Construction work that does not change the use or increase the floor area of a property by more than 1,000 square feet cumulatively over that which existed on September 8, 1998;
- Development in subdivisions approved after February 22, 1994 (unless the subdivision approval otherwise requires SPR);
- Construction of an accessory structure which is less than 1,000 square feet

### ATTENTION!

A preapplication conference is **required** prior to submitting each new Site Plan Review application.

If the proposed permit or development requires Special Review, Limited Impact Special Review, Development Plan Review, Historic District review, or Subdivision or PUD, Subdivision Exemption, or Exemption Plat Review, the applicable review process shall substitute for the site plan review process, but the SPR standards shall apply to the part of the proposal requiring site plan review.

### Site Plan Review Fees

A non-refundable fee made payable to **Boulder County Treasurer** must be included with your SPR application.

- New single family structures under 2,000 square feet. **$400.00***
- New structures or additions 2,000 square feet and larger. **$1,075.00***
- SPR for additions and accessory structures less than 2,000 s.f., grading less than 500 cu. yds., changes in use, and commercial telecommunications facilities. **$540***
- SPR for accessory structures less than 2,000 s.f. on a conservation easement. **$400***
- Wildlife rehabilitation **$100.00**
  *Fees as of February 1, 2006

This document prepared by:
Boulder County Land Use Dept
Courthouse Annex, 13th and Spruce Streets
P.O. Box 471 Boulder, CO 80306
**Phone:** 303-441-3930
**Fax:** 303-441-4856
**Web Site:**
http://www.co.boulder.co.us/lu/
**Office Hours:**
Monday through Friday
8:00 AM to 4:30 PM