# EXHIBIT 6

18286-002
pca

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-00554-REB-BNB

ROCKY MOUNTAIN CHRISTIAN CHURCH, a Colorado nonprofit corporation,
ALAN AHLGRIM, Lead Pastor,
DONALD BONDESON, Discipleship Pastor,
BARB EVANS, Director of Women's Ministry, and
DAVID PAGE, Elder,

       Plaintiffs,

and

UNITED STATES OF AMERICA, Intervenor,

       Intervenor Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY, COLORADO,

       Defendant.

---

## PLAINTIFFS' SUPPLEMENTAL RESPONSES TO DEFENDANT'S FIRST COMBINED DISCOVERY REQUEST

---

Plaintiffs Rocky Mountain Christian Church, et al. ("Plaintiffs"), through

their attorneys, Otten, Johnson, Robinson, Neff & Ragonetti, P.C., hereby supplement

their responses to Boulder County's First Combined Discovery Request as follows:

### INTERROGATORIES

1.    Regarding members of the Church referred to in paragraphs 10, 11,
14, 16, 17, 132, and 135 of the Amended Complaint who were allegedly prevented from
engaging in various religious exercises, identify those members and explain how and
when each was prevented from engaging in those religious exercises.

**Supplemental Response**:    Children's ministries provide space for

childcare for mothers attending Women in the Word and Mothers of Preschoolers

RMCC/BOCC -- Client #18286-002
USDC Case # 06CV554
DGW / JTM / TLB / KIH / Clients (email)

meetings. Due to substantial overcrowding in Children's ministries, many RMCC members have been unable to attend Women in the Word and Mothers of Preschoolers because they have no placement for their children during those times. As a result, RMCC has seen a decline in attendance for Women in the Word and Mothers of Preschoolers. Additionally, for the first time in seven years, MOPS was forced to hold their annual consignment sale off-site and purchase space at the Boulder County Fairgrounds to conduct the sale, thereby by impacting profits for MOPS tremendously. Normally, this sale is held at RMCC at no cost to MOPS.

The Church is also prevented from blessing various speakers and missionaries during the services due to lack of time. The following missionaries were given only a brief mention at Sunday Services due to lack of time:

    A.    Keith and Ethel Swartley (from Colorado) in August of 2006;

    B.    Ron and Ellen Ritchey (from Indonesia) in August of 2006:

    C.    Brandon Thoele (from China) in August of 2006;

    D.    Jamie and Susan Ramge (from Bolivia) in September of 2006;

    E.    Laura Compton (from Denver) in December of 2006.

The following missionaries were told that they had to visit on "Non-Sundays" due to Sunday time constraints:

    A.    Robert and Noelle Peterson (from Colombia) in July of 2006;

    B.    Lissa DeShayes (from Vietnam) in July 2006;

    C.    Stu and Marilyn Cook (from South Africa) in September of 2006;

    D.    Vernon Hollett (from New Mexico) in October of 2006.

Additionally, in November of 2006, RMCC sponsored a mission trip to Mexico that included a team of 13 people. During Sunday services, RMCC wanted to introduce and pray for these missionaries before their trip, as well as welcome them back after they returned home. RMCC was unable to this due to time constraints during Sunday Worship services.

RMCC is unable to conduct public baptisms during its first two services due to lack of time on Sunday mornings, thereby preventing those members from witnessing the blessing of baptism. The following comments reflect the desire of RMCC's congregation for baptisms at each service:

- "Wants baptism viewings back" – Richard Stelle.

- "Bring back baptism at the end of each service. We need to see and rejoice in these baptisms." – John and Judy Marchino.

- "I just wanted to comment that it is REALLY disappointing that we don't have time as a church body to share in public baptisms! It would be nice to be able to watch them before 3rd service ends." – Kim Womack.

Also due to high demand for facility space, high school student ministry has been forced to change their meeting time from Sunday morning to Sunday night. This has resulted in a significant reduction of attendance for high school students whose families are not able to provide transportation to and from the Church on Sunday nights. The following are lists of comments and complaints received regarding Sunday night high school ministry (otherwise known as "Thrive"):

- "Moving church for teens back to Sunday am. We've seen a lot of kids not going Sunday evening due to traveling

issues or having already gone with parent in the am." Dave and Michalle Curtis.

- "With the change in HS Thrive, we are a family divided. Lindsey goes on Sunday mornings with us to church—you lost her in the move to evenings. Jennie goes to as many Sunday evenings as possible, but many times we have enxteded family gatherings, meaning she doesn't go. Any chance HS Thrive will go back to Sunday morning?" Dan and Julie Babcock.

- "We miss all worshipping at the same time. I would like my kids to be able to attend services at the same time. We feel very fragmented as a family on Sundays." Amanda and Patrick McKenzie.

- "New schedule is HORRIBLE for our families participation due to logistics. Sunday nite Thrive not working. Because of kids split times, we have not been able to involve them as we would like to have. Sunday night schedule is problematic due to transportation and timing." Matt and Aimee Garrett.

- "I think you are doing a fantastic job for my middle school child; however, since changing Thrive for HS in the evening, my son doesn't drive yet and Sunday morning is our family time to worship and go out to eat and spend time together, he is forced to worship with us which makes me feel bad, because I know how he used to look forward to going to church and loved Thrive on Sunday mornings, we live aways from the church and just don't get back for the evening. Other than that, I think any church that can keep kids wanting to go to church, is doing everything right." Steve and Liz Lanz.

- "My high schooler doesn't come because the worship moved to Sunday nights, so she attend with us on Sunday mornings. She would probably go if there was High School worship on Sunday mornings." Terri Gonzales.

