# EXHIBIT 7

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00554-REB-BNB

ROCKY MOUNTAIN CHRISTIAN CHURCH,

a Colorado nonprofit corporation, et al.

Plaintiffs,

and

UNITED STATES OF AMERICA,

Intervenor Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

COLORADO

Defendant.

EXPERT REPORT FOR VERN SEIEROE, AIA

Respectfully Submitted on this 26th day of March, 2007

Vern Seieroe, AIA

**Report of Expert Witness**
regarding architectural issues of the
Rocky Mountain Christian Church and its application for expansion



Vern Seieroe Architect A.I.A.
printed 25 March 2007
page 2 of 38 pages
2   40

**Report of Expert Witness** regarding architectural issues of the Rocky Mountain Christian Church and
its application for expansion



<u>**Report of Expert Witness**</u>    ■    Vern Seieroe Architect A.I.A.
regarding architectural issues of the    printed 25 March 2007
Rocky Mountain Christian Church and its application for expansion    page 29 of 40 pages

## Comparison of Large Churches in the Front Range Colorado Metropolitan Area

(with attendance over 2,000 people)

| church | location | attendance | floor area | | | density |
|---|---|---|---|---|---|---|
| **lowest quartile - least floor area per attendance:** | | | | | | |
| The Next Life Church Offices | Englewood | 2,500 | 4,000 | s.f. | 1.6 | s.f./attendee |
| Timberline Church | Fort Collins | 5,050 | 10,000 | s.f. | 2.0 | s.f./attendee |
| New Life Church | Colorado Springs | 6,000 | 257,140 | s.f. | 5.4 | s.f./attendee |
| Flatirons Community Church | Lafayette | 4,000 | 30,876 | s.f. | 7.7 | s.f./attendee |
| Vineyard Church if Fort Collins | Fort Collins | 2,300 | 20,651 | s.f. | 9.0 | s.f./attendee |
| Woodman Valley Chapel | Colorado Springs | 3,000 | 36,875 | s.f. | 12.3 | s.f./attendee |
| | | | average per lowest quartiles | | 6.3 | s.f./attendee |
| **middle quartiles:** | | | | | | |
| Mile High Church of Religious Science | Lakewood | 3,000 | 39,799 | s.f. | 13.3 | s.f./attendee |
| Crossroads Church of Denver | Wheatridge | 4,500 | 62,516 | s.f. | 13.9 | s.f./attendee |
| Southeast Christian Church | Parker | 2,900 | 51,664 | s.f. | 17.8 | s.f./attendee |
| Heritage Christian Church Ctr. | Denver | 5,000 | 100,000 | s.f. | 20.0 | s.f./attendee |
| Rocky Mountain Calvary Church | Colorado Springs | 2,000 | 41,276 | s.f. | 20.6 | s.f./attendee |
| Foothills Bible Church | Littleton | 3,000 | 71,791 | s.f. | 23.9 | s.f./attendee |
| Resurrection Fellowship | Loveland | 3,000 | 79,550 | s.f. | 26.5 | s.f./attendee |
| Lifebridge Mountain Christian Church | Longmont | 3,000 | 89,702 | s.f. | 29.9 | s.f./attendee |
| Greenwood Community Church | Greenwood Village | 2,000 | 70,240 | s.f. | 35.1 | s.f./attendee |
| Colorado Community Church (Englewood Campus) | Englewood | 4,500 | 70,240 | s.f. | 35.12 | s.f./attendee |
| Word of Life Christian Church | Lone Tree | 2,000 | 89,546 | s.f. | 44.8 | s.f./attendee |
| Faith Evangelical Free Church | Fort Collins | 2,100 | 94,357 | s.f. | 44.9 | s.f./attendee |
| | | | average per middle quartiles | | 27.2 | s.f./attendee |
| **highest quartile - most floor area per attendance:** | | | | | | |
| Riverside Baptist Church | Denver | 2,000 | 101,684 | s.f. | 50.8 | s.f./attendee |
| First Presbyterian Church of Colorado Springs | Colorado Springs | 2,300 | 125,685 | s.f. | 54.6 | s.f./attendee |
| Faith Bible Chapel International | Arvada | 5,500 | | | | |
| 6210 Ward Road, church | | | 93,030 | s.f. | | |
| 6225 Ward Road, church | | | 104,748 | s.f. | | |
| 4890 Carr Street, school | | | 77,077 | s.f. | | |
| 12,750 W. 63rd Avenue, dormitory & boarding house | | | 16,167 | s.f. | | |
| 12,189 Ralston Road, office | | | <u>194,549</u> | <u>s.f.</u> | | |
| | | | 310,481 | s.f. | 56.5 | s.f./attendee |
| Anomaly, | | | | | | |
| Orchard Road Christian Church | Greenwood Village | 3,500 | 453,981 | s.f. | 129.7 | s.f./attendee |
| Cherry Hills Community Church (multiple elementary / secondary schools) | Highlands Ranch | 4,000 | 584,730 | s.f. | 146.2 | s.f./attendee |
| | | | average per highest quartiles | | 87.57 | s.f./attendee |

**Report of Expert Witness** ∎    Vern Seieroe Architect A.I.A.
regarding architectural issues of the    printed 25 March 2007
Rocky Mountain Christian Church and its application for expansion    page 30 of 40 pages

### Characteristics of Large Churches

[xiv]Churches with an average of over 2,000 person attendance per week here referred to as large churches) in the United States:

(Note - Catholic Churches not included in the survey here referenced or quoted)

> - The large churches surveyed are concentrated around the largest cities, and within those cities most are located in the newer suburbs (45%) or the older suburbs (29%).
>
> - A comparison with the 1999-2000 data seems to indicate an attraction to the newest suburbs either by newly established churches or those moving from older suburbs, and not a flight by large churches from the downtown and older established inner city areas.

- The 2005 survey found that the median (midpoint of the range – meaning 50% were below and 50% above this figure) seating capacity of the largest worship service was 1,400 for the large churches surveyed.

- Only 5% of the large churches surveyed in 2005 have sanctuaries of 3,000 seats or more.

- 53% of the large churches surveyed in 2005 hold four or more services over two or three days.



**Few Have Colossal Sanctuaries:
Only 5% Have Seating Over 3,000**

Sanctuary Seating

- Of the large churches surveyed, at least 50% of the churches use multiple venues for worship as well as satellite locations to increase seating capacity.

- Twenty-seven percent hold services at satellite locations (up 5% from the 1999-2000 survey) and another 27% are considering doing this.

**Report of Expert Witness**    ■    Vern Seieroe Architect A.I.A.
regarding architectural issues of the    printed 25 March 2007
Rocky Mountain Christian Church and its application for expansion    page 31 of 40 pages

- Twenty-two percent of the large church congregations claimed to have started a satellite or off-site campus since 2000. Of this group with multi-site locations, three quarters have just one or two additional locations, but 10% have more than 5 separate locations.

- 34% of the large churches surveyed employ a multiple venue worship service format where the services have distinctive styles and/or focus are held simultaneously in other parts of or other buildings on their main campus.

- 37% of the large churches surveyed stated that they helped plant at least one new congregation in the past 5 years.

- Of the large churches surveyed, only 2.7% hold one service per week, 15% hold two services per weeks, and slightly over half hold 3 or 4 services per week.



- 97% of the surveyed large churches hold multiple worship services, with 5% holding 9 or more each weekend.

Note:

To complete the 2005 survey, 1,800 churches were contacted by e-mail, phone and mail, with complete data for more than 400 qualifying congregations received, tabulated and analyzed into the results referred to here.