# EXHIBIT 8

00001

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 05-CV-00554-REB-BNB

_____

F.R.C.P. 30(b)(6) VIDEOTAPED DEPOSITION OF ROCKY
MOUNTAIN CHRISTIAN CHURCH (RICK THIELEN AND BRETT KING)
EXAMINATION DATE:  FEBRUARY 23, 2007

_____

ROCKY MOUNTAIN CHRISTIAN CHURCH, a Colorado nonprofit
corporation,
ALAN AHLGRIM, Lead Pastor,
DONALD BONDESON, Discipleship Pastor,
BARB EVANS, Director of Women's Ministry, and
DAVID PAGE, Elder,

Plaintiffs,

and

UNITED STATES OF AMERICA, Intervenor,

Intervenor Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,
COLORADO,

Defendant.

_____

PURSUANT TO NOTICE, the F.R.C.P Rule 30(b)(6)
videotaped deposition of ROCKY MOUNTAIN CHRISTIAN CHURCH
(Rick Thielen and Brett King) was taken at 9:05 a.m. on
February 23, 2007, at 1325 Pearl Street, 5th Floor,
Boulder, Colorado, before Nathan Stormo, Registered
Professional Reporter and Notary Public in and for the
State of Colorado, said F.R.C.P. Rule 30(b)(6)
videotaped deposition being taken pursuant to the
Federal Rules of Civil Procedure.


            Nathan Stormo
       Registered Professional Reporter

**RMCC 30(b)(6) 2-23-07**                                **Page 1**

00019

A    That is correct.

Q    So where is the small space?

A    The small spaces are in existing classrooms.

Q    Okay. So the children come in and they go into existing classrooms?

A    That is correct, for the elementary and nursery area. However, we also have 5th and 6th grade girls programming where they do have an intermediate space that we created by -- it's actually a double classroom that is missing the wall in the middle. 5th and 6th grade girls -- or 5th and 6th grade boys and girls are separated out, and we do have from -- it varies anywhere from two to three of those classes that either meet in hallways or they meet on a stairway.

Q    I'm not sure I caught the last statement. The 5th and 6th grade girls --

A    Boys and girls, we have a separate class for 5th grade girls, 5th grade boys; a separate class for 6th grade girls, 6th grade boys, and they meet separately. They all meet together for the intermediate worship program and experience that they go through, but then they break out into what is essentially four different classroom spaces. And we have only two classroom areas for them to meet in, so the other two either meet in the hallway, or they'll meet on a

00020

stairway.

Q   So the intermediate space is the hallway space, or is it the classroom space?

A   It depends on which age group that you're talking about.

Q   Okay.

A   What we've had to do is make space work in a creative way.  So in the middle school, or the 5th and 6th grade, the intermediate space is actually two classrooms where we've had a wall that was taken out a long time ago, so we've been able to create intermediate space there.  But we don't have small break-outs -- what we call break-out spaces for that age group.  However, when you get down into the nursery or early childhood, they have classroom space that they meet in, but they do not have intermediate space for them to meet in.  So we've created intermediate space with temporary dividers out in the hallway.

Q   Okay.  So let me divide it up a little bit. For the nursery and early childhood, when they first come in for either the 8:15 or 10:45 service, where do they go?

A   They go straight into -- they check in, and they go straight into a classroom.

Q   Okay.  And those are not in the hallway?

00038

A    Correct.

(Deposition Exhibit 3 was marked.)

Q    (By Mr. Hughes)  I'm handing you what's been marked as Exhibit 3.  Can you tell me what that document is?

A    This would be a building use document for 2006 at the Niwot campus.

Q    So it's essentially the same compilation as Exhibit 23, but it's for the year 2006?

A    That would be correct.  We may have added a little bit more information to it, but essentially it's the same; same document.

Q    Okay.  And this is a summary of the group uses that took place at the Niwot campus in 2006?

A    That is correct.

Q    As I understand it, Rocky Mountain Christian Church has a program for small groups?

A    We do.

Q    Tell me about that program.

A    It is -- again, it is -- it is core to our worship and our religious practice.  It goes right back to a little bit what I was saying when we were talking about children's ministry.  We believe that every -- every member, everyone that attends Rocky and worships with us first of all should be a part of a large group

00039

experience; hence, for adults it would be the worship service in the worship auditoriums or like venue or the Rush Hour services or the larger groups. Then they should be part of an intermediate group or a service group. And so in the children's area, you will see the intermediate groups get together, but they also may do some servicing. From an adult standpoint, then they would serve somewhere within the ministry of Rocky Mountain.

And then finally the third area -- so you have the large group worship experience, the service experience, and finally you have the small group experience. And that's a more intimate, more relational experience. And we're absolutely convinced that you do not grow spiritually and in a relationship with Jesus Christ without a relationship with others around you. Christianity has always been based on relationships, and we have set up our programming and our worship to reflect that.

