# EXHIBIT 9



00001

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 05-CV-00554-REB-BNB

---

VIDEOTAPED DEPOSITION OF ALAN AHLGRIM
EXAMINATION DATE:  MARCH 20, 2007

---

ROCKY MOUNTAIN CHRISTIAN CHURCH, a Colorado nonprofit corporation,
ALAN AHLGRIM, Lead Pastor,
DONALD BONDESON, Discipleship Pastor,
BARB EVANS, Director of Women's Ministry, and
DAVID PAGE, Elder,

Plaintiffs,

and

UNITED STATES OF AMERICA, Intervenor,

Intervenor Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY, COLORADO,

Defendant.

---

PURSUANT TO NOTICE, the videotaped deposition of ALAN AHLGRIM was taken at 9:02 a.m. on March 20, 2007, at 1325 Pearl Street, 5th Floor, Boulder, Colorado, before Nathan Stormo, Registered Professional Reporter and Notary Public in and for the State of Colorado, said videotaped deposition being taken pursuant to the Federal Rules of Civil Procedure.

Nathan Stormo
Registered Professional Reporter

00028

transferring membership?

A    We do not refer to that as baptism. Everyone would make the good confession of faith. It's a reaffirmation for some, a first public affirmation for others.

Q    Okay. So you're talking about two different things; the rededication and the actual immersion baptism are two separate --

A    Correct.

Q    You said that you don't use the term "members"?

A    We use the term "member." We just don't publicly use a term that many of us were familiar with in years past, "transferring membership." We definitely talks about membership. We just don't use that term, "transferring membership," because to us it's not primarily a paper issue at all. It's a heart issue.

Q    As I understand it, Rocky Mountain Christian Church in September or so of 2006 changed from having three services to having two services -- or changed from having two services on Sunday mornings to having three services. Is that correct?

A    Correct.

Q    Were the baptisms handled differently when there were two Sunday services?

A    Yes.

**Ahlgrim, Alan 3-20-07**                                    **Page 28**

00029

Q   How were they handled when there were two Sunday services?

A   Almost without exception those who were ready, desiring -- and desiring baptism were immersed into Christ before the conclusion of the corporate worship experience.

Q   So when in the service would it take place?

A   Toward the end after communion, and usually before announcements.  Or if we had an unusual number of people preparing, it might occur at the end of the announcements -- often at the end of the announcements before the closing prayer while everyone was present in the room.

Q   And typically how many people would be baptized on a Sunday morning -- or at a Sunday morning service?

A   I would prefer to use the term, it would happen regularly.  But it would be impossible to predict, unless it was related to one of our usually annual decision days when we had a special emphasis and prepared people for a few weeks prior to that special opportunity.  It might happen in conjunction with Easter, for example.

The invitation is extended, the opportunity is provided every service, but special focus is given to that at least once or twice a year, and then we would

**Ahlgrim, Alan 3-20-07**                    **Page 29**

00042

recommendations to the staff. The staff would work out the details, understanding the complexities of space and so on. That would mean that the elders probably had awareness only. I don't recall.

Q   Part of the decision from going to two to three Sunday services involved shortening the Sunday services; is that correct?

A   That's correct.

Q   That was a pretty significant decision, wasn't it?

A   That was a painful decision.

Q   Why wasn't there -- was there a particular elders' meeting to discuss that part of the decision?

A   I don't recall.

Q   Do you recall any particular elders' meetings where the decision to shorten the services or to go from two to three Sunday services was discussed?

A   I'm certain it was discussed at some point, but I have no recall, and I do not read minutes of meetings that I attend.

Q   As of today, you don't have a particular recollection of an elders' meeting where that was discussed?

A   As of this moment. You may have some document that would assist me, but I don't have any recall,

00057

volunteers, the upcoming Rush Hour experience that we knew was going to be rolled out in just a matter of months, and the need to get three services in on a Sunday morning in a way that would enable us to be sensitive to, respectful of the children. The children of our church are clearly our first concern.

