# EXHIBIT 10

00001

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 05-CV-00554-REB-BNB

---

DEPOSITION OF DAVID M. PAGE
EXAMINATION DATE:  MARCH 16, 2007

---

ROCKY MOUNTAIN CHRISTIAN CHURCH, a Colorado nonprofit corporation,
ALAN AHLGRIM, Lead Pastor,
DONALD BONDESON, Discipleship Pastor,
BARB EVANS, Director of Women's Ministry, and
DAVID PAGE, Elder,

Plaintiffs,

and

UNITED STATES OF AMERICA, Intervenor,

Intervenor Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY, COLORADO,

Defendant.

---

PURSUANT TO NOTICE, the deposition of DAVID M. PAGE was taken at 1:37 p.m. on March 16, 2007, at 1325 Pearl Street, 5th Floor, Boulder, Colorado, before Nathan Stormo, Registered Professional Reporter and Notary Public in and for the State of Colorado, said deposition being taken pursuant to the Federal Rules of Civil Procedure.

Nathan Stormo
Registered Professional Reporter

**Page, Donald M. 3-16-07**                                    **Page 1**

00059

Q   What do you recall?

A   Rocky Mountain Christian Academy is growth limited. They're capped at what we can do on our current site. And there have been off-and-on discussions for some time as to should the academy stay only at our site, should they go elsewhere. And this is leased space; it would be going elsewhere or moving a portion of their operation elsewhere.

Q   Do you recall if there were any decisions made about that issue?

A   It's a tough one to answer because of the relationship that we have with Rocky Mountain Christian Academy. Rocky Mountain Christian Academy is governed by its own board, one member of which is an elder of Rocky Mountain Christian Church. To my recollection, the elders of the church did not make a decision on whether or not Rocky Mountain Christian Academy would lease space elsewhere. I don't think it's our decision to make. I think it's the decision of the academy to make that, and I don't recall hearing whether they continued to look at other facilities or not.

Q   If you could turn to Page 7441. Could you identify that document, please?

A   This is "RMCC Elders Meeting, Monday, March 14, 2005."

**Page, Donald M. 3-16-07**                                    **Page 59**

00079

Q   Did you talk to anybody else?

A   Yes. I talked to the elders about it. I don't recall the specifics of it, but I'm confident that I did as a result of my responsibilities as an elder.

Q   In the context of a board of elders' meeting?

A   Well, I can't recall the specifics, but I imagine that we did. I imagine we had extensive conversations about it. I mean, I do recall -- yes, yes, yes, yes. I do recall that in a board of elders' meeting we talked about the shorter -- how we were going to accomplish a shorter worship service. Alan's sermon was going to be shortened. We would have a shortened time around communion. We would cut out our -- cut out minutes, or at least trim them back -- not minutes -- announcements, cut them back dramatically. And we talked about what it would be like for the first few Sundays with people getting used to that.

Q   Do you recall when that discussion took place?

A   It took place before the changeover.

Q   So before September of 2006?

A   Yes. I can give you the exact date. It appears that before the 9th -- or before the 10th of September of 2006, we discussed that, because it looks like that was the first Sunday that we had the three Sunday services.

**Page, Donald M. 3-16-07**                                          **Page 79**

00082

"our"; Rocky Mountain Christian Church?

A    The Christian faith.

Q    Okay.

A    Because I can't speak for others. I'll let them speak for themselves. But we assemble to worship God. We assemble to fellowship together; to come together as we're instructed to do in scripture. We assemble for various discipleship activities, learning more about our faith. We attempt to minister to others in less fortunate situations, locally and distant. And we try to reach out to others to fulfill what's called the great commission. Some scripture in Matthew talks about that: Go forth and make disciples of the nations. So what we see is the need to come together to do those things; at least some of those things, if not all of them.

The decision that the County has made, which I believe is a most unfortunate decision, limits my ability -- and I believe the ability of others -- to practice their faith in each of those areas. Specifically in going down that list, in terms of worship, we've been -- my family and I have been attending Rocky Mountain Christian Church for about a dozen years. We've lived here 14-1/2 or so.

During that entire time, we've had the ability

00083

to worship in a way that is not fettered by certain time constraints, which now seem to be arbitrary. Our opportunity to hear sermons was not constrained. Our opportunity to take communion in the way that we choose to take it was not constrained. And our opportunity to participate in the baptism of believers, the blessing of baptism was not constrained. The need to go to three services and to accommodate the constriction in time that we just talked about has resulted in impacts in each of those areas. And it's been -- I think it's been inappropriate.

Q    You mentioned participation in communion. Could you be more specific about that?

A    Certainly. The communion -- or some would call it the sacrament of communion -- is a time of reflection. And the elements of communion are distributed to the body -- I don't mean to use these church terms -- to the people that are assembled. And we're to reflect on our relationship with others and our relationship with God before taking the elements, the grape juice -- or wine in some faiths -- and pieces of bread. That time of reflection is almost gone now. There is almost none left. We can't do it that way. We can't do it the way we've -- give me a second.

Just give me a second. Can I step out?

**Page, Donald M. 3-16-07**                                    **Page 83**

00085

soon as the passing of the elements is done, we're on to the next thing.

Q  "Elements" being the wine and -- or the grape juice --

A  Grape juice and the pieces of bread.

Q  And is it passed in a different way?

A  No. It's passed the same. They come in trays.

Q  So do ushers bring it up and down the aisles; is that how it works?

A  Yes. Everybody stays seated, and the ushers bring the trays forward -- the pastor prays, the ushers bring the trays forward, they're passed up and down the aisles. The people take the elements. And when the ushers are done with that, then we're on to something else.

