# EXHIBIT 11

# CERTIFICATE OF AUTHENTICITY

**I, Rebecca Picaso, with the Colorado Department of Local Affairs, State Demography Office, hereby certify that the attached is a true and accurate copy of the State Demography's forecast of population by county (created August 2006).**

*Rebecca Picaso*

**Rebecca Picaso**
**State Demography Office**

State of Colorado    )
                    )ss.
County of Denver    )

Subscribed and sworn to before me on this 26th of June, 2007.

*Antoniette Estrada*

*[Signature and seal of notary public]*

Notary Public

My commission expires:   8/6/2007   *[date]*.

Case No. 1:06-cv-00554-REB-BNB   Document 126-11   filed 07/25/07   USDC Colorado   pg 3 of 4

## TABLE 3.   PRELIMINARY POPULATION FORECASTS BY COUNTY, 2000 - 2035

| COUNTIES | CDS Est. July, 2000 | CDS Proj. July, 2005 | CDS Proj. July, 2010 | CDS Proj. July, 2015 | CDS Proj. July, 2020 | CDS Proj. July, 2025 | CDS Proj. July, 2030 | CDS Proj. July, 2035 | Average Annual Percent Change 00-05 | 05-10 | 10-15 | 15-20 | 20-25 | 25-30 | 30-35 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COLORADO | 4,338,789 | 4,722,460 | 5,209,892 | 5,729,644 | 6,257,281 | 6,787,307 | 7,298,094 | 7,798,107 | 1.7% | 2.0% | 1.9% | 1.8% | 1.6% | 1.5% | 1.3% |
| Adams | 366,660 | 405,561 | 453,924 | 506,298 | 557,541 | 608,830 | 659,646 | 711,052 | 2.0% | 2.3% | 2.2% | 1.9% | 1.8% | 1.6% | 1.5% |
| Alamosa | 15,132 | 15,763 | 16,953 | 18,312 | 19,808 | 21,275 | 22,756 | 24,229 | 0.8% | 1.5% | 1.6% | 1.6% | 1.4% | 1.4% | 1.3% |
| Arapahoe | 491,134 | 534,249 | 581,151 | 633,371 | 683,817 | 733,675 | 779,713 | 820,795 | 1.7% | 1.7% | 1.7% | 1.5% | 1.4% | 1.2% | 1.0% |
| Archuleta | 10,027 | 11,719 | 14,108 | 16,632 | 19,546 | 22,880 | 26,804 | 30,538 | 3.2% | 3.8% | 3.3% | 3.3% | 3.2% | 3.2% | 2.6% |
| Baca | 4,514 | 4,264 | 4,111 | 4,087 | 4,101 | 4,115 | 4,149 | 4,181 | -1.1% | -0.7% | -0.1% | 0.1% | 0.1% | 0.2% | 0.2% |
| Bent | 5,991 | 6,318 | 6,523 | 6,742 | 6,903 | 7,023 | 7,033 | 6,957 | 1.1% | 0.6% | 0.7% | 0.5% | 0.3% | 0.0% | -0.2% |
| Boulder | 296,018 | 285,880 | 307,271 | 326,123 | 344,596 | 362,076 | 375,914 | 384,754 | -0.7% | 1.5% | 1.2% | 1.1% | 1.0% | 0.8% | 0.5% |
| Broomfield | 0 | 45,755 | 52,020 | 58,915 | 66,284 | 72,488 | 78,339 | 82,584 | | 2.6% | 2.5% | 2.4% | 1.8% | 1.6% | 1.1% |
| Chaffee | 16,294 | 16,883 | 18,897 | 20,980 | 23,143 | 25,239 | 27,182 | 28,930 | 0.7% | 2.3% | 2.1% | 2.0% | 1.7% | 1.5% | 1.3% |
| Cheyenne | 2,229 | 2,122 | 2,126 | 2,164 | 2,214 | 2,241 | 2,255 | 2,262 | -1.0% | 0.0% | 0.4% | 0.5% | 0.2% | 0.1% | 0.1% |
| Clear Creek | 9,386 | 9,506 | 10,422 | 11,539 | 12,675 | 13,755 | 14,771 | 15,712 | 0.3% | 1.9% | 2.1% | 1.9% | 1.6% | 1.4% | 1.2% |
| Conejos | 8,402 | 8,581 | 8,947 | 9,365 | 9,699 | 9,995 | 10,236 | 10,429 | 0.4% | 0.8% | 0.9% | 0.7% | 0.6% | 0.5% | 0.4% |
