# EXHIBIT 12

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00554-REB-BNB

ROCKY MOUNTAIN CHRISTIAN CHURCH, a Colorado nonprofit corporation, et al.,

Plaintiffs,

and

UNITED STATES OF AMERICA,

Intervenor Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY, COLORADO

Defendant.

---

## DEFENDANT'S ANSWERS TO PLAINTIFFS' SECOND SET OF INTERROGATORIES

---

**Interrogatory No. 5:** Identify each parcel of land within the zoning jurisdiction of the Board that is of sufficient size and is zoned in a manner that would allow for development of 240,800 square foot facility serving the dual purpose of a church with a congregation of 2,000 or more members and 380-student school.

**ANSWER:**    The County objects to Interrogatory #5 because it assumes that a 240,000 square foot facility is necessary to accommodate the identified use and that a school and a church must be located on the same property. The interrogatory further calls for speculation by the County on whether the proponent of such a large facility at any particular site would be willing and able to manage or mitigate the environmental and land use impacts associated with its development and use to satisfy the standards in the County's Land Use Code for approval of any required special use or other land use process determination by the Board of County Commissioners ("Board"). Without waiving these objections, the County states that churches are a use by right in every district in the County except for the Forestry district. Schools (classified as "educational facilities") are permitted by special review in every zoning district in the County except

Rcvd/Filed ___/___/___ Docket _____
RMCC/BOCC -- Client #18286-002
USDC Case # 06CV554
DGW / JTM / KIH / TLB / Clients (email)

for the Forestry district. In appropriate situations, areas in the Forestry district may be rezoned to Mountain Institutional to allow for churches and educational facilities by special review. Based on the size and occupancy load of the use identified in the interrogatory, the use could only be allowed in the districts identified above after going through special review in addition to any other process that may be applicable depending on the nature and scope of the application. If a particular proposal at a particular location meets the County's zoning, special review criteria, and any other applicable criteria, then it would be allowed. A determination of whether a particular proposal meets the County's special use criteria cannot be made in the absence of specific information about the nature of the proposal, including information about the site plan, impact, and location of the proposal. Further, no such determination could be made in the absence of a duly noticed public hearing before the Board where all interested persons may testify and present evidence. The County incorporates Article 4 of the Boulder County Land Use Code and the Boulder County Zoning Map into this answer, which have previously been provided to Plaintiffs.

**Interrogatory No. 6:** For each parcel identified in response to Interrogatory No. 5, state the zone district in which the parcel is located and all designations the parcel has in the Boulder County Comprehensive Plan.

**ANSWER:** The County incorporates the objections made in response to interrogatory #5. Without waiving these objections, the County incorporates the Boulder County Zoning Map and the Boulder County Comprehensive Plan (including associated maps) into its answer. The County has previously supplied these documents to Plaintiffs. They are also available on Boulder County's Website: www.co.boulder.co.us.

**Second interrogatory No. 6:** For each parcel identified in response to Interrogatory No. 5, describe all permits or approvals that would be required under the Boulder County Land Use Code for development of the proposed facility, the procedures for obtaining such permits or approvals, and the criteria that would need to be satisfied to obtain such permits or approvals.

**ANSWER:** The County incorporates the objections made in response to interrogatory #5. Without waiving these objections, the County states that, depending on the nature and location of the proposed use, the proposal may be subject to one or more of the following Boulder County processes: special review, subdivision, subdivision exemption, PUD, Noncontiguous Nonurban Planned Unit Development, and Transferred Development Rights Planned Unit Development. Other types of permits that may be required under the Boulder County Land Use code include floodplain development permits, stormwater·management plan (SWMP) permits, grading permits, and building permits. The County incorporates the standards set forth in the Boulder County Land Use Code.

2