# EXHIBIT 13

Revised by elders           10/22/01
Approved by congregation    11/11/01

# BYLAWS
## OF
## ROCKY MOUNTAIN CHRISTIAN CHURCH
### (A Colorado nonprofit corporation)

Article I.

Offices

The principal office of the corporation in the State of Colorado shall be located in the County of Boulder. The corporation may have such other offices, either within or outside the State of Colorado, as the Elders may designate or as the purposes of the corporation may require from time to time.

The registered office of the corporation may be, but need not be, identical with the principal office in the State of Colorado, and the address of the registered office may be changed from time to time by the Elders.

## ARTICLE II.

### PURPOSES AND POLICIES

Section 1.    Purpose. The primary purpose of Rocky Mountain Christian Church is to exalt Jesus Christ, impacting Boulder County and beyond, by bringing people to Christ, building them up in the faith, and sending them out to make a difference in their world.

A secondary purpose of the formation of this corporation is to meet the legal requirements necessary for a church congregation to own, acquire, and dispose of property and to exercise any and all of the powers authorized by the Colorado Nonprofit Corporation Act. For this reason, this congregation has been incorporated according to the laws of the State of Colorado; and these BYLAWS are drawn to include regulation of the congregation as a corporation as well as to govern it in carrying out its chosen work as a church of Jesus Christ.

Section 2.    Policies. The government of this congregation is vested in the body of immersed believers who compose it. It is subject to the control of no other body, ecclesiastical or otherwise. It receives the Holy Scriptures as its only authority in matters of faith and practice.

2

## ARTICLE III.

### MEMBERSHIP

Section 1.     Qualifications.
a. Those set forth in the Holy Scriptures, namely:  faith in God the Father and Jesus Christ as His Son; repentance from sin; confession of Jesus Christ as the Son of the Living God; baptism by immersion into Jesus Christ in the name of the Father, Son, and Holy Spirit; and faithful Christian living enjoined by the Holy Scriptures; and have affirmed their commitment to this church.

b. Those who have met the qualifications hereinunder Section 1 a of Article III in some other church but who wish to unite with the Rocky Mountain Christian Church in Boulder County, may be added to the membership of said congregation and thereupon shall receive the right hand of Christian fellowship.

## ARTICLE IV.

### ORGANIZATION

Section 1.     Office Holders.  Only members of this congregation who meet the scriptural qualifications described herein in Article III shall hold office.

Section 2.     Quorum and Manner of Acting.  Except as hereinafter specifically provided, a quorum for any meeting shall consist of a majority of the members of that body, and the act of a majority of those members at a duly convened meeting at which a quorum exists shall be the act of such meeting.

Section 3.     The Board of Elders shall regularly review and revise the list of active membership.

Section 4.     Board of Elders
a. The Board of Elders shall be the Board of Directors of this corporation.  It shall be the duty of the Board of Elders to exercise the spiritual leadership and general supervision over the affairs and business of the congregation in accordance with its declared purposes and policies; and in accordance with these BYLAWS, to see that its purposes and policies are carried out.  This board may delegate certain tasks to various other boards, committees, or individuals; but it cannot relieve itself of the ultimate responsibilities herein defined.

Section 5.     In order to insure unity of spirit and purpose, on an annual basis (or because of extraordinary need) the Board of Elders shall consider an appropriate number of men for the position of Elder with the following procedure:

a. The congregation will be requested to make suggestions to the Elders.

3

b. Those individuals selected by the Board of Elders shall be personally interviewed to determine their interest and commitment. (See Article V.) Those Elders completing their term of service may not serve on the selection committee.

c. Those individuals willing to accept the responsibilities of the Eldership at Rocky Mountain Christian Church will then be presented to the congregation as candidates.

d. After a two-week notice, the congregation will be asked to affirm each candidate by a majority vote.

e. Those candidates receiving a majority vote will begin their term of service at the first meeting of the new year. All first-time candidates will serve only a one-year term or a term not to exceed the calendar year in which they are appointed. (See Article VI Section III.) Others will be approved for a three-year term.

