# EXHIBIT 14



Post Office Box 471 • Boulder, Colorado 80306

# Land Use Department

Courthouse Annex
2045 13th Street • 13th & Spruce Streets • Boulder, Colorado 80302 • (303) 441-3930

---

**BOARD OF COUNTY COMMISSIONERS**

**AGENDA ITEM**

**THURSDAY, JANUARY 8, 1998 – 2:00 PM**
Hearing Room, Third Floor, County Courthouse, Boulder

---

**PUBLIC HEARING**

**STAFF PLANNER:**   Greg Oxenfeld

**RE:**   Docket SU-97-12: ROCKY MOUNTAIN CHRISTIAN CHURCH  SU/SSDP

Request: Special Use Review and Site Specific Development Plan to recognize the existing church, expand the worship center capacity, add a private school (Kindergarten through Eighth Grade) for up to 400 students, and additions/modifications to the existing structure.

Location: At 9447 Niwot Road, at the intersection with N. 95th Street, in Section 29, T2N, R69W.

Zoning: Agricultural (A)

Applicant: Rocky Mountain Christian Church - c/o Chet Tutor

Agent: Rosi Koopmann, AICP - Strategic Planning, Inc.

Boulder County Comprehensive Plan
Designations: Moderate Geologic Constraint Area; Agricultural Lands of National Importance; Niwot Buffer Area

## DISCUSSION:

The applicant is proposing a Special Use / Site Specific Development Plan for approval to recognize an existing church and including an expansion to the church (with an occupant load greater than 100 persons per lot), a private educational facility (Kindergarten through Eighth Grade) for up to 400 students, and additions/modifications to the existing structure. The Rocky Mountain Christian Church building is currently 50,000 square feet, and the application includes a request for a two-story addition consisting of 53,960 square feet. The total square footage is proposed to be 103,960 square feet. The existing church is considered nonconforming based on amendments to the Land Use Code after the church was constructed.

The Church proposes to expand the worship center from the current seating capacity of 997 to 1,380 which will be a non-structural interior renovation as originally contemplated by the church when

FROM :STRATEGIC PLANNING          FAX NO. 303 682-5135          . 23 2006 06:56PM  P18



SU-97-12 Staff Recommendation
BOCC -- January 8, 1998
Page 2 of 7

constructed.  An addition on the west side of the existing structure would house new administrative facilities and classroom space.  The classroom space is proposed to house a kindergarten through eighth grade and will double as religious education classrooms.  The applicant notes that the classrooms are required by the church religious education program with or without addition of the proposed school. The proposed two-story addition would attach to the existing structures on the west side in an attempt to integrate the architectural forms and minimize visual impacts.  An additional parking area will also be provided to accommodate the expansion.

## REFERRAL RESPONSES:

This application was referred to the usual referrals for comment and all responses received by the Land Use Department are attached to this packet, and summarized below:

County Transportation -- Requested an updated engineered plan and grading plan; they noted a concern with cut-through traffic (parking lot); that access from Niwot Road should be open at all times; need adequate signage; left turn lanes on N. 95th Street (north bound) are warranted and need to be intensified; they note that additional traffic delays will occur; and requested additional traffic study information regarding private (elementary) schools.

County Parks & Open Space -- Note that the new playing field and playground will affect future agricultural use of the property, and request more information on management of the property and revegetation plan;  landscaping should use xeriscape methods and native plants to conserve resources; they note that development of the site should not significantly impact the environmental resources of the site if standard construction techniques and erosion control methods are used.

County Sheriff -- Note a concern with additional traffic along Niwot Road and N. 95th Street, and that there is a current problem with traffic backed up before and after school.

Niwot Sanitation District -- Note that the applicant needs to contact the District and that tap purchases are necessary.

Mountain View F.P.D. -- Requested more information about the building such as construction type, separation walls, fire hydrants and water main sizes; note other District requirements.

