# EXHIBIT 16

RESOLUTION 98-30

A RESOLUTION CONDITIONALLY APPROVING BOULDER COUNTY LAND USE DOCKET #SU-97-12 ("ROCKY MOUNTAIN CHRISTIAN CHURCH SPECIAL USE"): A SPECIAL USE REQUEST, WITH ASSOCIATED SITE SPECIFIC DEVELOPMENT PLAN, TO RECOGNIZE AN EXISTING CHURCH, EXPAND THE EXISTING WORSHIP CENTER CAPACITY, ADD A PRIVATE SCHOOL, AND MAKE CERTAIN OTHER ADDITIONS/MODIFICATIONS TO THE EXISTING STRUCTURE, ON PROPERTY LOCATED AT 9447 NIWOT ROAD, AT THE INTERSECTION WITH N. 95TH STREET, IN SECTION 29, T2N, R69W.

WHEREAS, Rocky Mountain Christian Church ("Applicant") has requested approval for a special use permit, with associated site specific development plan, to recognize the existing church, which is a nonconforming use, as a special use, and to allow the church to expand its existing worship area, add a private school, and make certain other additions and modifications to the existing church, on the property which is located as described in the caption to this Resolution, above ("the Subject Property"), in the Agricultural Zoning District in unincorporated Boulder County; and

WHEREAS, the Rocky Mountain Christian Church building is currently 50,000 square feet, and the application includes a request for a two-story addition consisting of 53,960 square feet for the proposed private school classrooms (which will double as religious education classrooms), and for expanded administrative space, with the total church square footage proposed to be 103,960 square feet; and

WHEREAS, the Church also proposes to expand the worship center from the current seating capacity of 997, to 1,380, which will be a non-structural interior renovation as originally contemplated by the Church when constructed; and

WHEREAS, the Applicant originally proposed a private school for grades K-8 for up to 400 students, but subsequently agreed to revise that request to be for a private school of up to 260 children in grades K-5; and

WHEREAS, the above-described request was processed and reviewed as Boulder County Land Use Docket #SU-97-12 ("the Docket"), all as further described in the Boulder County Land Use Department Planning Staff's Memoranda and written recommendations to the Boulder County Board of County Commissioners ("the Board") dated January 8 and January 22, 1998, with their attachments (collectively, "the Staff Recommendation"); and

WHEREAS, on November 19, 1997, the Boulder County Planning Commission ("the Planning Commission") held a duly-noticed public hearing on the Docket, and recommended conditional approval of the Docket to the Board; and

1

BC 000467 BOCC (06-cv-00554)

WHEREAS, on January 8, 1998, as continued to January 22, 1998, the Board held a duly-noticed public hearing on the Docket ("the Public Hearing"), at which time the Board considered the Staff Recommendation and the recommendation of the Planning Commission, as well as the documents and testimony presented by the County Land Use Department staff and several representatives of the Applicant and other members of the public; and

WHEREAS, based on the Public Hearing, the Board finds that the Docket meets the criteria for special use approval set forth in Article 4 of the Land Use Code, and can be approved, subject to the conditions stated below, and, further, that the Docket, with the submission of the standard development agreement, meets the criteria in the Land Use Code for a site-specific development plan, also subject to the conditions stated below.

NOW, THEREFORE, BE IT RESOLVED that the Docket is hereby approved, on the basis set forth in this Resolution, above, and subject to the following conditions:

1.    The Applicant shall provide an acceptable plan for cut-through traffic (through the parking lot), and to significantly increase the amount of landscaping along Niwot Road and N. 95th Street, to be reviewed and approved by County staff prior to recording the Development Agreement.

2.    The private school shall be limited to Kindergarten through 5th grades, with a maximum of 260 students, and with the conditions that a transportation plan which significantly mitigates the traffic impacts be submitted and approved by the County.

3.    The Applicant's 15-cre property (Subject Property) and adjacent 35-acre parcel shall be combined as one parcel to provide a buffer to the west and north of the facility, and plans (agricultural and recreational) for the 35 acres shall be submitted for review and approval by County staff prior to recording the Development Agreement. In addition for buffer (open rural land preservation) purposes, the Applicant has agreed to grant a conservation easement to the County on the following portion of the 35-acre parcel: the area north of a line created by the northern boundary of the Quiet Retreat NUPUD lots, drawn directly east to the boundary of the Subject Property (the 15-acre Church parcel). A conservation easement meeting the approval of the County staff shall be submitted and recorded with the Development Agreement.

4.    The Applicant shall provide a Development Agreement, to be reviewed and approved by County staff, prior to recording.

5.    The Applicant shall be subject to the terms, conditions and commitments of record and in the file for the Docket.

2

BC 000468 BOCC (06-cv-00554)

A motion to approve the Docket, as stated above, was made by C*ommissioner Danish, seconded by Commissioner Mendez, and passed by a 3-0 vote.

ADOPTED this ___10th day of February, 1998, nunc pro tunc the 22nd day of January, 1998.



BOARD OF COUNTY COMMISSIONERS
OF BOULDER COUNTY:

_____
Ronald K. Stewart, Chair

_____
Jana L. Mendez, Vice Chair

_____
Paul D. Danish, Commissioner

ATTEST:

_____
Clerk to the Board

3

BC 000469 BOCC (06-cv-00554)

BC 000470 BOCC (06-cv-00554)