# EXHIBIT 17





856733
Page: 1 of 14
10/06/1998 01:15P
R 71.00  D 0.00

Boulder County Clerk  CO R0

## DEVELOPMENT AGREEMENT GOVERNING EXPANSION

## OF THE ROCKY MOUNTAIN CHRISTIAN CHURCH (DOCKET #SU-97-12)

THIS AGREEMENT is made on this _18ᵗʰ_ day of _September_, 1998 between the Board of County Commissioners Of Boulder County, Colorado, referred to as the "County," and Rocky Mountain Christian Church, referred to as "Developer".

WHEREAS, Developer has submitted to County for approval a Special Use Review and Site Specific Development Plan to recognize the existing Church, expand the worship center capacity, add a private school, and authorizing certain expansion and modifications to the existing structure, and other improvements as shown on the approved Site Plan, on property located in Section 29, Township 2 North, Range 69 West of the 6ᵗʰ P.M., also known as 9447 Niwot Road, Boulder County, Colorado; and

WHEREAS, the County has fully considered the proposed Site Specific Development Plan for the proposed improvements (the "Plan") and the requirements to be imposed upon the church property by reason of the proposed development; and

WHEREAS, County has determined that this Agreement is consistent with the Boulder County Comprehensive Plan and applicable County regulations, and with County's approval of Docket No. SU-97-12 governing the proposed improvements, as set forth in Resolution 98-30, which is attached to this Agreement as Exhibit A and incorporated into this Agreement by this reference (the "County Approval"); and

WHEREAS, County is willing to approve, execute and accept for recordation said Plan upon the agreement of the Developer to the matters contained in this Agreement; and

WHEREAS, County and Developer mutually acknowledge and agree that the matters hereinafter set forth are reasonable conditions and requirements to be imposed by the County in connection with its approval, execution and acceptance for recordation of the Plan and that such matters are necessary to protect, promote and enhance the general welfare.

NOW, THEREFORE, in consideration of the premises, the mutual covenants herein contained and the approval, execution and acceptance of the Plan for recordation by the County,

IT IS AGREED AS FOLLOWS:

1.      **Description of Development.**  The Development approved herein consists of the following: Recognition of the existing Church, expansion of the worship center capacity, addition of a Sunday and private school for up to 260 children in grades K-5 and modification of the existing structure.  Such improvements to include a two-story addition consisting of 53,960 square feet for the proposed private school classrooms, and for expanded administrative space, with the total church square footage to be 103,960 square feet,

BC 001679 BOCC (06-cv-00554)



all as further described in the official file for the Docket and in Exhibit A hereto. The Development shall comply and be consistent with the terms, conditions, and commitments of record for the Docket, as set forth in Exhibit A, and with the approved Site Plan which is attached to and incorporated into this Agreement as Exhibit B.

2.    **Landscaping.** Prior to the issuance of a Certificate of Occupancy the Developer shall install landscaping along Niwot Road and N. 95th Street in accordance with a landscape plan approved by the County which is attached to and incorporated into this agreement as Exhibit C.

3.    **Transportation Plan.** Developer shall design and construct the parking and traffic areas in accordance with the approved Site Plan. In order to mitigate cut-through traffic between Niwot Road and Hover Road, the school will install temporary traffic barricades in the parking lot. These barricades will be installed on school days only and will channel the school traffic as shown on the school traffic plan, which is attached hereto and incorporated into this Agreement by this reference as Exhibit D. A temporary barricade will be located at the southwest corner of the parking lot adjacent to the school addition. This barrier will prevent traffic entering from Niwot Road from driving behind the west side of the school. Such traffic will be required to pass along the south side of the building exiting via the right turn only lane onto Hover Road. That same barrier will likewise prevent any vehicle which enters from Hover Road via the entrance at the extreme northeast corner of the property from exiting onto Niwot Road.

