# EXHIBIT 20

00001

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 05-CV-00554-REB-BNB

_____

DEPOSITION OF PAUL D. DANISH
EXAMINATION DATE: MAY 24, 2007

_____

ROCKY MOUNTAIN CHRISTIAN CHURCH, a Colorado nonprofit corporation,
ALAN AHLGRIM, Lead Pastor,
DONALD BONDESON, Discipleship Pastor,
BARB EVANS, Director of Women's Ministry, and
DAVID PAGE, Elder,

Plaintiffs,

and

UNITED STATES OF AMERICA, Intervenor,

Intervenor Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY, COLORADO,

Defendant.
_____

PURSUANT TO NOTICE, the deposition of PAUL D. DANISH was taken at 1:26 p.m. on May 24, 2007, at 950 Seventeenth Street, Suite 1600, Denver, Colorado, before Nathan Stormo, Registered Professional Reporter and Notary Public in and for the State of Colorado, said deposition being taken pursuant to the Federal Rules of Civil Procedure.

Nathan Stormo
Registered Professional Reporter

00043

A   Uh-huh.

Q   But the board did approve the application with conditions, right?

A   Uh-huh.

Q   Again, did you disagree with staff and the planning commission?

A   I thought that these concerns were legitimate concerns. They were in my mind. I essentially thought they were trumped by the First Amendment concerns. That's really one reason that you can tell we were being nickeled and dimed. We were being nickeled and dimed by them in these smaller approvals. But you do have a free exercise clause which is very important, and I'm willing to -- I was willing to put up with a lot of slicing away at the margins over that particular issue, which is to say, free exercise.

But, yes, it's obviously that with each one of these things, the land use issues on this site become more intense and more serious.

Q   Okay. Let me make sure I understand your answer. When you say that you were being nickeled and dimed by them, by "them," are you referring to the church?

A   I'm referring to the church.

Q   What do you mean when you say they were --

00046

(Discussion off the record.)

Q   (By Mr. Macdonald)  On Page 7 of Exhibit 181, in the paragraph above --

A   181?

Q   181 is the loose one you have in your hands there.

A   Okay, yes.

Q   Back to Page 7.

Do you see where it says "Recommendation"?

A   Yes.

Q   In the paragraph above that, do you see the paragraph that starts "Several members of Planning Commission noted concerns with the proposal including the need to see a Master Plan for the property"?

A   Uh-huh.

Q   Do you recall during the hearing on the application asking also to see a master plan from the church; to have the church come back in with a master plan for their property?

A   I sort of vaguely do.  And my thought at that time -- I think I asked for that, didn't I?

Q   We believe you did, yes, and it sounds like you believe you did too, so we're --

A   And the answer was I wanted them to start focusing on, you know, how much is enough on this site.

**Danish, Paul 5-24-07**                    **Page 46**

00047

The fact that you come in with a master plan doesn't mean that it's going to be approved. It does mean that at least you have to start thinking in terms of limits. And after request after request after request, bending the guidelines that were set up at the time of the first approval, you know, I kept -- I was thinking, you know, how long does this go? At what point do they say, Enough, we'll go build a second church somewhere else or something.

Q   Okay. Now let me have you look at Page 3, if you would, please, again, of Exhibit 181.

A   Page 3, okay.

Q   And I'm referring to the page numbers that are part of the address at the top.

A   Yes, I got it, "Criteria Analysis"?

Q   Right. And, actually, the paragraph above "Criteria Analysis" that's actually in italicized print.

A   Yes.

Q   There is a sentence about midway through that starts towards the right of the page, it says, "The applicant notes that future plans," do you see that sentence?

A   Yes.

Q   The applicant -- the church had said that they had future plans that were contingent upon the health of