- "Sunday worship for teens is great. Even though I was sad about losing Sunday evenings with my high schooler, she really seems to enjoy her worship and hang-out time." Jennifer Sleek-Klevdal.

712271 1 KJHOPP 04/24/07 8:26 AM                    4

- "Since the change in time for HS Thrive it is difficult in getting my teens to want to go back to church after they have been to service with us and also served in Children's Ministry. The summer time was easier to get them to go but now that school has started they are going to Thrive twice a monthly only because Stephanie works the coffee bar. Also, the small group connection on Sunday night is not working for her." Les and Laura Los.

- "Having a program for all ages during main worship service is needed." David Broberg.

- "I wish there was a Thrive for our 9th grader on Sunday mornings rather than Sunday nights. We do not bring Taylor back to church on Sunday nights. We are a blended family and we only have Taylor every other weekend. She is more connected with her high school friends. We do not come back on Sunday nights to bring her to church for several reasons, inconvenience is a big part of it. Sunday mornings is the only time that we are able to get Taylor to the church." Deborah and Brad Frederking.

- "Putting Thrive back in the am on Sundays so we can go together as a church family." Leanne Williams.

- "HS have service on Sunday morning. Now with three services, wouldn't it work to have Thrive in the am." Molly and Eric Wittenberg.

- "We have had a hard time adjusting to the new Children's/Student Ministry reorganization. We have a 1st, 4th, and 8th grader and there is no one service that all of our kids can go to. We would have all liked to attend the 9:30am service." Don and Persephone Southard.

- "Need to move SR High youth back to a morning program." Craig and Mary Anne Smith.

- "Thrive back to Sunday morning." Tom and Jan Whistler.

As stated previously, Adult Sunday school classes must be held outside in the modular buildings on Sunday due to lack of space. Due to lack of space, some of the Adult Sunday school classes are forced to meet in the hallways in the modular structures. Further, the adult education class called "Christian Living" was cancelled because, although demand for this class was great, there was no room at the RMCC facility to hold this class.

Only one space in the Church's current facilities, the gym, can accommodate fellowship events for large groups. Therefore, due to the intense competition for the gym's fellowship space, many fellowship events must be cancelled or scheduled at inconvenient times that prevent some members from attending. Further, because of the constant need for gym space during the week, maintenance crews must clean the gym on Saturday, thereby preventing any events from taking place in the gym on that day. As a result, RMCC is unable to accommodate wedding receptions and many other youth and student programs on Saturday.

Additionally, Easter Sunday historically has the highest attendance of the year, with last year's attendance exceeding 4,000 attendees. Thus, in order to accommodate the overflow from the Worship center, RMCC spends the entire week before Easter Sunday preparing the gym for overflow worshipers. This means that none of the regularly scheduled activities may take place in the gym during the week prior to Easter Sunday.

As previously stated, some children's Sunday School classes must be held in hallways due to lack of space. These children's Sunday School classes include:

(1) 5th and 6th graders, who are separated and must meet in the hallway due to space constraints; (2) 2 year-olds and 3 and 4 year-olds must meet in the hallway for large group worship and teachings; (3) 7th and 8th graders must meet in the hallway during "Thrive" ministry. Additionally, wedding receptions and pastor meetings must often be held in the hallways at RMCC due to lack of space.

Finally, RMCC conducts approximately 20 funerals per year. Due to lack of space, attendants of a funeral are often forced to meet and grieve in the hallways at RMCC and cannot be afforded adequate privacy during this delicate time. These funerals almost always take place during the week, while children attending RMCA are in close proximity. At times when caskets are included in the funeral service, these caskets must also be placed in the hallway due to lack of space – once again in close proximity to the children attending RMCA.

2.      Identify all instances when the County and/or county representatives expressed animus toward the Church and/or toward the idea of religious education as specified in paragraphs 19 and 118 of the Amended Complaint. Include specific contents of each expression of animus, the date such expression occurred, the location where such expression occurred, and the identity of the person who expressed such animus.

**Supplemental Response:**     In     February     of     2007,     County representatives contacted Jay Wren, a videographer, to videotape a site tour of the RMCC facility. During conversations with Mr. Wren, County representatives inquired as to whether Mr. Wren would feel "uncomfortable" touring and videotaping a church. Mr. Wren replied that touring and videotaping a church would not make him uncomfortable because he was a Christian. Shortly thereafter, County representatives contacted Mr. Wren again and informed him that the site visit to RMCC had been "cancelled." Mr.

Wren subsequently contacted RMCC and discovered that the site visit by the County had not been cancelled, but that the County had subsequently hired a different videographer to tape the site visit of RMCC. Mr. Wren believes that he was fired as the videographer for the County because he informed the county representatives that he was a Christian.

Finally, several other County employees have expressed animus toward RMCC. For example, for many years RMCC posted banners on the side of its building announcing each of Pastor Ahlgrim's sermon series. After submitting the Application, Neal Anderson of the Niwot Community Association gathered written comments from various neighbors expressing negative views regarding the proposed expansion, including comments from Andrienne Lorantos, a planner for Boulder County. Shortly thereafter, Andrienne Lorantos also issued a sign violation on behalf of Boulder County for posting the banner on the side of the Church, despite the fact that RMCC had done so for many years. Additionally, Susan Kloster, a county employee for Lafayette, submitted similar complaints regarding RMCC's signs.

6. Identify all instances in which the Board has allegedly implemented the Code in a manner which treats religious assemblies and institutions on less than equal terms with non-religious assemblies and institutions, as is referenced in paragraph 166 and 210 of the Amended Complaint.

**Supplemental Response:** The Board has granted special use appropriate to other non-religious assemblies and institutions, such as the Alexander Dawson School, to address the future needs of the school, while taking the position that