Q    How many small groups are there?

A    It varies from time to time. We've had as high as about 150, and that moves around a little bit right now. And I'm not sure of the exact number because it changes, but somewhere in the neighborhood of about 70 or 75 currently.

00046

(Deposition Exhibit 4 was marked.)

Q   (By Mr. Hughes)  Okay.  I'm handing you what's been marked as Exhibit 4.  Could you tell me what that is?

A   That is a listing of partner churches, and it's come off of our -- it's actually just a printout of our web page; our web site.

Q   Rocky Mountain Christian Church's web site?

A   That's correct.

Q   Okay.  So the listing of churches in Exhibit 4 are the plant churches; is that correct?

A   That is correct.  In fact, one of the statements -- it's one of the opening statements on the web page up here.  It says, "It's been in the DNA of our congregation since we launched in 1984" to help other churches start.  In fact, Rocky Mountain Christian Church was a church plant that was started the same way, of Life Bridge and some other churches that also underwrote the expenses of Rocky Mountain to get it started.

Q   And this document also indicates that Rocky Mountain Christian Church believes that church planting is the most effective means of impacting this world for Jesus Christ?

A   That is correct.

00072

commissioners making their decision on your application.

A   Yes, we did, uh-huh.

Q   Isn't that correct?

A   That is correct, uh-huh.

Q   And the idea of solving your space problems in Niwot by acquiring the east campus property, that took -- that was discussed as of 2005, wasn't it?

A   We had discussed a number of reasons. The main and focal point of the Frederick campus was to do and be able to set up a facility for the tri-town area. Knowing that we already had a number of our people that were attending the Niwot campus, and more than likely that they would attend the Frederick campus, with those numbers we knew that at least in the immediate future on a temporary basis that it would alleviate some of the crowding issues that we had at the Niwot campus. It was not a permanent fix or an answer to the crowding or for the programming needs that we have at the Niwot campus.

Q   But one of Rocky Mountain Christian Church's motives in acquiring the east property, or looking for the east campus property, was to solve space problems at Niwot?

A   For the immediate future, yes.

MR. MACDONALD:  Are you doing okay? Do you need a break?

00104

at various times." What do you mean by that?

A    Because we do have, as we've already talked about, a lack of space in different parts of the building. We've had to restructure worship times, for instance. Now we're at -- where we used to have an average worship time of about an hour and 15 to an hour an 20 minutes with about a half hour going in between -- to exchange, going between the halls, classrooms, and the worship areas, we are now down to a one-hour service with a 15-minute pass-through. And by trimming down the worship services, we have had to trim down some of the things that we do in worship: communion time, baptisms, which are crucial. It's what we're all about. We can't even do those in the services now, which is really frustrating to some of our members.

Also, fellowship was a huge part of our religious practice and part of what we do. Where we used to spend time talking and, again, building relationships, in 15 minutes people don't have that time anymore where they used to have a half hour to do that.

So because of the fact, one, that we had to take and trim down service times and compress everything into there, that has affected every single member of the congregation.

Q    And later on in that paragraph you talk about

00114

there was almost the same mix demographically as we had Sunday morning. So, again, that's why we come back to the discussion of the second service offering -- we would have to offer the full programming, and there was no way that -- we just physically couldn't be able to do that.

Q   Now, if you needed ten more minutes for each service for Alan Ahlgrim's sermon, why not just add ten minutes to all three of the services?

A   Well, first of all, we had to look at it all the way around and make it fit. Ten minutes of Alan's sermon wasn't the only thing we had to cut. We cut the praise and worship time by a few minutes. We cut ten minutes off of the sermon time. We cut time off of the communion and reflection time. We cut off being able to bless missionaries or other connections that we have, church plant speakers, at the end of the service. We trimmed 15 minutes at least off of the services all the way around.

On top of that, we also trimmed off the -- I call it the traffic moving time between -- throughout the building where we had 30 minutes before, now we only had 15 minutes.

Now, if you add all that time back when we go to three services, now we go past noon and up to 12:30.

00116

services would run over primarily would be if people come forward to accept Christ, were going to be baptized, or they were going to share their testimony, you could do that at the end of the service and add that time on and still know that you could move people around and get ready for the next service.

With 15 minutes in between services, that all has to be cut out because you absolutely almost ruthlessly have to control the time so you can stop within that 60 minutes. If you go past the 60 minutes, now you cannot start the next services on time.

Q   60 minutes is the length of the services now that you have three?

A   That is correct.