Q   A couple of times you have described the decision as painful.

A   Uh-huh.

Q   What did you mean by that?

A   We knew that we would disappoint some people who would be losing their preferred service on Saturday night, and that's why we told them in advance of the capital campaign commitment, in fairness to them, in respect for them.

But the greatest pain was the realization that the culture of Rocky Mountain Christian Church was experiencing a very significant, even dramatic shift from services that the staff always said were to be 75 minutes in length, but which never were. We had 30 minutes between the 9:00 service, which technically was supposed to conclude at 10:15 before the launch of the second service at 10:45. But in reality only on the rarest of occasion did that ever happen. Instead, my recollection was that it typically ended at 10:24 on

00058

average.

That meant -- I would say in planning meetings, Okay, as we're wrestling this through again and again and again, we have to figure out a way to do the service in just about an hour. And I was strongly challenged by at least one member of our management and planning team who said, No, it's not just about an hour. It must be an hour.

That meant that we had to be rigorous in the reduction of certain elements in the service. And it was painful because we would be singing less, and the sermons that I -- I didn't know exactly how they had been until we asked an intern to go through all of the records for several years. And it was documented that they were 35 to 36 minutes in length, and had been for years. So that meant we were going to have to reduce the sermon time by at least ten minutes. And while many people joke about that -- no one has ever heard a bad 25-minute sermon -- the reality is that was painful. And some of our people have been very disappointed that the teaching time has been restricted.

And it goes beyond that because the communion time has had to be tightened, which means that there's less reflection time. Our culture is so driven and so noisy that people crave some quiet place, and that is

**Ahlgrim, Alan 3-20-07**                    **Page 58**

00059

provided during communion every week, and it's a focused time of reflection and prayer that has been reduced.

And then the invitation issue now, as I stated earlier, is still extended, but much less time to welcome and greet people, which means that there has been a significant reduction in testimony time for people coming forward with very touching, life-changing stories that they would occasionally share or give me permission to reference.

And then the reduction of the announcement time, which from my perspective, announcements are not throwaways. It is vision time; opportunity to cast vision, to clarify our mission, celebrate what God is allowing us to be a part of, blessing missionaries who come. We're talking about service opportunities in the community, whether that's opportunities to work with children in the community, whether it's the Kids Hope program in the public school system, whether it's adoption opportunities, whether it's the giving of blood.

Our congregation is known by the community agencies as one of the first places they go for help. Habitat for Humanity, it goes on and on and on, and we have very limited opportunity now compared to what we had before. So it was a reduction of what, in practical

00060

fact, had been an hour and 24 minute service to one hour. That was painful, and still is. It's painful for me personally and for some in our congregation who have been clearly disappointed.

Q   Do you have particular people in mind that you're talking about that were clearly disappointed?

A   Oh, yes.

Q   Who is that?

A   Well, numerous comments about the abbreviated sermons. I don't know, if you need names for all these, we can provide some of them. I remember a hallway conversation with David and Rhonda Stischer. They have several little children. And Rhonda was even not long ago lamenting to me the abbreviated teaching time.

With regard to baptisms, numerous comments, numerous comments. Why can't we have baptisms in the service? Well, in some ways we could. If we knew when someone was going to be baptized, we could maybe rearrange some things to accommodate it, but you don't know, and you can't plan on all of that. There is an element of spontaneity. Not everything is scripted in a worship service. People aren't moved to respond. And that has been a very difficult thing for our people. That is a culture shift.

When it comes to the communion, some have felt

00061

rushed, have told us that.  When it comes to the announcements, regularly we debate in our MAP meeting which announcements are going to be made.  And the missions team, with the exception of Glenn Peters and Ed McQueen who are staff members, all are composed of volunteers -- well, Judy Grant is an IT person and this is part of her volunteer role.  She is on that committee, I believe.

That team is very frustrated about the fact that we have missionaries in town, and there's no opportunity at the end of the service for them to make a presentation.  We had a request through Kids Hope that they play a brief tape and then a statement being made, and they wanted five minutes.  No way that can happen.