Q  You also mentioned in your previous answer the issue of baptism --

A  Yes.

Q  -- and not being able to fully participate in that?

A  Yes.

Q  Could you elaborate more on that?

A  Sure. Baptism is -- at Rocky Mountain Christian Church, there is what's called an invitation at the end of the message. And the invitation is for

00086

anyone who would like to be baptized or join the church or come forward for prayer to do that at a particular time during the service. So people may, sometimes do, come forward and say, I would like to be baptized. And baptism is a symbol of one's relationship with Christ. The scriptures tell us that we are to be baptized.

So people come forward, and they say, I would like to be baptized, and we pray with them. And then they can go off and be baptized after the third service when there's time.

Q    And specifically, how does your tradition do the baptism? Is it a full immersion type --

A    Yes. It's full immersion. We have a baptistry right behind the stage area so that it can be seen, or -- there are cameras in there too, so if it's covered by anything, the baptistry area is covered, the event can be seen, and it's put up on the screen so people can see it.

So the bottom line is we don't do baptisms in the first or second services anymore. We do them after the third service. And we're trying to explore ways of recording them and showing them to people, something like that, because we've lost so much with this approach that it's not good.

Q    And when you did two services, how did the

00088

the first part of the service, they would say, Anybody who wants to come up to be baptized come forward now, and they come forward and go to the baptistry area, but they wait until the end of the 10:45 --

A   No.

Q   Okay. I'm confused.

A   Let me take you through basically how the service works again.

Q   Okay.

A   So there is this time of worship and praise, there is a sermon. So worship and praise, my recollection is around 15 minutes or so. The sermon lasts about 25 minutes. At the end of the sermon, then the invitation to come forward and be baptized is presented. If you're in the first services, you come forward, there is a confession of faith, an introduction to the congregation, and then you go back to your seats in the first and second service.

In the third service, you would stay behind and go back to the -- behind the stage area to be prepared to be baptized. For those people in the first and second service that came forward, if they choose to be baptized at the end of the third service, then they wait around and join the people in the back to be baptized.

Q   And if they choose not to be baptized in the

00095

enumerated for you.

Q   Okay. Why don't you tell me about those areas.

A   Okay. We'll start with fellowship. What fellowship is really all about is the ability of believers to come together and to break bread, to dine together, to spend time together, to be as we refer to it in the word together to discuss spiritual matters of our faith. And that's been constrained because of the facility that we have and doesn't allow us to do -- to have the sort of fellowship activities we would otherwise have.

For example, we're unable to have large church dinners. It doesn't mean to have dinner with a large church, but in part it does. We could only seat at the maximum about 200, 250, maybe if we squeeze in, 300 people in our gymnasium area, which other churches might call it a fellowship hall. But we're a church that has people attending probably 2100 a week. So 10, 15 percent of our people could assemble together for a meal.

I've attended funerals of friends where part of the activities were conducted in hallways. It's not appropriate to do that.

My daughter is 20 years old. She would love to be married some day. I'm not confident that she could

00096

be married in our church because of space limitations. I would like to think that she could be married in my church, in her church, but we don't know that, because we do today have weddings -- we do today have to deny requests for weddings of church members because we don't have space. We don't have room for them. So that's a few things on fellowship.

Discipleship. Discipleship includes such things as learning together, growing in the faith through our knowledge of scripture, small groups; things of that nature. The number -- the quantity of adult education classes has been limited. It's been reduced because we don't have room because our priorities are kids and young families, so we give them the room. That's the right thing to do in the space-constrained environment. But the net effect is I don't have the selection of classes that I used to have. I still do try to attend classes. They're not necessarily all the ones I would like to attend, but I still do try to attend them.

We've had -- because we're trying to provide a secure environment for the children in our church, we do our best on Sundays to keep the children in the main building, and we have identification systems and that sort of thing to provide for security. But we have this

00097

temporary building away from the church structure on the other side of the parking lot, and that's where we have the adult ed classes sometimes. We have some in the hallway. In fact, I was in one this past fall and winter that was in a hallway.

We don't have as many older people attend those classes as we used to because, as you might imagine, with the weather this year, they're afraid to walk across the parking lot and slip and fall on ice. We do our best to scrape up, but it snows on Saturdays. So we can't have the classes that those people would like to attend in the main facility. That's discipleship.

Ministry area. We try to do missions and ministry to people less fortunate. It's a main component of who we are, is we try to bring Christ's love to other people. The number of people that can participate in doing that is reduced. My ability to identify and help develop programs, encourage programs, participate in programs to serve others is reduced because we have real challenges now. Getting together for meetings to talk about where we're going to go, how we're going to deploy mission activities.

For example, during this spring break, we've got a whole team of people serving Katrina victims and rebuilding homes in the Gulf area. We would be doing

**Page, Donald M. 3-16-07**                                                **Page 97**

00098

more of that if we could have more people in to work on those and plan those projects, but we don't have the space to do it.

Outreach and evangelism. Part of what we attempt to do is to bring people in to our church, kind of help them develop their faith, and dispatch them; send them out to make a difference in their world. That's one of the things that -- descriptions of our mission. We have missionaries deployed all around the world. People that are trying to help in areas from Africa to working with AIDS victims; people here in the United States; people in the Far East; people in Europe; people in South America.

When they come home, when they come back to the church, when they come back for a time of rest and rejuvenation, we can't give them time to speak in our services anymore. These people come from halfway around the world to come back to their home church, and we can't even fit them in for a presentation to the congregation. There's no time anymore for that.

I'll stop there.

Q   Have you identified all the impacts you were talking about?

A   Probably not, but I can't think of any others right now.