| Costilla | 3,665 | 3,641 | 3,830 | 4,031 | 4,207 | 4,352 | 4,501 | 4,627 | -0.1% | 1.0% | 1.0% | 0.9% | 0.7% | 0.7% | 0.6% |
| Crowley | 5,522 | 5,742 | 5,919 | 6,202 | 6,574 | 7,000 | 7,433 | 7,859 | 0.8% | 0.6% | 0.9% | 1.2% | 1.3% | 1.2% | 1.1% |
| Custer | 3,535 | 3,968 | 4,709 | 5,572 | 6,471 | 7,360 | 8,176 | 8,924 | 2.3% | 3.5% | 3.4% | 3.0% | 2.6% | 2.1% | 1.8% |
| Delta | 28,011 | 30,255 | 34,545 | 40,163 | 46,306 | 52,347 | 57,491 | 61,154 | 1.6% | 2.7% | 3.1% | 2.9% | 2.5% | 1.9% | 1.2% |
| Denver | 555,781 | 571,847 | 591,103 | 614,811 | 644,749 | 678,982 | 716,791 | 757,027 | 0.6% | 0.7% | 0.8% | 1.0% | 1.0% | 1.1% | 1.1% |
| Dolores | 1,844 | 1,851 | 2,024 | 2,176 | 2,350 | 2,522 | 2,692 | 2,853 | 0.1% | 1.8% | 1.5% | 1.6% | 1.4% | 1.3% | 1.2% |
| Douglas | 180,689 | 251,414 | 309,241 | 365,736 | 414,633 | 455,501 | 491,389 | 523,608 | 6.8% | 4.2% | 3.4% | 2.5% | 1.9% | 1.5% | 1.3% |
| Eagle | 43,355 | 49,373 | 57,881 | 66,113 | 73,667 | 80,955 | 88,968 | 98,150 | 2.6% | 3.2% | 2.7% | 2.2% | 1.9% | 1.9% | 2.0% |
| Elbert | 20,189 | 22,784 | 27,484 | 34,073 | 42,124 | 51,027 | 58,733 | 65,339 | 2.4% | 3.8% | 4.4% | 4.3% | 3.9% | 2.9% | 2.2% |
| El Paso | 520,571 | 565,341 | 647,600 | 708,186 | 762,879 | 816,060 | 869,071 | 935,542 | 1.7% | 2.8% | 1.8% | 1.5% | 1.4% | 1.3% | 1.5% |
| Fremont | 46,437 | 47,726 | 51,772 | 56,657 | 62,084 | 67,552 | 72,280 | 76,731 | 0.5% | 1.6% | 1.8% | 1.8% | 1.7% | 1.4% | 1.2% |
| Garfield | 44,263 | 50,676 | 63,265 | 80,204 | 98,107 | 115,290 | 130,908 | 146,271 | 2.7% | 4.5% | 4.9% | 4.1% | 3.3% | 2.6% | 2.2% |
| Gilpin | 4,776 | 4,970 | 5,470 | 5,995 | 6,550 | 7,093 | 7,607 | 8,083 | 0.8% | 1.9% | 1.8% | 1.8% | 1.6% | 1.4% | 1.2% |
| Grand | 12,885 | 13,907 | 16,448 | 19,355 | 22,366 | 25,547 | 28,709 | 31,663 | 1.5% | 3.4% | 3.3% | 2.9% | 2.7% | 2.4% | 2.0% |
| Gunnison | 13,963 | 14,264 | 15,237 | 16,520 | 17,892 | 19,176 | 20,273 | 21,233 | 0.4% | 1.3% | 1.6% | 1.6% | 1.4% | 1.1% | 0.9% |
| Hinsdale | 790 | 808 | 897 | 983 | 1,086 | 1,172 | 1,270 | 1,355 | 0.5% | 2.1% | 1.8% | 2.0% | 1.5% | 1.6% | 1.3% |
| Huerfano | 7,866 | 7,931 | 8,901 | 9,780 | 10,641 | 11,466 | 11,940 | 12,309 | 0.2% | 2.3% | 1.9% | 1.7% | 1.5% | 0.8% | 0.6% |
| Jackson | 1,578 | 1,534 | 1,625 | 1,705 | 1,784 | 1,859 | 1,915 | 1,957 | -0.6% | 1.2% | 1.0% | 0.9% | 0.8% | 0.6% | 0.4% |
| Jefferson | 528,010 | 532,608 | 555,345 | 579,838 | 607,417 | 632,001 | 653,603 | 674,523 | 0.2% | 0.8% | 0.9% | 0.9% | 0.8% | 0.7% | 0.6% |
| Kiowa | 1,622 | 1,544 | 1,509 | 1,513 | 1,533 | 1,559 | 1,569 | 1,575 | -1.0% | -0.5% | 0.1% | 0.3% | 0.3% | 0.1% | 0.1% |
| Kit Carson | 8,013 | 7,889 | 8,163 | 8,468 | 8,754 | 8,961 | 9,157 | 9,311 | -0.3% | 0.7% | 0.7% | 0.7% | 0.5% | 0.4% | 0.3% |