## ARTICLE V.
## THE RESPONSIBILITIES OF AN ELDER

Section 1.    He shall strive to fulfill the qualifications set forth in the New Testament for those holding the office of Elder, (I Timothy 3:2-7, Titus 1:6-9, and I Peter 5:2-3) providing an example for the Church to pattern their lives after. (I Peter 5:3)

a. He shall have a living, personal relationship with Jesus Christ.

b. He shall have an unreserved commitment to the authority of the Bible as our infallible source of doctrine and rule of faith and practice. (II Timothy 3:14-17)

c. He shall be committed to faithful participation in the worship, study, fellowship, discipling and evangelism responsibilities and opportunities of the church. (Hebrews 10:25)

d. He shall strive to at least tithe his income. (Malachi 3:10)

Section 2.    He shall function in cooperation with the Senior Minister as an overseer of the total program of the church. (I Peter 5:2, I Timothy 3:4-5 and Hebrews 13:17)

a. This shall include working with the other Elders and/or Senior Minister to seek the will of God by consensus as a safeguard against precipitous or premature decisions.

4

b. He shall function as a shepherd over members of Rocky Mountain Christian Church. (I Peter 5:2 and Acts 20:28)

c. The Board of Elders shall annually elect a Chairman, Vice-Chairman, Secretary and Treasurer at their first meeting of the new year in January.

d. The Board of Elders shall serve as the pulpit committee; also as the nominating committee for any designated Board committee.

## ARTICLE VI.

## ADMINISTRATION

Section 1.    The Chairman, the Vice-Chairman, the Secretary and the Treasurer shall transact all legal business and execute all legal documents and papers for or on behalf of the congregation, as authorized by the Elders; and they shall keep in trust all records and documents pertaining to the congregation. The Chairman, the Vice-Chairman and the Secretary shall be current Elders, but the Treasurer need not be an Elder.

Section 2.    Removal. Any officer or agent may be removed by the Board of Elders whenever in their judgment the best interests of the congregation/corporation will be served thereby; but such removal shall be without prejudice to the contract rights, if any, of the person so removed. Election or appointment of an officer or agent shall not of itself create contract rights.

Section 3.    Vacancies. A vacancy in the offices of Chairman, Vice-Chairman, Secretary or Treasurer because of death, resignation, removal, disqualification, or otherwise shall be filled by the Board of Elders for the unexpired portion of the term.

If the number of Elders is fewer than seven due to vacancies, the Board of Elders may, at its discretion, select additional men to serve as Elders according to Article IV, Section 5 of these BYLAWS, except that in such instance, the elders approved by the congregation shall take office immediately.

Section 4.    Chairman of the Board of Elders (President). The Chairman of the Board of Elders shall be the president of the corporation and subject to the control of the Board of Elders. He, when present, shall preside at all meetings of the Board of Elders and the congregation. He may sign, along with the Secretary or any other proper officer of the corporation thereunto authorized, any instrument which the Board of Elders have authorized to be executed, except in cases where the signing thereof shall be expressly delegated to another or by these BYLAWS to some other officer or agent of the corporation, or shall be required by law to be otherwise signed; and in general shall perform all duties incident to the Office of President and such other duties as may be prescribed by the Board of Elders.

5

Section 5. The Vice-Chairman of the Board of Elders (Vice-President). The Vice-Chairman of the Board of Elders shall be the Vice-President of the corporation. In the absence of the President or in the event of his death, inability, or refusal to act, the Vice-President shall perform the duties of the President, and when so acting, shall have all the powers of and be subject to all the restrictions upon the President.

Section 6. The Secretary shall keep the minutes of the proceedings of the Board of Elders and congregational meetings.

Section 7. The Treasurer shall receive and give receipts for moneys due and payable to the corporation from any source whatsoever, and deposit all such moneys in the name of the corporation in such banks, trust companies or other depositories and shall be selected in accordance with the provisions of the BYLAWS.

He shall in general perform all of the duties incident to the office of Treasurer and such other duties as from time to time may be assigned to him by the Board of Elders. If required by the Board of Elders, the Treasurer shall give bond for the faithful discharge of his duties as such and with such surety or sureties as the Board of Elders shall determine. In cooperation with the Finance Committee, the Treasurer shall be responsible for oversight regarding the management of the monetary funds of the congregation.

Section 8. Senior Minister. The Senior Minister shall be the salaried staff minister assigned this responsibility by the Board of Elders and he shall be responsible for the general supervision of the programs and staff of the congregation in cooperation with and under the guidance of the Elders. He shall be an ex-officio member of all committees.