Adjacent Property Owners -- Staff sent a copy of the Planning Commission memorandum (10/15/97) to property owners within 3,000 feet of the site for comment.  Two property owners noted a conflict with the proposed expansion citing traffic and neighborhood compatibility concerns.  One property owner indicates support for the expansion.  Two former members of the Niwot Community Association Board noted the Board voted to oppose a new K-12 school at the site in January 1995 because of the impact on the community. (Of note, the current Board has not formerly submitted a response regarding this application)



SU-97-12 Staff Recommendation
BOCC -- January 8, 1998
Page 3 of 7

The Land Use staff raised issues including concerns with the proposed size and scope of the church, school and parking area. Staff also requested more information regarding the new playing field use and more landscaping along Niwot Road and N. 95th Street.

## CRITERIA ANALYSIS:

The Land Use staff has reviewed the conditions and standards for approval of a Special Use Review for an expansion to a church with an occupant load greater than 100 persons per lot and a private educational facility, per Section 4-602 of the Boulder County Land Use Code, and finds the following:

(1)     **Complies with the minimum zoning requirements of the zoning district in which the use is to be established, and will also comply with all other applicable requirements;**

The subject site is zoned Agricultural (A). A church with an occupant load greater than 100 persons and a private educational facility may only be allowed by Special Use Review approval, under the provisions of the current Land Use Code. The church was established as a use by right in 1986, per the Zoning Resolution at that time. Subsequently, the applicant has been approved for a Special Use Review (SU-93-13) for a preschool for two classes of 20 children each at the existing church in September 1993, and a Special Use Review (SU-94-16) to amend the 1993 Special Use to allow for a "Mom's Day Out" program. This program was approved to allow a maximum enrollment of 40 children from one to three years of age, which expanded the total number of children at the preschool and the hours of operation. The 1994 Special Use application also included a request for a K-12 school but was deleted from the application based on concerns at that time. Some of the existing classroom space is proposed to be deleted as a result of the increase in worship center space.

According to the Assessor records, Rocky Mountain Church acquired 15 acres (per SE-84-34) in 1985, and subsequently acquired an adjoining 35 acres in 1994. Based on the site plan submitted by the applicant, the existing and proposed structure will meet all required setbacks. Based on the elevation drawings submitted by the applicant, it appears that the new addition will meet the 30-foot height limit, but would have to be confirmed at the time of a building permit. The Land Use Code requires one parking space for each 30 feet of worship area, plus any parking required for incidental uses. For kindergarten through middle school facilities, three parking spaces per classroom is required. The applicant is proposing a total of 787 parking spaces. The total sanctuary build-out would include 8,280 square feet, which would result in a parking requirement of 276 parking spaces. There are twenty classrooms shown on the second floor (eight existing), and two preschool classrooms and two kindergarten classrooms shown on the first floor addition. The number of classrooms would result in a requirement of 72 parking spaces. It appears that the number of proposed parking spaces could be reduced.

(2)     **Will be in harmony with the character of the neighborhood and compatible with the surrounding area;**

SU-97-12  Staff Recommendation
BOCC  — January 8, 1998
Page 4 of 7

The applicant notes that they acquired the adjoining 35-acre parcel to provide a buffer area around the structure.  Of note, the 35-acre parcel is zoned Agricultural and would allow one single-family dwelling (or up to two 2,500 square-foot dwellings through an NUPUD process), and other limited uses allowed in the Agricultural zoning district.  The Church has not indicated any other uses on the 35 acres other than the new playing field.  The existing structure is very visible from both Niwot Road and N. 95th Street.

Staff is concerned with the proposed size and scope of the church and school.  If the site were vacant and the existing church were being proposed today, staff would have concerns with the size and scope of the existing structure.  Staff was supportive of the previous Special Use applications because the school use was proposed in the existing structure (which did not go through a discretionary process).  There are existing residential and potential new residential uses, and agricultural activity surrounding the subject property.  Staff does not find that a 103,960 square-foot structure would be compatible with the surrounding area.

(3)     **Will be in accordance with the Boulder County Comprehensive Plan;**

The subject property is designated Agricultural Lands of National Importance, and is within the Niwot Buffer Area.  The existing and proposed structure and uses are not consistent with the goals and policies for these designations.  The applicant notes that the church facility is used by numerous community groups for meetings such as boy scouts, girl scouts, and the Niwot Community Association.