4.    **Agricultural and Recreational Plan.** Developer shall utilize the 15 acre parcel located west of the Church improvements in accordance with the Agricultural and Recreational Plan depicted on the approved Site Plan. In addition to agricultural use of such parcel, the Developer shall be entitled to use such parcel as a park or playfield, for use as further defined in Boulder County Land Use Code Section 4-510, provided however that recreational use of such parcel shall be limited to use by the Church, associated school and their members, employees, students, guests and invitees. Such property shall not be used for recreational purposes by groups not affiliated with the Church or associated school.

5.    **Financial Guarantee.** A Certificate of Occupancy may be issued prior to the installation of the Landscaping as required in Paragraph 2 above, provided that the Developer deposits funds with the County sufficient to guarantee the installation of such improvements. Together with the deposit of such funds, the Developer shall provide a detailed estimate of the costs of completing the Landscaping in accordance with Paragraph 2, above and the approved landscape plan, Exhibit C. The required cost estimate, which shall be prepared by an individual qualified to provide estimates for a given improvement, and shall be broken down into item, unit cost, quantities, and total cost, shall be provided and approved prior to the issuance of a Certificate of Occupancy.    Developer's contribution shall be returned upon approval of the installed landscaping.

6.    **Future Development.** All property not shown as developed or developable property on the approved Site Plan shall remain in its existing undeveloped condition until such time as a ~~Amended Site Plan gets approval~~ The Conservation Easement required by Exhibit A shall

2

RSERVER\DATA\CLIENTS\RRR\DOCUMENTS DEVELOPMENT AGREEMENT-1.DOC

BC 001680 BOCC (06-cv-00554)



1856733
Page: 3 of 14
10/06/1998 01:15P
Boulder County Clerk, CO R8                R 71.00   D 0.00

encumber the specific portion of the Developer's 35-acre parcel which is adjacent to and hereby combined with the 17-acre parcel on which the approved Church improvements are located.

7.    **Conditions of Approval.** Developer shall comply with all the terms, conditions, and commitments of record of the County's approval of the Docket, as stated the County Approval attached as **Exhibit A.**

8.    **Vested Property Right.** This Agreement grants a vested property right for the Development to proceed pursuant to the terms of this Agreement. The vested right shall have a term of 3 years subject to the provisions for modification and termination contained herein. The Developer may request an extension of said vested right.

9.    **Termination.** The vested property right granted herein shall be terminated if the County determines that the Developer is not in good faith compliance with the terms of this Agreement.

10.    **Subsequent Regulations.** Subsequent regulations enacted by Boulder County shall be applicable to the Development if necessary to protect the health and safety of the inhabitants of Boulder County or if general in nature and applicable to all properties subject to County Land Use Regulations.

11.    **Road Fees.** Developer shall participate in the appropriate impact fee fund if and when Boulder County adopts a county-wide impact fee system prior to the issuance of building permits pursuant to this Agreement.

12.    **Amendment.** This Agreement may be canceled or amended on the mutual consent of the parties or to bring the Development into conformance with federal or state law.

13.    **Binding Agreement.** This Agreement is intended to provide for the orderly expansion of the existing worship center, addition of a Sunday and private school and other improvements on the property. Those owners of the property or any portion thereof who obtain title subsequent to this Agreement, or persons holding under Developer or subsequent owners, shall be required to comply with the terms hereof and Boulder County and its successor town or city may enforce this Agreement against such subsequent owners and those holding under them.

14.    **Enforcement.** The County may conduct a periodic review of the Development as necessary to assure compliance with this Agreement. This right includes the right to enter upon the property included within the Development at any time, without prior notice, to inspect for compliance with the terms of this Agreement. The County or any purchaser of any land subject to the requirements of this Agreement shall have the authority to bring an action in the Boulder District Court to compel the enforcement of this Agreement and the restrictions and requirements herein provided for, and to seek other relief as may be authorized by law.