Q   Going to Page 11 of Exhibit 14, there is a paragraph that talks about time for a weekly communion. And one of the burdens that is mentioned is "members of the congregation have been asked to move their seats during communion." Is that one of the burdens that you have identified?

A   It is. There is a -- what we refer to as the loft area, which is a section back behind the main -- the main hallway. In one -- in the time study in order to make everything fit, it was taking anywhere from seven to eight minutes to serve communion when everybody

00117

was spread out all around. And in order to compress the time down, we only allowed about three minutes to make -- to have communion and to serve that. And the only way we could do that was make sure everybody wasn't spread out; they moved forward.

But as we found out, and very vocally and from a lot of people, that that's where they prefer to worship, is in the loft area. For whatever reason, that's where a number of people want to worship from back there, they're the most comfortable. And when we close -- we actually close those off, or have closed those off, we have had people either leave because they're mad because they can't worship where they want to, or will let us know repeatedly every Sunday that they're just not comfortable. They like to sit where they want to in the service.

Q    So how was the members making that sort of movement affected by the -- how did the County's decision cause that to happen?

A    Well, because we had to move everybody into -- because of the space constrictions and being able to load level the services, particularly in children's -- not so much in the worship auditorium -- but especially in the children's ministry area, we could not let the worship services -- adult worship services go past time.

**RMCC 30(b)(6) 2-23-07**                               **Page 117**

00118

And so it all comes back to what I said brutally maintaining and managing that time frame so every service is done in one hour. And that was one of the things that we had to do. We had to cut down on Alan's sermon time, the lead pastor's sermon time. We had to cut down on the worship and praise and singing, and we've heard people talk about -- and complain about that. The communion and reflection time, which is a quiet time, that had to be cut down because things had to happen at a certain time in order for the service to get out.

Q   Didn't the County grant your request to expand the worship auditorium?

A   The request to expand the worship auditorium was, from our side, on the low end of the -- one of the last things that we were going to do. We weren't all that compressed in the auditorium for seating. Where we were really hurting for space -- and we've said this all along -- has always been in the children's ministry area. And -- but what we do in the worship auditorium and how long those services last, or if they overflow, definitely have a huge ripple effect back into the Sunday school classes and where -- how soon and how smoothly those things move and get people in and out of the building in between services.

00124

Q   You have a reference later on on Page 11 of Exhibit 14 of speakers and missionaries not being able to speak at services.  Do you see that?

A   That's correct, yes, uh-huh.

Q   Does the church make available any other times for speakers and missionaries to connect with your congregation?

A   We've -- we've had to do something different. We always want them to be able -- the whole congregation is usually only together in the worship services, and those that are on Sunday are going to be in -- hopefully going to be in the worship services.  So it makes sense that if we're going introduce a missionary or if somebody can share about what they're doing in their particular mission, or be able to share praises, that we have in the past been able to do that, and they haven't come up at the end of the service.

At the same time, the congregation can extend a blessing to them.  If we're sending out missions teams -- for instance, we had one that went to Mexico for a short-term mission trip -- we used to be able to pull those people up front, and the people could either pray for them, you know, as a congregation.  We would close out the service and talk a little bit about what they are going to do.  We no longer can do that because

00125

we do not have the time in the service to be able to do that.

As this person here, John Buechner -- I think is the way it pronounced, or Buechner -- he wanted to talk a little bit about the Kids Hope, which is a -- which is a ministry program that we do to underprivileged kids, and that's a one-on-one teaching. He wanted to come in, one, to share Rocky Mountain's impact on the school that they've been working with, but also as an encouragement, to have some additional people sign up, and they would work with one child for a whole year.

Q   I'm sorry to interrupt, but my question was, other than services, is there a place -- is there a time that Rocky Mountain Christian Church makes available for missionaries or various speakers who want to connect with your congregation?

A   There are no other ways unless we let them set up in a hallway somewhere, and then most of the congregation would miss them, depending on what door they come in.

Q   You can't schedule an event at 7:00 at night on Sunday in the worship auditorium?

A   We already know from experience you're going to be lucky if you get just a bare handful of people for

00127

MR. HUGHES: I designated substantial burden, so I think I'm free to ask that.

MR. MACDONALD: Well, substantial burden on Rocky Mountain Christian Church is a different question than what the practices of other churches are.

MR. HUGHES: Well, if you want -- are you going to instruct the witness not to answer, or can I ask him the question?

MR. MACDONALD: If he knows the answer -- well, no, I am going instruct him because he's not -- I don't know that he's speaking for the church on those issues.

Q   (By Mr. Hughes) As I understand it, your position is that shortening the service by approximately 15 minutes in total is the substantial burden?

A   Yes, it is.

Q   It's one of the substantial burdens on Rocky Mountain Christian Church?

A   Yes.

Q   Would it be a substantial burden if it was shortened by five minutes?