We just had a request from Glenn Peters on behalf of the committee in a MAP meeting.  We have this year already, I believe he said 11 mission trips.  And the request of the committee was some time before they leave and upon their return to acknowledge them and pray for them.  We have a team right now in Louisiana rebuilding homes for the hurricane victims.  Our church raised -- again, volunteer giving, no one is billed, no one has done -- I don't know individually what anyone gives.  The total, it was over and above regular offerings.  It was $100,000 for hurricane relief, and we

**Ahlgrim, Alan 3-20-07**                                    **Page 61**

00062

are getting that to different groups, including our own volunteers are going down. And we have limited opportunity to introduce them, to hear a report from them. That's just the latest illustration. And it's painful for us. It's painful for me.

Every staff meeting when we go through this debate, I have to remind them, I'm here -- every time we hire a staff member, I work for somebody else. This is not the church polity that some on the outside perceive. This is not a hierarchy with me at the top and giving directions to everyone. I'm a team leader, and I'm here to bless and support the individuals on our team, and they're assigned to an area, and that area is their area of passion. They need to be the special advocate for that. And they appropriately bring these requests to the MAP team or to me individually, and this is one of the difficult things for me that happens almost every week.

We had a situation where we had a -- we had blessed some of our young men and women in the armed forces going to Iraq and Afghanistan. And when one returned a while back, there was so much happening at the end of the service that I knew we could not properly recognize him publicly. I did personally, but we did not do that publicly. That was extremely painful to

00096

what God was calling us to do was to once again walk by faith; hence, we don't know how or when this will happen, but it seems that it would be for the good of others and the glory of God. If we were able to double everything that we were currently doing, how would that be a negative, in terms of impact on the community?

We're constantly turning groups away who want to meet in our building from the community, some from our own congregation. If we had more space, we could allow more groups to use it. We are constantly being asked for resources. We don't -- our people don't just give to, quote, unquote, the church program. Whether it's giving of blood or resources for community needs, the Outreach United Resource Center in Longmont, we are one of the primary contributors to feeding the poor.

If we had more people who were infused with a vision for their life beyond themselves, there would be more good done for the community, as well as the church planting; the traditional mission work that the church is engaged in. And that would mean, if that were to be the case, that we would need to accommodate more people, hence, doubling of services -- that would be practical services as well as actual events where people would gather in the building. We would need to have additional square footage for our facility, hence, that

00097

door was opened clearly there as well.

So it was -- as a plan is, it's a general statement. It's not a strategy, We'll do this in six months and this in nine. And yet all of us are -- well, most all of us are amazed at how long it actually takes. I never cease to be amazed at that; how long it actually takes to get certain things done. I was surprised. I keep wondering -- that was 2003. Wow. That's four years ago, and here we are.

Q    The Double Vision was to double everything that Rocky Mountain Christian Church did; is that correct?

A    In the ideal, yes, uh-huh.

Q    That included doubling the attendance?

A    Correct.

Q    And that was at the Niwot site, correct?

A    Correct.

Q    At that time you hadn't contemplated starting a satellite campus?

A    Correct.

Q    Doubling the groups was part of that vision?

A    Uh-huh, correct.

Q    Doubling the classes?

A    Correct.

Q    Doubling the outreach?

A    Correct.

00118

A    That's what I see there, yes.

Q    And following that section there is a section called "Shared Concerns and Thoughts of the Elders." And the first bullet point is, "Where will new members (to reach 8000) come from?"  Do you remember discussions related to that issue?

A    Yes.

Q    What do you remember about that?

A    The best -- the past is the best predictor of the future; that would be the context.  Given the fact that it would appear that no more than 7 percent of Boulder County residents are likely to be found in a church of any kind on any weekend -- that would be an estimate from pastors -- there's a limit with current receptivity.  This would not be the most highly receptive community in the nation when it comes to traditional church offerings, so projections would be based on that.