Prepared by the Colorado Division of Local Government, Demography Office, August 2006.

## TABLE 3. PRELIMINARY POPULATION FORECASTS BY COUNTY, 2000 - 2035

Case No. 1:06-cv-00554-REB-BNB   Document 126-11   filed 07/25/07   USDC Colorado   pg 4 of 4

| COUNTIES | CDS Est. July, 2000 | CDS Proj. July, 2005 | CDS Proj. July, 2010 | CDS Proj. July, 2015 | CDS Proj. July, 2020 | CDS Proj. July, 2025 | CDS Proj. July, 2030 | CDS Proj. July, 2035 | 00-05 | 05-10 | 10-15 | 15-20 | 20-25 | 25-30 | 30-35 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lake | 7,906 | 7,944 | 9,502 | 11,648 | 13,875 | 16,328 | 18,635 | 20,811 | 0.1% | 3.6% | 4.2% | 3.6% | 3.3% | 2.7% | 2.2% |
| La Plata | 44,570 | 48,023 | 54,837 | 61,815 | 68,613 | 75,047 | 80,973 | 86,399 | 1.5% | 2.7% | 2.4% | 2.1% | 1.8% | 1.5% | 1.3% |
| Larimer | 253,131 | 271,990 | 296,519 | 330,879 | 366,240 | 403,147 | 439,217 | 473,223 | 1.4% | 1.7% | 2.2% | 2.1% | 1.9% | 1.7% | 1.5% |
| Las Animas | 15,281 | 16,257 | 17,970 | 19,745 | 21,529 | 23,124 | 24,475 | 25,708 | 1.2% | 2.0% | 1.9% | 1.7% | 1.4% | 1.1% | 1.0% |
| Lincoln | 6,167 | 5,909 | 6,149 | 6,420 | 6,700 | 7,000 | 7,279 | 7,556 | -0.9% | 0.8% | 0.9% | 0.9% | 0.9% | 0.8% | 0.7% |
| Logan | 20,869 | 21,597 | 23,579 | 26,090 | 28,574 | 30,930 | 32,711 | 34,226 | 0.7% | 1.8% | 2.0% | 1.8% | 1.6% | 1.1% | 0.9% |
| Mesa | 117,653 | 130,399 | 144,711 | 162,268 | 181,947 | 202,741 | 224,418 | 246,152 | 2.1% | 2.1% | 2.3% | 2.3% | 2.2% | 2.1% | 1.9% |
| Mineral | 831 | 950 | 1,026 | 1,093 | 1,155 | 1,211 | 1,203 | 1,191 | 2.7% | 1.6% | 1.3% | 1.1% | 1.0% | #### | -0.2% |
| Moffat | 13,182 | 13,430 | 14,215 | 15,766 | 17,712 | 19,626 | 21,681 | 23,758 | 0.4% | 1.1% | 2.1% | 2.4% | 2.1% | 2.0% | 1.8% |
| Montezuma | 23,863 | 24,858 | 27,576 | 30,636 | 33,752 | 36,816 | 39,653 | 42,061 | 0.8% | 2.1% | 2.1% | 2.0% | 1.8% | 1.5% | 1.2% |
| Montrose | 33,671 | 37,877 | 43,518 | 51,520 | 57,411 | 65,241 | 70,471 | 75,400 | 2.4% | 2.8% | 3.4% | 2.2% | 2.6% | 1.6% | 1.4% |
| Morgan | 27,262 | 28,347 | 31,759 | 35,553 | 39,581 | 43,761 | 47,986 | 52,171 | 0.8% | 2.3% | 2.3% | 2.2% | 2.0% | 1.9% | 1.7% |
| Otero | 20,251 | 19,564 | 20,198 | 21,166 | 22,082 | 22,657 | 23,006 | 23,263 | -0.7% | 0.6% | 0.9% | 0.9% | 0.5% | 0.3% | 0.2% |
| Ouray | 3,768 | 4,302 | 4,815 | 5,869 | 6,731 | 6,961 | 7,045 | 7,089 | 2.7% | 2.3% | 4.0% | 2.8% | 0.7% | 0.2% | 0.1% |