## ARTICLE VII.

## SALARIED MINISTERIAL STAFF

Section 1. The Board of Elders, acting as a pulpit committee, shall present the man to the congregation whom they determine meets the qualifications for the Senior Ministerial position The candidate's qualifications shall also be presented to the congregation. The candidate shall preach at least one sermon at a regularly scheduled congregation service. Only one candidate at a time may be considered by the congregation. A Senior Minister shall only be called following a two-thirds majority affirmative vote of those members present and voting in a duly called congregational meeting.

Section 2. Other ministerial staff shall be selected by the Board of Elders.

Section 3. The salaried ministerial staff shall be responsible to the Board of Elders for the character of their doctrinal teaching.

6

## ARTICLE VIII.

## CONGREGATIONAL MEETINGS

Section 1. The annual meeting of the congregation shall be held at the regularly scheduled services at the principal office of the corporation in Colorado, during the month of November on a day set by the Board of Elders. At this meeting, the members present shall vote on the candidates for Elder and the annual budget, and any other business properly before said meeting.

Section 2. A special meeting of the congregation may be called by the Board of Elders, or upon a written petition of any fifty members of the congregation, stating the purpose(s) specified shall be considered at said meeting.

Section 3. The annual congregational meeting or a special meeting shall be announced at regularly scheduled services not less than two weeks prior to said meeting, and a notice thereof shall be published in the newsletter prior to the date of said meeting.

Section 4. A quorum for a meeting of the congregation shall consist of those eligible voting members present on the day of the congregational meeting, provided that the congregational meeting has been announced in advance during the two preceding regular Sunday services. The act of the majority of the members present at a duly convened congregation meeting at which a quorum is present shall be the act of a congregational meeting.

Section 5. Only members of said Rocky Mountain Christian Church who are 16 years of age or older are eligible to vote.

Section 6. No member may vote by proxy or by absentee ballot.

## ARTICLE IX.

## PROPERTY

All congregation property, real and otherwise, shall be under the exclusive ownership and control of the local congregation and shall be legally and ecclesiastically independent of any and all churches, organizations, denominations, denominational agencies, societies, and bureaus, as well as interdenominational agencies, councils, mergers, and groups.

7

## ARTICLE X.
## INDEMNIFICATION

Each office holder and officer of the corporation now or here after serving as such, shall be indemnified by the corporation against any and all claims and liabilities to which he/she has or shall become subject by reason of serving or having served as such office holder or officer, or by reason of any action alleged to have been taken, omitted, or neglected by him/her as such office holder or officer; and the corporation shall reimburse each such person for all legal expenses reasonably incurred by him/her in connection with any such claim or liability, provided, however, that no such person shall be indemnified against, or be reimbursed for any expenses incurred in connection with, any claim or liability arising out of his/her own willful misconduct or gross negligence. The amount paid to any office holder or officer by way of indemnification shall not exceed his/her actual, reasonable, and necessary expenses incurred in connection with the matter involved, and such additional amount as may be fixed by the Board of Elders. The right of indemnification herein provided for shall not be exclusive of any rights to which any office holder or officer of the corporation may otherwise be entitled by law.

## ARTICLE XI.

## WAIVER OF NOTICE

Whenever any notice is required to be given under the provisions of these BYLAWS or under the provisions of the Articles in Incorporation or under any statute, a waiver thereof in writing signed by the person or persons entitled to such notice, whether before or after the time stated therein, shall be deemed equivalent to the providing of such notice.

## ARTICLE XII.

## PRESUMPTION OF ASSENT

Any person who is present at a meeting at which action is taken shall be presumed to have assented to the said action taken unless that person requests that their dissent shall be entered in the minutes of the said meeting.

## ARTICLE XIII.

## FISCAL YEAR

The corporation fiscal year shall be from January 1 through December 31 of each year.

## ARTICLE XIV.

## RULES OF ORDER

When questions arise, Roberts Rules of Order, as last revised, shall be the parliamentary procedure manual of the corporation.

## ARTICLE XV.

## AMENDMENTS

Any Article or Section of the BYLAWS may be amended by an affirmative vote of two-thirds of the members present at any official congregational meeting, provided a written notice and a copy of such amendment(s) shall be provided to all members at least two weeks prior to said meeting.

9