(4)     **Will not result in an over-intensive use of land or excessive depletion of natural resources;**

Staff does find that the proposal to more than double the square footage of the existing church building and significant increase in the parking area would result in an over-intensive use of land.  This proposal will not result in an excessive depletion of natural resources.

(5)     **Will not have a material adverse effect on community capital improvement programs;**

The County Transportation Department notes that northbound N. 95th Street to westbound Niwot Road volumes will more than triple (from 25± to 85± in the AM peak) with this project.  Left turn lanes are currently warranted on N. 95th Street northbound, and the addition of a school, as shown by the traffic projections in the traffic report, indicates the need for the lanes to be intensified.  Therefore, the County is requesting that the applicant participate in funding improvements.  No further public improvements will be required, which would have a material adverse effect on community capital improvement programs.

(6)     **Will not require a level of community facilities and services greater than that which is available;**

The Niwot Sanitation District notes that the applicant needs to contact the District and that tap purchases are necessary.  The County Sheriff noted a concern with additional traffic along

FROM :STRATEGIC PLANNING         FAX NO.303-882-5135        =b. 23 2006 06:58PM  P2



SU-97-12  Staff Recommendation
BOCC – January 8, 1998
Page 5 of 7

Niwot Road and N. 95th Street, and that there is a current problem with traffic backed up before and after school. No other service provider indicated any conflicts with this proposal.

**(7)     Will not result in undue traffic congestion or traffic hazards;**

The County Transportation Department notes a concern with cut-through traffic in the parking lot during weekday school use. This counteracts the purpose of the gate at the Niwot Road access that was placed to deter this pattern two years ago with Niwot High School students. The Transportation Department recommends that the southern N. 95th Street access be closed during the week so cut-throughs need to weave through the site, thereby defeating the intent of the movement. Additional on-site islands or other structures may also assist in the deterrence of cut-through movements. Staff recommends that the applicant develop a plan to mitigate cut-through traffic within the parking lot. Additionally, adequate signage must be placed in the right-in-right-out access, thus clearly delineating the potentially confusing turning condition.

**(8)     Will not cause significant air, odor, water, or noise pollution;**

The Land Use staff has raised a concern with the degree of increased runoff from the site and that potential water pollution will increase with the expanded parking lot (snowplowing, fluid leakage from vehicles, sanding, salting, etc.). A reduction in the parking area could alleviate some of the potential problem.

**(9)     Will not require amendment to the Regional Clean Water Plan;**

Staff finds that the proposal will not require amendment to the Regional Clean Water Plan.

**(10)    Will be adequately landscaped, buffered, and screened;**

The Land Use staff finds that the existing structure and parking area are very visible from Niwot Road and N. 95th Street. The applicant is proposing additional landscaping on the west side of the proposed addition.

**(11)    Will not otherwise be detrimental to the health, safety, or welfare of the present or future inhabitants of Boulder County;**

The proposed facility should not be detrimental to the health, safety or welfare of the present or future inhabitants of Boulder County, with appropriate conditions.

Staff further finds that with the submission of the standard Development Agreement, the application meets the requirements of Article 19 for Site Specific Development Plan.



SU-97-12  Staff Recommendation
BOCC – January 8, 1998
Page 6 of 7

## SUMMARY / PLANNING COMMISSION

The Land Use Staff finds that the requested additions that double the existing square footage for a total of 103,960 square feet and a 787 space parking lot are not compatible with the surrounding area. Staff also finds that the proposal for a 400-student school will increase traffic in an area that is already experiencing traffic congestion, as noted by the County Transportation Department and Sheriff's Department.