15.    **Subordination.** Prior to recordation of this Agreement, the Developer shall have obtained the written and notarized agreement of any existing senior mortgagee or lien holder in the property included in the Development, to subordinate their interest in the property to the County's rights to retain in effect and enforce this Agreement.

3

\\SERVER1\DATA\CLIENT\B\RR\DOCHARM DEVELOPMENT AGREEMENT-1.DOC

BC 001681 BOCC (06-cv-00554)



1856733
Page: 4 of 14
18/96/1998 81:15P
R 71.80   D 8.88

16.    **Notation and Recordation.** The Developer shall file for recording with the Boulder County Clerk and Recorder this Agreement, the Conservation Easement or other documents required as part of the approval by the Board of County Commissioners of the Docket.

[Signatures appear on the Following Page]

4

BC 001682 BOCC (06-cv-00554)



1856733
Page: 5 of 14
10/06/1998 01:15P

Boulder County Clerk, CO R8          R 71.00   D 0.00

OWNER/DEVELOPER:                    BOULDER COUNTY:
Rocky Mountain Christian Church

By: _Carl Christensen_              _Ronald K Stewart_

Its:                               CHAIR, BOULDER COUNTY BOARD
  9447 Niwot Road                  OF COUNTY COMMISSIONERS
  Longmont, CO  80503

                                   ATTEST:

[Seal of Boulder County, Colorado]

                                   _Susan M. Schmitt_
                                   CLERK OF THE BOARD

BC 001683 BOCC (06-cv-00554)



,856733
Page: 6 of 14
10/06/1998 01:15P
Boulder County Clerk, CO R6    R 71.00  D 0.00

COUNTY OF BOULDER )
) ss.
STATE OF COLORADO )

The foregoing instrument was acknowledged before me this _18th_ day of _September_, 1998, by _Carl Christensen_

My commission expires: _November 20, 2001_

Darin Ranta Curran
Notary Public

6

K:\SERVER\DATA\CLIENTS\RWOODMAN\DEVELOPMENT AGREEMENT-1.DOC

BC 001684 BOCC (06-cv-00554)

222

EXHIBIT A

1856733
Page: 7 of 14
10/06/1998 01:15P
R 71.00  D 0.00
Boulder County Clerk, CO

## RESOLUTION 98-30

A RESOLUTION CONDITIONALLY APPROVING BOULDER COUNTY LAND USE DOCKET #SU-97-12 ("ROCKY MOUNTAIN CHRISTIAN CHURCH SPECIAL USE"):   A SPECIAL USE REQUEST, WITH ASSOCIATED SITE SPECIFIC DEVELOPMENT PLAN, TO RECOGNIZE AN EXISTING CHURCH, EXPAND THE EXISTING WORSHIP CENTER CAPACITY, ADD A PRIVATE SCHOOL, AND MAKE CERTAIN OTHER ADDITIONS/MODIFICATIONS TO THE EXISTING STRUCTURE, ON PROPERTY LOCATED AT 9447 NIWOT ROAD, AT THE INTERSECTION WITH N. 95TH STREET, IN SECTION 29, T2N, R69W.

WHEREAS, Rocky Mountain Christian Church ("Applicant") has requested approval for a special use permit, with associated site specific development plan, to recognize the existing church, which is a nonconforming use, as a special use, and to allow the church to expand its existing worship area, add a private school, and make certain other additions and modifications to the existing church, on the property which is located as described in the caption to this Resolution, above ("the Subject Property"), in the Agricultural Zoning District in unincorporated Boulder County; and

WHEREAS, the Rocky Mountain Christian Church building is currently 50,000 square feet, and the application includes a request for a two-story addition consisting of 53,960 square feet for the proposed private school classrooms (which will double as religious education classrooms), and for expanded administrative space, with the total church square footage proposed to be 103,960 square feet; and

WHEREAS, the Church also proposes to expand the worship center from the current seating capacity of 997, to 1,380, which will be a non-structural interior renovation as originally contemplated by the Church when constructed; and