A   I think the -- I think the church should have the freedom to define the length of their services and be able to provide the facilities and the opportunities based on what's right for Rocky Mountain Christian Church. And what the bottom line comes down to is,

**RMCC 30(b)(6) 2-23-07**                                    **Page 127**

00128

because of the space constraints that we have right now, particularly in our children's ministry, we are now forced to reduce the length of our services. And that is creating a substantial burden on the full congregation, whether you're an adult, whether you're a student, or whether you're a child.

Q    So any shortening of the services would constitute a substantial burden?

A    I still come back to the statement that a church should have the freedom to determine what the length of their service should be. There are churches out there that have two- and three-hour services, and we choose not to do that. There are other churches that have only a half hour or 45-minute services. But for Rocky Mountain Christian Church what has been best for us historically is the hour and 15, hour and 20 minute service.

And, I may add, that is what our people have come to enjoy, and that's why we've heard the comments and the complaints that we have had, because they miss that length of that service. So, yes, that is impacting and is a substantial burden on those people.

Q    Who made the decision to go to three services?

A    That was a combined discussion of staff on figuring out how we could best offer the programming

00131

can't do receptions in the building unless we set the reception up in the hallway. The gymnasium is so scheduled up and spoken for between the academy needs -- RMCC or Rocky Mountain Christian Academy needs -- and the church needs that there is no way we can do wedding receptions in there. So that in itself is a discouragement to even our own members. They end up having to go somewhere else where they could have the -- have a reception if they wanted to.

But the other part of that is that there's either really large weddings or there's smaller weddings. And the large weddings, obviously, would go into our worship auditorium, but, again, because we're scheduling and we're practicing and we're getting ready for services, Saturday nights, that is almost off limits for anything at this point in time. Occasionally we can fit some in. That leaves only one other room that can really -- is suitable for weddings, and that's what we call -- refer to as our chapel.

But the problem we run into is that you can't get many more than just about 100 people in there. And so a lot of our weddings come in the range of about anywhere from 2- to 300, maybe 400 people that want to attend, and we don't have another facility to put -- another venue or another room to put that wedding into.

00218

A   I -- you know, I would refer back to what I said previously. What I have heard continually from the leaders of the church, and the elders as well, was that they felt that they needed the full build-out, and they did not want to tie the hands of any future leaders. And depending on the growth of the church in the next 10 to 20 years, we could need all of what was proposed, we might not need all that was proposed.

Q   And what is the reference to, "we already know exactly what we have to have"?

A   I think that is a reference to the immediate needs, those needed to be met, which were the needs of children and the crowding in the children's areas.

Q   Did you make a determination of, for example, how much square footage you needed to address the immediate needs in the children's area?

A   As part of our planning with the architect, yes, we did go through exercises where we did analyze what we needed, both for immediate as well as for moderate growth in probably the five- to ten-year range.

Q   And what determination was made with respect to the immediate need for the children's area, in terms of square footage?

A   Precisely what was built and precisely what was proposed; that that would alleviate our immediate need

00219

for crowding, and then allow for some growth down the road.

Q   Well, what was proposed was the entire expansion proposal, right?

A   Uh-huh.  I'm talking specifically about what was proposed for children.  The children's building would meet our immediate needs as well as our needs into the foreseeable future.

Q   What is the children's building?

A   The children's building was that part of the expansion that was specifically designed to house children from birth through 6th grade.

Q   And was the double gym part of the children's building?

A   No.

Q   Was the chapel part of the children's building?

A   No.

MR. HUGHES:  Just give me a minute.

(Discussion off the record.)

Q   (By Mr. Hughes)  I understand from Rocky Mountain Christian Church's counsel that there's going to be modification to the interrogatories that were sent to Rocky Mountain Christian Church.  Do you know anything about that?

A   I -- I know that as Rick Thielen and I

00231

EXAMINATION

BY MR. MACDONALD:

Q   There was testimony earlier about lack of space for funerals and weddings. Would you characterize the need the for space for funerals and weddings as an immediate or a future need?

A   I would characterize it as an immediate need, particularly funerals.

Q   Is there any -- any part of the proposed expansion that would have addressed that need?

A   If we would have moved the children into the proposed children's wing, that would have maintained space in the worship area to have private funerals.

Q   Okay. If the proposed expansion had been approved, where would the Rush Hour program been located?

A   That was undetermined. There were discussions about locating the Rush Hour most likely in the gymnasium.

Q   In the current gymnasium or the proposed?

A   In the -- I'm sorry -- in the proposed gymnasium.

MR. MACDONALD:  Okay. I have nothing further.

THE VIDEOGRAPHER:  This is the end of Tape No. 3. We're going off record. The time is 4:31.