However, most people -- in fact, as far as I know, all people attending Rocky Mountain -- come by car; 70 percent or so within seven miles or so.  There's still a significant unreached potential, and with new communities being approved, time will tell.

Q    You mentioned that 70 percent of Rocky Mountain Christian Church attendees come from a seven-mile radius

00119

of Rocky Mountain Christian Church?

A    I believe that studies have indicated that it's within -- within seven miles, at least 70 percent of our people come from that area.

Q    Do you know which studies those are?

A    That would be just based on the communities we draw from, zip codes.

Q    Well, do you know if anybody in particular has put together a document that shows where the church draws from or how close people -- attenders are or anything like that?

A    I know that we at some point or points in the past engaged the assistance of a company that was at least then called Percept -- I don't know if it still is -- P-e-r-c-e-p-t, and they provide demographic assistance to give us an understanding of the nature of the communities we serve.  But to my knowledge, they don't provide, that I can recall, documentation on where our members are because we would have that in our database with zip codes.  Maybe they did.  I don't recall.  That was a while back.

Q    Okay.  I'm just wondering if you're aware of any time you've taken maybe the information in your database and compared those, taking zip codes and put them on a map or something like that to sort of take a

00129

ever-expanding opportunity, in terms of acreage, and that it was an ideal location -- crossroads, location -- that that's where we needed to be. And whatever issues we faced with County regulations on our current property would be only at least as challenging somewhere else.

Q  Is it part of Rocky Mountain Christian Church's religious beliefs that it must be -- or meet at one particular location?

A  It's -- no.

Q  You understand that you're a plaintiff in this case, correct?

A  Yes.

Q  Why are you personally suing Boulder County?

A  Sometimes we use the term increasingly so for our new Frederick campus that we're preparing. We need to make sure we have the face of the place identified; meaning, since we're planning to do that with some technology linkage, that we would have a few -- and especially one person -- who would be able to be more frequently and visibly present than I would be. I am that person for our Niwot campus. I am the most visible member and leader of our church; hence, I am a good representative for one who has experienced damage.

Q  What damages or injuries have you suffered that you're asking the Court to address in this lawsuit?

00144

knowledge, to any of our services to see for themselves.

And so a question was asked, something about, How is eating together a religious function. They asked that question in innocence. It was not an attacking kind of question. It was, How could that be?

Well, immediately I opened the scriptures to Acts 2. I had a pocket New Testament. I didn't expect that question. And I shared the passage from the end of Acts Chapter 2 that talks about how the early church met together and took meals together, with glad and sincere hearts praising God.

I wasn't doing that to preach to the commissioners. I was answering their question. Well, that's actually excellent questioning. It relates right back to the early days of the church in Jerusalem. Christians have been eating together since the first century. Part of the Jewish heritage, the Judeo-Christian tradition, is eating together is in many ways a kind of sacred act. And so when you eat together, it is a sign of acceptance.

So how do we eat together? On occasion we've tried to have a picnic celebration or something, and we have people all over the place: in the gym, in the hallways, outside the building. That can only be done on some occasions, weather permitting. And,

00145

unfortunately, in Colorado it's impossible to predict when the winds are going to hit or a late afternoon shower.

We can accommodate 10 to 20 percent -- say 15 percent of our congregation at one time in a meal. Sunday night we had a major event, a nostalgia night, more for the older crowd, and it was a wonderful dinner, and we had approximately 250 in the gym seated around round tables, and it was full. How do we have a fellowship dinner and invite the church and hope that 90 percent won't come?

It's like inviting someone over to your house, you're going to invite your neighborhood over. You love your neighbors, you want all your neighbors to come. And there are 25 homes in the community, and you set up ten chairs at your table. You were not serious in extending an open invitation, were you? That's what we deal with all the time. We have to figure, Okay, who do we target for this, who do we exclude. And that is a damage.

We are ready -- we've said this -- to follow the County regulations and to build what God provides the resources for us to do. And instead we're told, This is what you can have and nothing else. And that was in response to the commissioners' request for a