| Park | 14,698 | 16,599 | 19,928 | 27,914 | 37,130 | 45,903 | 50,330 | 53,757 | 2.5% | 3.7% | 7.0% | 5.9% | 4.3% | 1.9% | 1.3% |
| Phillips | 4,483 | 4,631 | 4,775 | 4,907 | 5,054 | 5,186 | 5,246 | 5,279 | 0.7% | 0.6% | 0.5% | 0.6% | 0.5% | 0.2% | 0.1% |
| Pitkin | 15,914 | 16,420 | 17,588 | 19,646 | 21,871 | 24,166 | 26,534 | 28,849 | 0.6% | 1.4% | 2.2% | 2.2% | 2.0% | 1.9% | 1.7% |
| Prowers | 14,434 | 13,974 | 14,598 | 15,225 | 15,808 | 16,378 | 16,892 | 17,358 | -0.6% | 0.9% | 0.8% | 0.8% | 0.7% | 0.6% | 0.5% |
| Pueblo | 142,054 | 151,099 | 166,191 | 178,504 | 193,001 | 209,736 | 227,408 | 243,401 | 1.2% | 1.9% | 1.4% | 1.6% | 1.7% | 1.6% | 1.4% |
| Rio Blanco | 5,984 | 6,072 | 6,473 | 7,073 | 7,575 | 8,000 | 8,379 | 8,724 | 0.3% | 1.3% | 1.8% | 1.4% | 1.1% | 0.9% | 0.8% |
| Rio Grande | 12,432 | 13,043 | 13,888 | 14,777 | 15,671 | 16,508 | 17,280 | 17,867 | 1.0% | 1.3% | 1.2% | 1.2% | 1.0% | 0.9% | 0.7% |
| Routt | 20,099 | 21,906 | 24,690 | 28,170 | 31,682 | 35,524 | 39,708 | 43,713 | 1.7% | 2.4% | 2.7% | 2.4% | 2.3% | 2.3% | 1.9% |
| Saguache | 5,954 | 6,543 | 7,076 | 7,588 | 8,020 | 8,387 | 8,672 | 8,899 | 1.9% | 1.6% | 1.4% | 1.1% | 0.9% | 0.7% | 0.5% |
| San Juan | 558 | 560 | 602 | 631 | 657 | 656 | 661 | 685 | 0.1% | 1.5% | 0.9% | 0.8% | 0.0% | 0.2% | 0.7% |
| San Miguel | 6,663 | 7,317 | 8,493 | 9,726 | 10,951 | 12,200 | 13,346 | 14,365 | 1.9% | 3.0% | 2.7% | 2.4% | 2.2% | 1.8% | 1.5% |
| Sedgwick | 2,747 | 2,668 | 2,787 | 2,902 | 3,027 | 3,116 | 3,195 | 3,260 | -0.6% | 0.9% | 0.8% | 0.8% | 0.6% | 0.5% | 0.4% |
| Summit | 25,727 | 27,511 | 31,765 | 36,154 | 40,880 | 45,653 | 50,092 | 54,042 | 1.3% | 2.9% | 2.6% | 2.5% | 2.2% | 1.9% | 1.5% |
| Teller | 21,147 | 22,348 | 24,982 | 27,958 | 30,841 | 33,408 | 35,720 | 37,771 | 1.1% | 2.3% | 2.3% | 2.0% | 1.6% | 1.3% | 1.1% |
| Washington | 4,923 | 4,940 | 5,008 | 5,088 | 5,170 | 5,232 | 5,290 | 5,302 | 0.1% | 0.3% | 0.3% | 0.3% | 0.2% | 0.2% | 0.0% |
| Weld | 183,560 | 228,729 | 264,853 | 309,480 | 360,335 | 419,741 | 485,502 | 551,288 | 4.5% | 3.0% | 3.2% | 3.1% | 3.1% | 3.0% | 2.6% |
| Yuma | 9,855 | 9,979 | 10,400 | 10,824 | 11,205 | 11,549 | 11,812 | 12,021 | 0.3% | 0.8% | 0.8% | 0.7% | 0.6% | 0.5% | 0.4% |

Prepared by the Colorado Division of Local Government, Demography Office, August 2006.