The Land Use staff does recognize the school overcrowding problem in the Niwot area, particularly at Niwot Elementary School. The recent school bond proposal was approved in the last election that will help mitigate some of the school overcrowding. However, staff could support an elementary school (Kindergarten through 5th Grade) utilizing the existing structure. Staff could support one class per grade of approximately 25 students per class, and not to exceed 160 students. The preschool for 40 children and the Mom's Day Out program (40 children) would continue to be allowed. The total number of children on site would be 240. Classes should be scheduled after 8:00 A.M. as committed by the applicant. Staff recommends that the applicant submit revised building plans to utilize the existing structure for the school use and that the proposed Choir extension be reduced in size to the greatest extent possible. Additionally, staff recommends that the proposed congregational seating be reduced to a number that can accommodate the needed space for Sunday School classrooms. The applicant should reconsider their remodeling effort to utilize the existing building for additional classroom space. Additionally, the 15± acres and 35± acre parcels should be combined as one parcel to provide a buffer to the west and north of the facility, and plans (agricultural and recreational) for the 35 acres should be submitted for County review.



The Planning Commission held a public hearing on November 19, 1997. Pastor Alan Ahlgrim noted that nearly 1,700 people were in attendance at last Sunday's (11/16/97) services. He noted that most people come to the church via N. 95th Street, and that the primary purpose of the expansion is for the children. The consultant (Rosi Koopmann) summarized the surrounding land uses and noted two major issues including traffic impacts and visibility. She summarized the various view corridors, and noted the applicant commits to a fair share contribution to required road improvements and commit to start classes after 8:15 a.m. She also noted economic reasons for expanding at the subject site and that Niwot is an expanded area based on the recently adopted TDR provisions in the Code. She expressed a concern regarding the condition to attach the 35-acre parcel with the 15-acre parcel, and that if the Special Use is denied the Church may choose to develop the 35-acre parcel. The architect (Jim Morgan) summarized and presented an animation (video) of the existing and proposed structure. He also commented that the church facility does require the level of parking that is proposed, but could phase some of the parking until additional space is warranted. Chet Tutor, of the Church, noted that there are no plans beyond the current proposal for the 35-acre parcel (the agricultural lands are leased out for farming), and notes that the Church has been negotiating to acquire the northern 5 acres (owned by the Mormons) that currently contain playfields. Bets Coulton, of the Church, commented that she believes that approximately 30-35% of the school children will be coming from the Niwot area (including Lake Valley).

Planning Commission members commented on the recent passage of the school bond for the St. Vrain Valley School District and discussed the number of children that may be appropriate. A motion to Table



SU-97-12  Staff Recommendation
BOCC -- January 8, 1998
Page 7 of 7

the docket to consider a revised traffic plan was defeated on a 3 to 4 vote. The Planning Commission approved the application on a 4 to 3 vote to allow a private school for Kindergarten through 5th Grade with a maximum of 260 students, with a condition that a transportation plan which significantly mitigates the traffic impacts be submitted and approved by the County. The Planning Commission also moved to substitute language in staff's recommended Conditions #1 and #2 that states that the applicant submit a revised building plan to utilize the existing structure and such addition that is necessary to accommodate the school (K - 5th Grade) of the size of 260 students and the expansion.

## RECOMMENDATION

Therefore, the Land Use staff and the Planning Commission recommend that the Board of County Commissioners CONDITIONALLY APPROVE Docket SU-97-12: ROCKY MOUNTAIN CHRISTIAN CHURCH Special Use Review and Site Specific Development Plan, with the following conditions:

1. That the applicant submit a revised building plan to utilize the existing structure and such addition that is necessary to accommodate the school of the size of 260 students and the choir extension.

2. That the applicant provide an acceptable plan for cut-through traffic (through the parking lot), and to significantly increase the amount of landscaping along Niwot Road and N. 95th Street, to be reviewed and approved by County staff prior to recording the Development Agreement.

3. That the private school shall be limited to Kindergarten through 5th Grade with a maximum of 260 students, with the conditions that a transportation plan which significantly mitigates the traffic impacts be submitted and approved b the County.

4. The 15± acres and 35± acres parcels shall be combined as one parcel to provide a buffer to the west and north of the facility, and plans (agricultural and recreational) for the 35 acres shall be submitted for review and approval by County staff prior to recording the Development Agreement.

5. That the applicant provide a Development Agreement, to be reviewed and approved by County staff, prior to recording.

6. That the applicants shall be subject to the terms, conditions and commitments of record and in the file for Docket SU-97-12: Rocky Mountain Christian Church Special Use and Site Specific Development Plan.