WHEREAS, the Applicant originally proposed a private school for grades K-8 for up to 400 students, but subsequently agreed to revise that request to be for a private school of up to 260 children in grades K-5; and

WHEREAS, the above-described request was processed and reviewed as Boulder County Land Use Docket #SU-97-12 ("the Docket"), all as further described in the Boulder County Land Use Department Planning Staff's Memoranda and written recommendations to the Boulder County Board of County Commissioners ("the Board") dated January 8 and January 22, 1998, with their attachments (collectively, "the Staff Recommendation"); and

WHEREAS, on November 19, 1997, the Boulder County Planning Commission ("the Planning Commission") held a duly-noticed public hearing on the Docket, and recommended conditional approval of the Docket to the Board; and

1

BC 001685 BOCC (06-cv-00554)



1858733
Page: 8 of 14
10/06/1998 01:15P
Boulder County Clerk, CO
R 71.00  D 0.00

WHEREAS, on January 8, 1998, as continued to January 22, 1998, the Board held a duly-noticed public hearing on the Docket ("the Public Hearing"), at which time the Board considered the Staff Recommendation and the recommendation of the Planning Commission, as well as the documents and testimony presented by the County Land Use Department staff and several representatives of the Applicant and other members of the public; and

WHEREAS, based on the Public Hearing, the Board finds that the Docket meets the criteria for special use approval set forth in Article 4 of the Land Use Code, and can be approved, subject to the conditions stated below, and, further, that the Docket, with the submission of the standard development agreement, meets the criteria in the Land Use Code for a site-specific development plan, also subject to the conditions stated below.

NOW, THEREFORE, BE IT RESOLVED that the Docket is hereby approved, on the basis set forth in this Resolution, above, and subject to the following conditions:

1. The Applicant shall provide an acceptable plan for cut-through traffic (through the parking lot), and to significantly increase the amount of landscaping along Niwot Road and N. 95th Street, to be reviewed and approved by County staff prior to recording the Development Agreement.

2. The private school shall be limited to Kindergarten through 5th grades, with a maximum of 260 students, and with the conditions that a transportation plan which significantly mitigates the traffic impacts be submitted and approved by the County.

3. The Applicant's 15-cre property (Subject Property) and adjacent 35-acre parcel shall be combined as one parcel to provide a buffer to the west and north of the facility, and plans (agricultural and recreational) for the 35 acres shall be submitted for review and approval by County staff prior to recording the Development Agreement. In addition for buffer (open rural land preservation) purposes, the Applicant has agreed to grant a conservation easement to the County on the following portion of the 35-acre parcel: the area north of a line created by the northern boundary of the Quiet Retreat NUPUD lots, drawn directly east to the boundary of the Subject Property (the 15-acre Church parcel). A conservation easement meeting the approval of the County staff shall be submitted and recorded with the Development Agreement.

4. The Applicant shall provide a Development Agreement, to be reviewed and approved by County staff, prior to recording.

5. The Applicant shall be subject to the terms, conditions and commitments of record and in the file for the Docket.

2

BC 001686 BOCC (06-cv-00554)

Recorder's  _10 - 698_

Portion of document

is a photocopy.

Boulder County Clerk, CO A6



1858733
Page: 9 of 14
10/06/1998 01:15P
R 71.00   D 0.00

A motion to approve the Docket, as stated above, was made by C*ommissioner Danish, seconded by Commissioner Mendez, and passed by a 3-0 vote.

ADOPTED this ___10TH day of February, 1998, nunc pro tunc the 22nd day of January, 1998.

SEAL OF
BOULDER COUNTY, COLORADO

BOARD OF COUNTY COMMISSIONERS
OF BOULDER COUNTY;

Ronald K. Stewart, Chair

Jana L. Mendez, Vice Chair

Paul D. Danish, Commissioner

ATTEST:

Clerk to the Board

3

BC 001687 BOCC (06-cv-00554)



BC 001688 BOCC (06-cv-00554)