# EXHIBIT 22

Case No. 1:06-cv-00554-REB-BNB     Document 126-22     filed 07/25/07     USDC Colorado
pg 1 of 23

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Civil Action No. 06-cv-00554-REB-BNB

ROCKY MOUNTAIN CHRISTIAN CHURCH, a Colorado nonprofit corporation,
ALAN AHLGRIM, Lead Pastor,
DONALD BONDESON, Discipleship Pastor,
BARB EVANS, Director of Women's Ministry, and
DAVID PAGE, Elder,

      Plaintiffs,

and

UNITED STATES OF AMERICA, intervenor,

      Intervenor Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY, COLORADO

Defendant.

---

**DEFENDANT'S RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS AND REQUESTS FOR ADMISSIONS**

---

### INTERROGATORIES

**Interrogatory No. 1:**     Please identify all Applications approved or conditionally approved by the Board since the adoption of Section 4-601 of the Code for which the property that was the subject of the approved or conditionally approved Application was situated either wholly or partially on lands designated as "Agricultural Lands of National Significance" or "Agricultural Lands of National Importance" in the Boulder County Comprehensive Plan.

**ANSWER:**    The County objects to the interrogatory on the ground that it is vague. It is unclear whether "the adoption of Section 4-601" refers to the codification of that provision on September 19, 1994, or whether it refers to when the County first started requiring Special Use in 1965. Without waiving this objection, the County incorporates the attached spreadsheet which uses September 19, 1994, as a start date.

**Interrogatory No. 2:**    Please identify all Applications approved or conditionally approved by the Board since the adoption of Section 4-601 of the Code for which the property that was the subject of the approved or conditionally approved application was situated either wholly or partially on lands designated as the "Niwot Buffer Zone" in the Boulder County Comprehensive Plan.

**ANSWER:**    The County objects to the interrogatory on the ground that it is vague. It is unclear whether "the adoption of Section 4-601" refers to the codification of that provision on September 19, 1994, or whether it refers to when the County first started requiring Special Use in 1965. Without waiving this objection, the County incorporates the attached spreadsheet which uses September 19, 1994, as a start date.

**Interrogatory No. 3:**    Please identify all Applications for "Institutional and Uses of Community Significance", as that term is defined in the Code, that were approved or conditionally approved by the Board since the adoption of Section 4-601 of the Code for which the property that was the subject of the approved or conditionally approved Application was situated either wholly or partially on lands located in an Agricultural (A) zone district.

**ANSWER:**    The County objects to the interrogatory on the ground that it is vague. It is unclear whether "the adoption of Section 4-601" refers to the codification of that provision on September 19, 1994, or whether it refers to when the County first started requiring Special Use in 1965. Without waiving this objection, the County incorporates the attached spreadsheet which uses September 19, 1994, as a start date.

**Interrogatory No. 4:**    For each Request for Admission that you do not unconditionally admit, please describe with specificity your reasons for denial or partial denial.

**ANSWER:**    The County incorporates its answer to request for Admission No. 1.

2

## REQUEST FOR ADMISSIONS

**Request for Admissions No. 1:** Please admit that other than the Church, the Board has never sued another Land Use Applicant in federal court to confirm that the Board's decision regarding the Application complied with federal law.

**ANSWER:** The County objects to this request for admission on the ground that it is vague and it is a compound question. It is vague because it characterizes the County's declaratory judgment lawsuit as suing an applicant to confirm that the Board's decision regarding the Application complied with federal law. As further set forth in the County's Complaint, the County is not requesting that a court determine "compliance with federal law" in general but rather compliance with RLUIPA, a specific federal statute. Further, the declaratory judgment lawsuit also requests that the court declare that any further decision made in accordance with an order of the court is not a violation of the Establishment Clause. The request is compound because it assumes that the County will agree with the Church's characterization of the County's declaratory judgment lawsuit and then asks that the County admit that the County has not brought "other" claims consistent with that characterization. Without waiving these objections, the County admits that it filed a declaratory judgment lawsuit in federal court and named the Church as a defendant in that lawsuit. The County admits that it has not filed any other lawsuit in federal court against a Land Use Applicant to confirm that a decision of the Board complied with RLUIPA or any other federal law.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**Request for Production No. 1:** Please produce all documents relating to your responses to the Interrogatories and Request for Admission above.

Each of the dockets identified in response to interrogatories 1, 2, and 3 have corresponding files that may be located in the Boulder County Land Use Department, the Boulder County Transportation Department, and/or in archives. To the extent that this request for production requests that the County produce all of these documents at the same time and location, the County objects to this request for production as being unduly burdensome. Without waiving this objection, the County is willing to produce any of these documents at the locations where they are stored upon reasonable notice, including which specific files Plaintiffs wish to inspect.

**Request for Production No. 2:** Please produce all documents relating to all Applications for the Alexander Dawson School, 10455 Dawson Drive, Lafayette, CO 80026.

The documents are available for inspection, upon reasonable notice, at the Boulder County Attorney's Office, 13th and Pearl Street, Boulder, Colorado, 80302.

3

Respectfully submitted this 29th day of September, 2006.

### AS TO OBJECTIONS:

**BOULDER COUNTY ATTORNEY**

By:
David Hughes
Deputy County Attorney
P.O. Box 471
Boulder, CO  80306
telephone: (303) 441-3190
fax:  303-441-4794
e-mail:  dhughes@co.boulder.co.us

**MARCI A. HAMILTON, ESQ.**
36 Timber Knoll Drive
Washington Crossing, PA  18977
(215) 353-8984
(215) 493-1094 (fax)

## CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the foregoing **DEFENDANT'S RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS AND REQUSTS FOR ADMISSIONS** was placed in the United States Mail, postage prepaid, this 29th day of September, 2006, addressed to:

Thomas J. Ragonetti, Esq.
Darrell G. Waas, Esq.
Thomas Macdonald, Esq.
OTTEN, JOHNSON, ROBINSON,
   NEFF & RAGONETTI
950 17th Street, #1600
Denver, CO 80202

Kathy G. Nelson

5

STATE OF COLORADO   )
                    ) ss.
COUNTY OF BOULDER   )


    I, Graham Billingsley, as Director of the Boulder County Land Use Department, verify under oath by my signature below, that I have read the foregoing responses to Plaintiffs' interrogatories and to the best of my knowledge and belief, the answers given are true and correct.

_____
Graham Billingsley


    Subscribed and sworn to before me by Graham Billingsley on this 28th day of September, 2006.


    WITNESS MY HAND AND OFFICIAL SEAL.

_____
Notary Public

My commission expires: 7/6/2010

JACLYN N. HAMILTON
NOTARY PUBLIC
STATE OF COLORADO

6

| DOCKET | TITLE | DESCRIPTION | BOCC ACTION | DATE |
|---|---|---|---|---|
| SE-95-001 | ALEX LABER / COUNTY OPEN SPACE CFLS | Subdivision Exemption for a Community Facility Lot Split to divide a 150-acre parcel into four parcels of 120, 28, 1, and 1 acres. | Approved | 2/8/1995 |
| SU-88-10 | ALEXANDER DAWSON SCHOOL | Approval of Special Use and Site Specific Development School for a private school, water storage tank and distribution system and heli-pad | Approved with Conditions | 9/24/1991 |
| SU-97-02 | ALEXANDER DAWSON SCHOOL | Special Use Review / Site Specific Development Plan to amend Docket SU-95-12. | Approved with Conditions | 6/5/1997 |
| SE-95-37 | ALEXANDER DAWSON SCHOOL LR | Subdivision Exemption for recognition of eleven (11) building lots | Approved with Conditions | 2/15/1996 |
| SU-95-12 | ALEXANDER DAWSON SCHOOL SU | Special Use Review / Site Specific Development Plan to amend Docket SU-88-10 and review future development and renovations | Approved with Conditions | 2/15/1996 |
| SE-98-15 | ALL J LAND CO./YOUNG/THREE BROS. PA | Subdivision Exemption to recognize two parcels (four ownerships) as two legal building lots. | Approved with Conditions | 7/13/1998 |
| SPR-01-156 | ARNOLD Residence | Site Plan Review for the construction of a 11,429 square foot residence and a 225 square foot poultry house. (Above Grade 11,429 Sq. Ft./Below Grade=0 Sq. Ft./Finished Floor Area=7,500 Sq. Ft./Unfinished Floor Area=3,929 Sq. Ft.) (Finished Floor Area | Approved with Conditions | 9/3/2002 |
| SE-96-18 | BCHA - CASA VISTA CFLS | Subdivision Exemption for a Community Facility Lot Split to create a second .814 acre parcel for a manager's dwelling. | Approved with Conditions | 7/26/1996 |
| SE-95-003 | BERTOLIN BLA | Subdivision Exemption for a Boundary Line Adjustment between two parcels | Approved | 11/21/1995 |
| SPR-85-099 | BOCK Residence/Barn | Site Plan Review for construction of a 6170 sq. ft. Residence & a 1280 sq. ft. Barn | Approved | 6/2/1985 |
| SPR-85-105 | BOSS Residence | Site Plan Review for construction of a 5825 sq. ft. Residence | Approved | 5/31/1985 |
| SE-06-009 | BOULDER COUNTY PARKS & OS (Meier) | Subdivision Exemption for a Boundary Line Adjustment between two parcels. | Approved with Conditions | 6/29/2006 |
| SE-00-35 | BOULDER COUNTY POS (Campbell) | Subdivision Exemption for a Community Facility Lot Split creating a new lot of approximately 1.5 acres around the existing house and retaining the remainder of the property as part of Boulder County's Open Space Program. | Approved with Conditions | 10/19/2000 |
| SE-05-007 | BOULDER COUNTY TRANSPORTATION | Subdivision Exemption for a Boundary Line Adjustment | Approved with Conditions | 6/10/2005 |
| SE 00-16 | BOULDER PARKS & OPEN SPACE (Barrett | A Subdivision Exemption for a creation of a .75-acre lot around the north house on the old Barrett Property, now Boulder County Parks & Open Space | Approved with Conditions | 7/25/2000 |
| SE-94-49 | BOULDER VALLEY LAND & CATTLE / COUN | Final Subdivision Exemption for Community Facility lot split creating two parcels of 28 acres and 6 acres from a 33-acre parcel. | Approved | 5/25/1995 |
| HP-05-05 | BRETHREN CHURCH & HYGIENE CEMETERY | Landmark designation | Approved with Conditions | 11/4/2005 |
| SU-00-12 | BRIDGE SCHOOL SU/SSDP | Special Use Amendment to Docket SU-95-23 including an increase of enrollment from 75 students to 175 students, and a 5,544 square-foot addition to the existing 17,900 square-foot building. | Approved with Conditions | 1/30/2001 |
| SPR-98-141 | BROWN #3 Residence/Addition/Garage | Site Plan Review for the construction of a 6,900 sq. ft. residence (Above Grade 5,900 sq. ft. / Finished Floor Area = 5,800 sq. ft.); an addition to the studio (Existing Floor Area = 1,634 sq. ft. / Proposed Finished Floor Area = 1,000 sq. ft.); and | Approved with Conditions | 9/18/1998 |
| SE-99-21 | BROWNSVILLE BLA (Kiefer) | A Boundary Line Adjustment in Brownsville Subdivision, Second Filing, Replat A | Approved with Conditions | 3/23/2000 |

Case No. 1:06-cv-00554-REB-BNB    Document 126-22    filed 07/25/07    USDC Colorado    pg 8 of 23

Case No. 1:06-cv-00554-REB-BNB   Document 126-22   filed 07/25/07   USDC Colorado
pg 9 of 23

| LU-01-14 | BUZAS LU | Limited Impact Special Review for grading of approximately 797 cu. yds., and Site Plan Review for a 10,776 sq. ft. house (Above Grade 6,993 sq. ft. / Finished Floor Area 3,783 sq. ft. / Garage 2,785 sq. ft. / Covered Deck 425 sq. ft.) | Approved with Conditions | 9/4/2001 |
|---|---|---|---|---|
| LU-00-23 | CANINO LU | Limited Impact Special Review for a 1,800 sq. ft. accessory residential dwelling and Site Plan Review for a 22,060 sq. ft. equestrian center/indoor arena and a 2,190 sq. ft. hay barn involving 500 cubic yards of earthwork. | Approved with Conditions | 1/16/2001 |
| V-05-004 | CAPITOL HILL (Lenertz) Easement Vac | To vacate a portion of First Street and alleyway in Blocks 1 and 10 of Capitol Hill Townsite; and a Subdivision Exemption for a boundary line adjustment between two parcels located in Blocks 1 and 10 of Capitol Hill Townsite. | Approved with Conditions | 9/20/2005 |
| HP-89-06 | CARLSON-HAHN SILO | Landmark designation approved.  Owned by Boulder County POS | Approved with Conditions | 9/18/1989 |
| SU-05-008 | CINGULAR/BOULDER VALLEY CHRISTIAN C | Special Use Review / Site Specific Development Plan for the approval of eight (8) wireless antennas to be mounted on top of the existing church and screened by a seven-foot tall wall and the construction of a 12 ft. x 20 ft. enclosure to be screen the at | Approved with Conditions | 12/8/2006 |
| SE-04-004 | CITY BOULDER OS/MTN PARKS (King) | Subdivision Exemption for a Community Facility Lot Split to create a 3.4-acre parcel (including existing improvements) and a 6.1-acre parcel (open space) from a 9.5-acre parcel. | Approved with Conditions | 3/16/2004 |
| SI-02-04 | CITY LONGMONT (Pella Pond/Airport) | Activities of State Interest for a proposed 6,7007 feet long x 42 inches diameter water pipe buried 10? feet deep extending from Hygiene Road, south to St. Vrain Road.  The pipe is proposed for installation along the west side of an existing 36 inch diam | Approved with Conditions | 3/11/2003 |
| SE-97-13 | CITY OF BOULDER (Clough/Klein) BLA | Subdivision Exemption for a boundary line adjustment between two parcels. | Approved with Conditions | 5/1/1997 |
| SE-00-02 | CITY OF BOULDER (Dexter Farm) CFLS/ | Subdivision Exemption for a Community Facility Lot Split allowing for the acquisition of 41+ acres for open space, and leaving 11+ acres containing an existing residence and outbuilding; with a boundary line adjustment between two other parcels to recogn | Approved with Conditions | 2/24/2000 |
| SI-00-01 | CITY OF LAFAYETTE SI (1041) | Activities of State Interest Review for a 30" water transmission pipeline. | Approved with Conditions | 3/2/2000 |
| LU-99-24 | COLORADO THERAPEUTIC RIDING CENTER | Limited Impact Review for the construction of a 23,053 sq. ft. indoor riding facility; a 2,450 sq. ft. haybarn; and a 430 sq. ft. shedroom; and relocation of five existing shedrooms involving 4,170 cu. yds. of earthwork. | Approved with Conditions | 2/17/2000 |
| SU-01-01 | COLUMBINE UNITY CENTER SU/SSDP | Re-Referral for a Revised Special Use Review/Site Specific Development Plan application for a 12,830 sq. ft. church with a maximum occupancy of 160 people, and 60 parking spaces (The original proposal was for a 14,200 sq. ft. church, a 2,300 sq. ft. coff | Approved with Conditions | 7/23/2002 |
| SU-00-20 | COORS BREWING CO. SU/SSDP | Special Use Review / Site Specific Development Plan to make improvements to Coors Brewing Company's barley receiving and storage operation in northeast Boulder County improvements include: four seed storage bins; a maintenance building; an OSHA required | Approved with Conditions | 6/21/2001 |
| SPR-94-290 | CORMAN Addition | Site Plan Review for construction of a 5530 sq. ft. addition to an existing single-family residence & relocate garage. | Approved with Conditions | 1/5/1995 |

Case No. 1:06-cv-00554-REB-BNB    Document 126-22    filed 07/25/07    USDC Colorado    pg 10 of 23

| V-99-11 | COUNTY RD 26 (Plateau Rd) Right-of- | Vacation of a portion of Plateau Road (County Road 26) right-of-way that is not located where the road physically exists. | Approved with Conditions | 11/16/1999 |
|---|---|---|---|---|
| EP-95-11 | CRYSTAL VIEWS NUPUD Replat A | Exemption Plat to replat Lot 14 of Crystal Views NUPUD to extend the building envelope | Approved with Conditio | 1/4/1996 |
| EP-97-11 | CRYSTAL VIEWS NUPUD Replat B | Exemption Plat to adjust the boundaries of the platted building envelope and Site Plan Review for the construction of a 1,920 sq. ft. barn. | Conditional Approval | 1/13/1998 |
| EP-98-10 | CRYSTAL VIEWS NUPUD Replat C | Resubdivision of Lots 1 & 2 of Crystal Views NUPUD | Approved | 8/29/1998 |
| SE-01-13 | DEBACKER/GRAHAM Lot Recognition/BLA | A Subdivision Exemption and Boundary Line Adjustment to recognize two building lots and re-divide existing parcels of land totaling 7.32 acres. | Approved with Conditions | 5/29/2001 |
| SE-05-000 | DEL TUFO Lot Recognition | Subdivision Exemption to recognize an approximate 0.65 acre parcel as a legal building lot. | Approved with Conditions | 1/24/2006 |
| SD-95-11a | DIRKS DAIRY TDR/PUD | TDR/PUD Sketch Plan for 38 lots on 280 acres | Approved with Conditio | 4/4/1996 |
| EP-05-007 | DIRKS SURVIVOR TRUST | An exemption plat to adjust the boundary line of Lot 38, and to remove the current limitation on Lots 36 and 38 that restricts new floor area to no more than 50 percent of each home's current total square footage. | Approved with Conditions | 9/29/2005 |
| EP-00-008 | DIRKS TDR/PUD (Schechter) EP | Exemption Plat to extend the building envelope four feet to include the basement stairwell with associated retaining walls on Lot 36 of the Dirks TDR/PUD. | Approved with Conditio | 11/30/2000 |
| SD-95-11 | DIRKS TDR/PUD FP | Final Plat / Site Specific Development Plan for a TDR/PUD to allow 38 lots on a total of 260.5 acres, and to amend the approved sending area. | Approved with Conditio | 1/9/1997 |
| SD-95-11pp | DIRKS TDR/PUD Preliminary Pla | Preliminary Plan for a TDR/PUD to allow 36 lots on a total of 260.5 acres. | Approved with Conditio | 10/15/1996 |
| HP-97-06 | DISTEL FARM | Landmark designation of the Distel, aka Schofield Farm. | Approved with Conditions | 10/23/1997 |
| HP-02-06 | DODD FARMHOUSE | Landmark designation | Approved with Conditions | 8/27/2002 |
| SE-95-07 | DONIPHAN/COUNTY OPEN SPACE CFLS | Subdivision Exemption for a Community Facility Lot Split creating two parcels of 20 acres and 69 acres | Approved | 3/9/1995 |
| LU-01-12 | DOUBLE DOVE RANCHES LU | A Limited Impact Special Review to allow approximately 55,885 sq. ft. of additional floor area on the "Double Dove Ranch," a 35-acre parcel just north of East Swede Lake. The additional floor area includes a new house addition, a new enclosed riding ar | Approved with Conditions | 2/14/2002 |
| DPR-06-000 | ENCANA Development Plan Review | A Development Plan Review for an oil and gas well to be located at 7247 E. County Line Rd. | Approved with Conditions | 4/27/2006 |
| RE-97-01 | ERTL FARM NUPUD Replat A | Combined Sketch Plan/Preliminary Plan/Final Plat for a Replat of Block 6, ERTL Farm NUPUD, into three lots and three outlots to add 2.795 acres to Outlot Q, and a Subdivision Exemption to adjust the boundary lines with an adjacent parcel. | Approved with Conditions | 10/28/1997 |
| RE-97-01 | ERTL FARM NUPUD Replat A | NUPUD 1,024 acres/ 59 lots. Conservation Easement over Outlots A, B, C, D, E, G, H, I, J, P, Q, R, S, T, & U. See SD-94-007 & Re-97-001. | Approved with Conditio | 10/28/1997 |
| SPR-00-164 | EVERETT 2 Replacement Residence | Site Plan Review for the construction of a 1,600 sq. ft. modular residence (Above Grade 1,600 sq. ft. / Finished Floor Area 1,600 sq. ft.) | Approved with Conditions | 9/12/2000 |
| SU-01-06 | FAITH COMMUNITY LUTHERAN CHURCH SU | Special Use Review / Site Specific Development Plan to expand an existing church facility (with an occupant load greater than 100 persons and traffic volumes in excess of 160 average daily trips). | Approved with Conditions | 6/28/2001 |
| EP-99-08 | FARM IN BOULDER VALLEY (Apollo) | Exemption Plat to adjust the building envelope. | Approved with Conditio | 10/12/1999 |
| SE-94-60 | FREEDMAN / MOCH / COUNTY OPEN SPACE | Final Subdivision Exemption for Community Facility Lot Split creating two parcels of 32 and 1.77 acres from a 33.77-acre parcel. | Approved | 1/17/1995 |

Case No. 1:06-cv-00554-REB-BNB   Document 126-22   filed 07/25/07   USDC Colorado   pg 11 of 23

| | | | | |
|---|---|---|---|---|
| SD-94-02 | GAYNOR LAKE 3rd Filing NC-NUPUD PP/ | Preliminary Plan / Final Plat and Site Specific Development Plan for a Replat / PUD Amendment / NC-NUPUD to divide Outlot C of Gaynor Lake 2nd Filing NUPUD, including a transfer of 3 units from Block 3 of Mountain Ridge NC-NUPUD | Approved with Conditio | 2/8/1996 |
| SD-94-20 | GAYNOR LAKE FARM NUPUD PP/FP/SSDP | Preliminary Plan / Final Plat / Site Specific Development Plan for an NUPUD of 2 lots on 40.191 acres (previously Spurgeon NUPUD at Sketch Plan). | Approved with Conditio | 10/12/1996 |
| SE-96-21 | GILBERT BLA | A Subdivision Exemption for a Boundary Line Adjustment between two parcels. | Approved with Conditions | 9/6/1996 |
| SD-94-29 | GOLDEN GRAVEL SU, NCNUPUD | Special Use and Site Specific Development Plan for gravel mining on three parcels (Redmond/Neighbors, Fredstrom, and Hygiene pits) and a Sketch Plan for a NCNUPUD to plat lots on the Fredstrom parcel and 18 lots on the Neighbors parcel. | Approved with Conditions | 6/22/1996 |
| RE-99-02 | GOOSE HAVEN ONE NUPUD Replat A | Replat of Outlot C - A of the Goosehaven One NUPUD into one 3.182 acre building lot, and one 10.643 acre outlot; and a rezoning of the adjacent 34-acre parcel, formerly within the boundaries of the Town of Erie to the Agricultural zoning district. | Approved with Conditions | 12/16/1999 |
| SE-01-07 | GRAFF BLA | Subdivision Exemption for a Boundary Line Adjustment between two parcels placing the pond and wetland entirely on the northern parcel. The proposed boundary line follows the existing fence alignment. | Approved with Conditions | 4/19/2001 |
| V-05-006 | GRAND VIEW ESTATES (Smith/James/Art | Vacation of a 40 foot wide access road for Lots 1 Block 1 of Grandview Estates; Lot 1 Block 2 of Grandview Estates 1st Addition; Lot 1A Replat 1 of Grandview Estates 1st Addition; and Lot 1 Block 2 of Grandview Estates Exemption Plat of the same lots to | Approved with Conditions | 9/6/2005 |
| EP-01-006 | GRAND VIEW ESTATES 1 (Smith/Sulliva | Exemption Plat to adjust the lot line between two lots so that the McGinn Ditch becomes the new lot line. | Approved with Conditions | 10/30/2001 |
| EP-01-006 | GRAND VIEW ESTATES 1 (Smith/Sulliva | Exemption Plat to adjust the lot line between two lots so that the McGinn Ditch becomes the new lot line. | Approved with Conditio | 10/30/2001 |
| EP-06-008 | GRANDVIEW ESTATES 1 (Carroll) | The applicants are requesting an Exemption Plat to amend the Grandview Estates 1st Addition Subdivision. The purpose of the amendment is to incorporate, as part of Lot 6, the portion of the right-of-way that was vacated by Docket V-06-008. | Approved with Conditio | 9/28/2006 |
| V-06-008 | GRANDVIEW ESTATES 1st Add (Carroll) | Proposal to vacate a portion of Country Lane adjacent to Lot 6 Block 1 of Grandview Estates 1st Addition. | Approved with Conditions | 9/29/2005 |
| SE-00-30 | GRAVES-SMITH BLA | Subdivision Exemption for a Boundary Line Adjustment between two legal building lots increasing the size of one parcel to create a side yard for accessory recreational and/or agricultural uses. | Approved with Conditions | 10/12/2000 |
| SU-99-08 | GREEN ACRES PRESCHOOL SU/SSDP | Special Use Review/Site Specific Development Plan to amend Docket SU-95-06 to allow a daycare center with a maximum of 60 children where a maximum of 30 children currently is allowed. | Approved with Conditions | 2/22/2000 |
| SE-01-34 | GUNDERSON SE Amendment | An amendment to Docket SE-93-41 to increase the total square footage of the dwelling from 1,500 sq. ft. to 2,339 sq. ft. | Approved with Conditions | 10/18/2001 |
| SU-01-12 | HALLMAN HOUSE KENNEL | Special Use Review / Site Specific Development Plan for a kennel with more than 12 dogs or cats; and a Vacation of a platted 16-foot alley within the Irvington Townsite; and a Subdivision Exemption for a Boundary Line Adjustment between two parcels. | Approved with Conditions | 5/7/2002 |
| HP-01-07 | HARNEY/LASTOKA FARM | Landmark designation | Approved with Conditions | 3/14/2002 |

BOULDER COUNTY ATTORNEY

| SD-94-13 | HEIL NUPUD | Preliminary Plan and Final Plat for an NUPUD of 2 lots, 3.6 acres each, on 51.78 acres. | Approved with Conditio | 11/22/1994 |
|---|---|---|---|---|
| SD-94-13 | HEIL NUPUD | Preliminary Plan and Final Plat for an NUPUD of 2 lots, 3.6 acres each, on 51.78 acres. | Approved with Conditio | 5/16/1995 |
| SE-01-18 | HEIN/ARANT | Subdivision Exemption for modification of cumulative density limit and apportionment. | Approved with Conditions | 5/15/2001 |
| SPR-95-189 | HELMICK Addition | Site Plan Review for construction of a 1990 sq. ft. addition to a single family residence, a 2150 sq. ft. addition to the barn & a 7900 sq. ft. arena. | Approved with Conditions | 6/29/1995 |
| SE-94-48 | HENRY / EASTLACK / COUNTY OPEN SPAC | Final Subdivision Exemption for community facility lot split creating 3 parcels of 2.5, 1.2, and 272.7 acres from 275 acre parcels. | Approved | 1/17/1995 |
| SU-99-07 | HENRY FARM | Special Use Review / Site Specific Development Plan for a pilot on-farm composting project. | Approved with Conditions | 7/27/1999 |
| EP-96-02 | HILLCREST HEIGHTS Replat C | Exemption Plat to replat Hillcrest Heights, Replat B (Wildview) to allow household pets in residences and residential lots. | Approved with Conditio | 6/13/1996 |
| SE-94-34 | HODGSON BLA | Final Subdivision Exemption for a Boundary Line Adjustment between a 10-acre parcel & 140 acres | Approved | 10/13/1994 |
| SU-02-04 | HYGIENE FPD Variance/SU/SSDP | Approval of a Variance from Article 7-1403(B)(3) to the Land Use Code requiring a supplemental setback of 110 feet from the center of N. 75th Street to align for the proposed construction of a 4,896 sq. ft. fire barn (Above Grade 4,896 sq. ft. / Unfinis | Approved with Conditions | 10/1/2002 |
| EP-05-004 | INDIAN MESA Replat A (Brand & Co) | Exemption Plat process to replat Indian Mesa Replat A and adjacent property to include one large lot (Lot A - 252.016 acres) and five 35-acre lots. | Approved with Conditions | 12/8/2005 |
| SD-00-02 | ISABELLE FARM NUPUD SP | Revision of the previously applied for TDR/PUD Sketch Plan to an NUPUD (Non Urban Planned Unit Development) consisting of two new lots and one homestead lot on 38 acres. | Approved with Conditions | 5/8/2001 |
| SD-03-002c | ISABELLE RANCH TDR/PUD CP | Conceptual Plan Review for a Transferred Development Right (TDR) / Planned Unit Development (PUD) for a receiving site consisting of a total of 12 lots on approximately 68 acres. | Approved with Conditions | 7/15/2003 |
| SD-03-002A | ISABELLE RANCH TDR/PUD Sketch Plan | A Sketch Plan review for a Transferred Development Rights (TDR) / Planned Unit Development receiving site consisting of a total of eight (8) residential lots on approximately 43 acres. | Approved with Conditions | |
| SD-92-11 | JOHNSON FARM PUD Amendment | PUD Amendment to amend the subdivision agreements for Johnson Farm Subdivision, Johnson Farm Replat O, Johnson Farm Replat I, and amend the Declaration of Covenants, Conditions, and Restrictions for Johnson Farm. | Approved with Conditio | 1/6/1999 |
| LU-03-03 | JOHNSON LU | Approval of an agricultural accessory dwelling unit of 400+/- sq. ft. in accordance with Article 4-616(D) of the Land Use Code. | Approved with Conditions | 7/16/2003 |
| HP-98-06 | JONES Residence and Site Landmark D | Landmark designation of house and site | Approved with Conditions | 2/25/1999 |
| SD-93-13 | JORGENSEN NUPUD | Sketch Plan for NUPUD of 4 lots & 1 outlot on 71.6 acres | Approved | 9/20/1994 |
| LU-00-19 | KALINSKI (DIGGINS) LU | Limited Impact Special Review to build a private equestrian facility to train horses for Olympic events. The equestrian facility will consist of an indoor arena, stable, tack room, farrier room, office space, hay barn, and tool shed/caretaker's residen | Approved with Conditions | 11/30/2001 |

Interrogatory No. 1

| SD-01-05P | KANEMOTO ESTATES TDR/PUD PP | Approval of an amended Sketch Plan and Preliminary Plan for a TDR/PUD to allow 36 lots on a total of 36 acres (Left Hand Ranch - a Replat of Kanemoto Estates NUPUD approved in 1978). A Sketch Plan was previously approved 36 lots on 36 acres | Approved with Conditio | 6/11/2004 |
| SD-01-006s | KANEMOTO ESTATES TDR/PUD SP | Sketch Plan for a receiving site for a proposed Transferable Development Right (TDR) / Planned Unit Development (PUD) subdivision consisting of 36 lots on 36 acres (a Replat of Kanemoto Estates NUPUD Approved in 1978). | Approved with Conditions | 6/25/2002 |
| SPR-00-020 | KEELER Residence | Site Plan Review for the construction of a 5,192 sq. ft. residence (Above Grade 5,192 sq. ft. / Finished Floor Area 3,436 sq. ft. / Unfinished Floor Area 1,764 sq. ft.) | Approved with Conditions | 4/6/2000 |
| SE-02-019 | KENNEDY/ZAPPALA BLA | Approval of a Boundary Line Adjustment to convey 4.5 +/- acres of land from the Zappola property to the Kennedy property. | Approved with Conditions | 11/19/2002 |
| SU-00-01 | KENOSHA PONDS SAND & GRAVEL MINE | An amendment to SU-94-12 to reduce the duration of mining and reclamation to no more than 6 1/2 years, and increase the total number of allowed truck trips. | Approved with Conditions | 6/15/2000 |
| EP-98-08 | KING NUPUD Exemption Plat | Exemption Plat to combine two lots into one lot, and to amend the house size restriction on the remaining two lots. | Approved with Conditions | 9/3/1998 |
| EP-98-08 | KING NUPUD Exemption Plat | Exemption Plat to combine two lots into one lot, and to amend the house size restriction on the remaining two lots. | Approved with Conditio | 9/3/1998 |
| SD-94-18 | KING SUBDIVISION SP/PP/FP | To subdivide one parcel into two parcels of 5000 sq.ft. each | Approved with Conditio | 11/22/1994 |
| SD-94-18 | KING SUBDIVISION SP/PP/FP | To subdivide one parcel into two parcels of 5000 sq.ft. each | Approved | 5/26/1995 |
| LU-06-018 | KOSTER/MASEBERG/BOULDER COUNTY | Approval of Limited Impact Special Review for the construction of an existing 2,030 sq.ft. agricultural accessory dwelling (modular home), in accordance with the Boulder County Land Use Code | Approved with Conditions | 4/4/2006 |
| SD-94-24 | KRASKEY SUBDIVISION NUPUD PP/FP | Preliminary Plan and Final Plat for an NUPUD consisting of two (2) new lots and one (1) homestead on 41.842 acres with Limited Impact Special Use for grading in excess of 500 cu. yds. | Approved with Conditio | 12/5/1995 |
| SD-94-24s | KRASKEY SUBDIVISION NUPUD SP | Sketch Plan of a NUPUD for 3 lots (including homestead) on 41.84 acres. | Approved with Conditio | 2/2/1995 |
| SD-94-10s | KUGEL NUPUD SP | | Approved | 11/1/1994 |
| EP-99-07 | KUGEL NUPUD (Thompson/Stainton) | Exemption Plat to exempt covered porches from the above grade square footage limitation. | Approved with Conditio | 8/21/2001 |
| RE-00-01 | KUGEL NUPUD (Thompson/Stainton) | Replat to adjust the boundary of Outlot A, Kugel NUPUD; and an Exemption Plat to allow a maximum height of 26 feet on the proposed homes, where 24 feet is currently required. | Approved with Conditio | 3/30/2000 |
| SD-94-10 | KUGEL NUPUD PP/FP/SSDP | Preliminary Plan / Final Plat / Site Specific Development Plan for an NUPUD of five (5) new residential lots and one (1) homestead lot on 119.21 acres. | Approved with Conditio | 10/31/1995 |
| RE-98-01 | KUGEL NUPUD Replat A / 1041 | An Area and Activity of State-Interest (H.B. 1041) by Longs Peak Water District for a 725,000 gallon buried potable water storage tank; and a Replat to adjust the boundary of Outlot A, Kugel NUPUD | Approved with Conditio | 2/26/1998 |
| SE-95-11 | LASTOKA / COUNTY OPEN SPACE CFLS | Subdivision Exemption for a Community Facility Lot Split to create a 25-acre building lot from a 139-acre parcel | Approved | 4/18/1995 |
| SE-95-12 | LEFEVER BLA | Subdivision Exemption for a Boundary Line Adjustment to adjust the boundaries of two parcels | Approved with Conditions | 5/4/1995 |

Case No. 1:06-cv-00554-REB-BNB   Document 126-22   filed 07/25/07   USDC Colorado   pg 14 of 23

| SD-84-19 | LEISTIKOW NUPUD PP/FP | Preliminary Plan and Final Plat for an NUPUD of 2 lots and 1 homestead lot on 40.79 +/- acres. | Approved | 3/2/1995 |
|---|---|---|---|---|
| SD-84-19 | LEISTIKOW NUPUD PP/FP | Preliminary Plan and Final Plat for an NUPUD of 2 lots and 1 homestead lot on 40.79 +/- acres. | Approved with Conditio | 7/13/1995 |
| SD-84-19 | LEISTIKOW NUPUD PP/FP | Preliminary Plan and Final Plat for an NUPUD of 2 lots and 1 homestead lot on 40.79 +/- acres. | Approved with Conditio | 10/24/1996 |
| HP-97-08 | LOHR-MCINTOSH Homestead | | Approved | 1/27/1998 |
| HP-00-02 | LONGFELLOW PACE FARM | Landmark designation | Approved with Conditions | 10/21/2000 |
| SE-95-005 | LUDLOW/COUNTY OPEN SPACE CFLS | Subdivision Exemption for Community Facility Lot Split creating two 1-acre parcels and one 393-acre parcel | Approved | 3/9/1996 |
| SE-95-000 | LYNCH / PSCo BLA | Subdivision Exemption for a Boundary Line Adjustment between two (2) parcels. | Approved with Conditions | 9/26/1995 |
| SPR-95-128 | MACMILLEN Addition | Site Plan Review for construction of a 5862 sq. ft. addition to an existing single family residence | Approved with Conditions | 7/20/1995 |
| SE-97-14 | MAEDA/ROBSON Lot Recognition | Subdivision Exemption to recognize a 2.5 acre parcel, and a 0.5 acre parcel | Approved with Conditions | 5/15/1997 |
| SE-95-19 | MARLATT/COUNTY OPEN SPACE CFLS | Subdivision Exemption for a Community Facility Lot Split creating six (6) building lots and one (1) open space parcel from 223 acres | Approved with Conditions | 5/30/1996 |
| SPR-98-211 | MAFLXMILLER Residence/Barn | Site Plan Review for the construction of a 3440 sq. ft. single-family residence, and a 1440 sq. ft. barn. | Approved with Conditions | 12/12/1996 |
| EP-02-011 | MASTRONARDI BLA | Approval of a Boundary Line Adjustment to reconfigure Lot 2 and Outlot A of the Bradshaw Ranch NUPUD to provide for a recreational area and pool near the residence on Lot 2. | Approved with Conditions | 12/3/2002 |
| LU-02-04 | MCCONNELL'S GREENHOUSE | Limited Impact Special Review to replace 8,890 sq. ft. of existing greenhouse structures with 10,982 sq. ft. of new greenhouse building. | Approved with Conditions | 6/23/2002 |
| SE-05-001 | MCELVANEY BLA | Approval of a Boundary Line Adjustment to place an existing well on the parcel that uses it. The parcel size will not be altered. | Approved with Conditions | 3/17/2005 |
| SPR-05-016 | MCKINLEY residence | Site Plan Review application for construction of a 5,904 sq ft residence and 800 sq ft garage, with 250 cu yds non-foundational grading | Approved with Conditions | 5/5/2005 |
| EP-01-004 | MEADOW GREEN FARM Exemption Plat | Exemption Plat process to modify the shape of the platted building envelope; and including a Site Plan Review for a dwelling consisting of 8,769 sq. ft. on Lot 6, Block 2 of Meadow Green Farm NUPUD. | Approved with Conditio | 7/24/2001 |
| SD-95-07 | MEADOW GREEN FARMS TDR/PUD SP | Combined Sketch Plan / Preliminary Plan / Final Plat and Site Specific Development Plan for a Non-Urban PUD consisting of 22 lots on 899.8 +/- acres, with a Subdivision Exemption for a boundary line adjustment. | Approved with Conditio | 7/8/1997 |
| SD-95-07a | MEADOW GREEN FARMS TDR/PUD SP | Sketch Plan for a TDR/PUD of 78 lots on 899 acres (including 25 transfer development rights). | Approved with Conditio | 10/24/1996 |
| SE-02-20 | MENARD Lot Recognition | Subdivision Exemption for a lot recognition to consider a 6.69-acre parcel a legal building lot. | Approved with Conditions | 12/4/2000 |
| LU-04-016 | MESSINGER residence & grading | Limited Impact Special Use Review for 10,843 sq. ft. residence, 2,020 sq. ft. detached garage and 3,920 cu yds of earthwork for driveway and parking areas | Approved with Conditions | 3/1/2005 |
| SPR-96-007 | MEYER Residence & Barn | Site Plan Review for construction of a 7272 sq. ft. single family residence, a 2500 sq. ft. barn & removal of a 1520 sq. ft. residence | Approved with Conditions | 4/9/1996 |
| RE-85-02 | MITCHELL NUPUD, Replat A | Combined Sketch Plan / Preliminary Plan / Final Plat for a Replat of Lot 1 and Outlot A of Mitchell NUPUD | Approved with Conditio | 2/6/1998 |
| SE-96-04 | MORGAN/WILCOXSON BLA | Subdivision Exemption for a Boundary Line Adjustment between two parcels. | Approved with Conditions | 8/5/1996 |

Case No. 1:06-cv-00554-REB-BNB  Document 126-22  filed 07/25/07  USDC Colorado  pg 15 of 23

| SU-96-12 | MOUNTAIN STATES CHILDREN'S HOME SU | Amendment to Special Use Docket SU-80-9, for a new administration building, new residence, and remodeling of existing buildings. | Approved with Conditions | 10/8/1996 |
|---|---|---|---|---|
| SE-95-006 | N LABER/COUNTY OPEN SPACE CFLS | Subdivision Exemption for a Community Facility Lot Split creating 2 parcels of 3.5 acres and 73.6 acres | Approved | 3/9/1985 |
| SU-94-22 | NEIGHBORS/REDMOND Gravel Pit | Condition #16 of County Resolution 95-93 requires public hearing to be held after one year and after three years of mining of each pit to determine compliance with conditions and terms of the Special Use approval. The review will also consider changes | Approved | 4/3/2003 |
| SD-99-02a | NIWOT HILLS SUBDIVISION | Sketch Plan for a Transferred Development Right Planned Unit Development of 95 lots on a 160+/- acre parcel | Approved with Conditio | 9/7/1999 |
| SD-99-02p | NIWOT HILLS SUBDIVISION TDR/PUD PP | Preliminary Plan for a Transferred Development Right / Planned Unit Development for Phase I which contains 17 lots from the 48 lots approved by Sketch Plan | Approved with Conditio | 4/25/2000 |
| SD-99-02 | NIWOT HILLS TDR/PUD FP | Final Plat for a Transferred Development Right / Planned Unit Development for Phase I which contains 19 lots from the 48 lots | Approved with Conditio | 9/24/2002 |
| SD-96-10p | NIWOT MEADOW FARM PUD (Lacey Proper | Preliminary Plan for a Planned Unit Development consisting of twenty-seven lots on 42.09 acres. | Approved with Conditio | 6/5/1998 |
| SD-96-10 | NIWOT MEADOW FARM TDR/PUD (Lacey Pr | Combined Sketch Plan / Preliminary Plan / Final Plat and Site Specific Development Plan for a TDR/PUD consisting of twenty-seven lots on 42.09 acres. | Approved with Conditio | 9/10/1998 |
| LU-01-06 | NIWOT SANITATION DISTRICT LU | Limited Impact Special Use for grading involving the movement of more than 500 cu. yds. of material for a remediation project at the waste water treatment plant. | Approved with Conditions | 5/22/2001 |
| SU-96-03 | NIWOT SANITATION DISTRICT SU | Special Use Review and Site Specific Development Plan for a Public or Quasi-public Facility to include 1440+ sq. ft. Operations / Administration Building with an attached 864+ sq. ft. storage garage | Approved with Conditions | 5/2/1996 |
| SE-94-45 | OUTCALT / COUNTY OPEN SPACE CFLS | Final Subdivision Exemption for a Community Facility lot split creating 3-acre and 35-acre parcels from a 38-acre parcel | Approved | 12/13/1994 |
| EP-04-008 | PANORAMA PARK (Chinatalapally) | An Exemption Plat to create two outlots on Lot 4 in the Panorama Park Subdivision. | Approved with Conditio | 11/30/2004 |
| SPR-01-073 | PATTERSON Residence | Site Plan Review for the construction of a 4,362 sq. ft. residence (Above Grade = 4,362 sq. ft./Finished Floor Area = 3,117 sq. ft./Unfinished Floor Area = 1,245 sq. ft.) | Approved with Conditions | 7/10/2001 |
| SPR-99-179 | PEASE Residence/Garage | Site Plan Review for the construction of a 8,891 sq. ft. residence (Above Grade 6,023 sq. ft./Below Grade 1,868 sq. ft./Finished Floor Area  /Unfinished Floor Area sq. ft.) and a 976 sq. ft. garage (Above Grade 976 sq. ft./Unfinished Floor Area 976 sq. | Approved with Conditions | 10/9/1999 |
| SPR-95-052 | PORREY Residence | Site Plan Review for construction of a 3745 sq. ft. single family residence | Approved with Conditions | 6/23/1995 |
| SI-06-001 | PSCO OF COLORADO (Foothills Compres | An Areas and Activities of State Interest (1041) Review for a compressor station and attendant facilities. The review is of three alternative locations, with only one site to be chosen. | Approved with Conditions | 6/8/2006 |
| RE-96-06 | QUIET RETREAT NUPUD Replat A | "See Docket SD-96-02 for more info." | Approved with Conditio | 3/6/1997 |
| SD-96-02 | QUIET RETREAT NUPUD Replat A | Combined Sketch Plan / Preliminary Plan / Final Plat for a TDR/PUD to allow 4 lots on the 7.2 acre Outlot B, and a Replat for Outlot B to be a Receiving Site. | Approved with Conditio | 3/6/1997 |
| SD-99-05 | RANCH AT CLOVER BASIN Replat B | Final Plat / Site Specific Development Plan for a receiving site for a proposed Transferable Development Right (TDR) / Planned Unit Development (PUD) subdivision consisting of 53 lots on 108 acres. | Approved with Conditio | 5/16/2000 |

| SD-99-05p | RANCH AT CLOVER BASIN Replat 5 | Preliminary Plan for a receiving site for a proposed Transferable Development Right (TDR) / Planned Unit Development (PUD) subdivision consisting of 53 lots on 107+ acres. | Approved with Conditio | 11/16/1999 |
|---|---|---|---|---|
| SD-98-08 | RANCH AT CLOVER BASIN Replat 9 TDR/ | Sketch Plan for a receiving site for a proposed Transferable Development Right (TDR) / Planned Unit Development Plan (PUD) subdivision consisting of 53 lots on 107+ acres. | Approved with Conditio | 3/9/1999 |
| SU-94-22a | REDMOND / NEIGHBOR Pit | Special Use and Site Specific Development Plan for gravel mining on three parcels (Neighbors/Redmond, Fredstrom, Hygiene pits), and a Sketch Plan for a NCNUPUD to plat lots on the Fredstrom parcel and 18 lots on the Neighbors parcel. | Approved with Conditions | 6/22/1995 |
| EP-96-04 | REDROCK NUPUD | Exemption Plat to adjust the boundaries of Lot 7, adjust the allowed building height, and adjust the platted right-of-way for Vermillion Road. | Approved with Conditio | 6/26/1996 |
| SD-94-17 | REDROCK NUPUD PP/FP/SSDP | Preliminary Plan / Final Plat and Site Specific Development Plan, and Sketch Plan Amendment for an NUPUD of six (6) new lots and one (1) homestead on 163.9 acres | Approved with Conditio | 1/11/1996 |
| SD-94-17s | REDROCK/MITCHELL NUPUD SP | Sketch Plan for NUPUD of 6 lots including 1 homestead, on 125 acres. | Approved with Conditio | 2/16/1995 |
| SPR-00-056 | ROBERTS Residence | Site Plan Review for the construction of a 8,350 square foot residence. (Above Grade: 4,450 Sq. Ft./Below Grade=1,900 Sq. Ft./Finished Floor Area=5,890 Sq. Ft./Unfinished Floor Area=460 Sq. Ft.) | Approved | 9/2/2000 |
| HP-98-02 | ROCK CREEK FARM COMPLEX (CAROLYN HO | Historic landmark designation of the parcel as a cultural landscape. | Approved with Conditions | 5/18/1998 |
| LU-96-14 | ROCK CREEK FARM Waterfowl Habitat P | Limited Impact Special Use Review for grading in excess of 500 cu. yds. of material to create three duck brooding ponds with ancillary wetlands. | Approved with Conditions | 12/17/1996 |
| SU-97-12 | ROCKY MOUNTAIN CHRISTIAN CHURCH SU | Special Use Review and Site Specific Development Plan to recognize the existing church, expand the worship center capacity, add a private school (Kindergarten through Eighth Grade) for up to 400 students, and additions/modifications to the existing struc: | Approved with Conditions | 1/22/1998 |
| SU-04-006 | ROCKY MOUNTAIN CHRISTIAN CHURCH | Amendment to Docket SU-97-12 to provide for a 152,200 sq ft. addition (classrooms, gymnasium, chapel, church), including a balcony to provide for a total seating capacity of 2,400 and a request to increase the student population (Elementary and Middle School) from 380 to 640. (See also 94-034, SU-93-013, SU-97-012, and SU-02-06) | Approved with Conditions | 1/17/2006 |
| SE-94-043 | RUSSELL / ANDERSON / COUNTY OPEN SP | Subdivision Exemption for a Community Facility lot split to create two parcels at 6 and 12.14 acres. | Approved with Conditions | 12/13/1994 |
| LU-01-06 | RUSSELL/FALLON LU | Limited Impact Special Review for a temporary fireworks stand. | Approved with Conditions | 6/19/2001 |
| LU-99-23 | SABOTT | Limited Impact Review for a 1,927 cubic yards of earthwork and the construction of a 11,703 sq ft. house (7,973 sq. ft. Finished Floor Area / 7,898 sq. ft. Above Grade) | Approved with Conditions | 1/6/2000 |
| SU-95-23 | SACRED HEART OF MARY PARISH & ABBEY | Special Use Review for an expansion to a church with an occupant load greater than 100 persons per lot, a Private Educational Facility; an Accessory Dwelling; and a Subdivision Exemption for a Community Facility Lot Split | Approved with Conditions | 6/20/1996 |
| SD-94-26 | SATTLER NUPUD PP/FP/SSDP | Preliminary Plan / Final Plat and Site Specific Development Plan for an NUPUD of four (4) lots on 73+ acres | Approved with Conditio | 1/16/1996 |

| SD-94-20s | SATTLER NUPUD SP | Sketch Plan for an NUPUD of 4 lots on 73 (+) acres. | Approved with Conditio | 2/16/1995 |
|---|---|---|---|---|
| SPR-04-240 | SAWYER Residence | Site Plan Review for construction of a 5208 ssq. ft. single-family residence. | Approved with Conditions | 10/27/1994 |
| SD-94-25 | SCHELL NUPUD | Preliminary Plan / Final Plat and Site Specific Development Plan for an NUPUD of four (4) lots on 73+ acres | Approved with Conditio | 1/17/1995 |
| HP-00-01 | SHANNON FARM | Landmark designation of HOUSE, BARN W/ SILO AND MILKHOUSE | Approved with Conditions | 3/14/2000 |
| SD-95-04 | SHEDD NUPUD PP/FP | Preliminary Plan / Final Plat and Site Specific Development Plan for an NUPUD of two lots, with two existing residences, on 40 acres. | Approved with Conditio | 12/12/1996 |
| SD-95-04sp | SHEDD NUPUD SP | Sketch Plan for an NUPUD of 2 lots, with 2 existing residences, on 40 acres | Approved with Conditio | 6/9/1995 |
| RE-96-03 | SHEPHERD VALLEY WALDROFF School & G | Special Use Review / Site Specific Development Plan and Replat of Lot 1, Block 1 and Outlot C Boulder Tech Center Replat B, for a private educational facility with a total enrollment of 315 | Approved with Conditio | 6/25/1996 |
| LU-96-17 | SIEGELMEINTS LU | Limited Impact Special Review for the relocation and expansion of berms totaling 2,920 cu. yds. of grading and construction of a 8,242 sq. ft. house. | Approved with Conditions | 12/10/1996 |
| LU-01-15 | SMITH LU | Limited Impact Special Use approval of the placement of a seasonal Christmas tree sales lot and temporary sales office (Above Grade 300 sq. ft. / Finished Floor Area 300 sq. ft.), approximately 30 trips per day with 30 parking spaces. | Approved with Conditions | 10/4/2001 |
| SPR-99-106 | SNYDER Residence/Barn/Shed | Site Plan Review for the construction of a 4,747 sq. ft. residence (Above Grade 3,198 sq. ft. / Below Grade = 954 sq. ft. / Finished Floor Area = 1,711 sq. ft. / Unfinished Floor Area = 2,436 sq. ft.), a 1,200 sq. ft. barn (Above Grade = 1,200 sq. ft. / | Approved with Conditions | 6/24/1999 |
| SPR-95-244 | SOUTHWELL Building Envelope | Site Plan Review for a building envelope | Approved with Conditions | 1/30/1996 |
| SPR-97-065 | SPENCER Residence | Site Plan Review for the construction of a 5,556 Sq. Ft. Single Family Residence, a 2,069 Sq. Ft. Garage and a 432 Sq. Ft. Stable | Approved with Conditions | 1/20/1998 |
| SPR-01-117 | SPENCER Residence, Pool House, & Ga | Site Plan Review for the construction of a 14,831 sq. ft. Residence, (Above Grade = 12,096 sq. ft./Below Grade = 2,735 sq. ft./Finished Floor Area = 13,444 sq. ft./Unfinished Floor Area = 1,387 sq. ft.); Pool House (Above Grade = 4,425 sq. ft./Finished F | Approved with Conditions | 12/5/2001 |
| SU-97-10 | ST LUKE ORTHODOX CHRISTIAN CHURCH S | Special Use Review & Site Specific Development Plan to recognize an existing church and a proposal for a two-phase expansion | Approved with Conditions | 2/12/1998 |
| HP-97-09 | STROH-DICKENS Barn | | Approved with Conditions | 1/27/1998 |
| HP-02-06 | SWANSON FARMHOUSE | Landmark designation | Approved with Conditions | 8/27/2002 |
| SE-01-35 | SWANSON HOUSE CFLS | Subdivision Exemption for a Community Facility Lot Split for the creation of 1-acre lot to be divided from an Open Space purchase. | Approved with Conditions | 11/29/2001 |
| RE-97-03s | THE FARM IN BLDR VALLEY Replat D | Sketch Plan for a Replat of Block 4 and Outlot J of The Farm in Boulder Valley NUPUD, into 10 lots and two outlots. | Approved with Conditions | 4/14/1998 |
| RE-97-03s | THE FARM IN BLDR VALLEY Replat D | Sketch Plan for a Replat of Block 4 and Outlot J of The Farm in Boulder Valley NUPUD, into 10 lots and two outlots. | Approved with Conditio | 4/14/1998 |
| HP-05-01 | THRONDSON FARM | Landmark designation | Approved with Conditions | 2/15/2005 |
| LU-97-15 | TIEFEL Limited Impact Special Use R | A Limited Impact Special Use Review to recognize the construction of a landscape berm requiring more than 600 cubic yards of earth. | Approved with Conditions | 8/30/1997 |

Case No. 1:06-cv-00554-REB-BNB Document 126-22 filed 07/25/07 USDC Colorado pg 18 of 23

| SPR-95-098 | TIEFEL Residence | Site Plan Review for construction of a 6640 sq. ft. single family residence | Approved with Conditions | 8/8/1995 |
|---|---|---|---|---|
| SE-98-19 | TIEFEL/DAWSON | Subdivision Exemption to locate eleven building lots; Limited Impact Special Use Review for grading in excess of 500 cubic yards, and Site Plan Review for building envelopes and building design standards. | Approved with Conditions | 9/29/1998 |
| SI-04-003 | TOWN OF ERIE Raw Water Supply Proj | Activities of State Interest Review for the Town of Erie proposed 36-inch raw water pipeline extending from the Boulder Creek Supply Canal (south of Boulder Reservoir) to Prince Lake #1 in Erie. The proposal also includes a Subdivision Exemption for a C | Approved with Conditions | 9/2/2004 |
| SU-99-08 | TWIN PEAKS CHURCH OF CHRIST | Special Use Review / Site Specific Development Plan for a church. | Approved with Conditions | 9/30/1999 |
| HP-02-01 | UNITED METHODIST CHURCH OF HYGIENE | Landmark designation | Approved with Conditions | 3/14/2002 |
| LU-96-07 | WARD FARM LU | Limited Impact Special Review for grading in excess of 500 cubic yards for a proposed driveway to provide access to a 21,517 sq. ft. residence, 2,526 sq.ft. auxiliary building and future 2,000 sq. ft. barn. | Approved with Conditions | 9/24/1996 |
| LU-02-16 | WELCH LU | Approval to replace an existing agricultural manufactured home (784 sq. ft.) with a new manufactured home (+/- 1,500 sq. ft.) on an existing equestrian facility (EQ-99-01: Full Moon Farm) in accordance with Articles 4-502 and 4-616 of the Boulder County L | Approved with Conditions | 1/18/2000 |
| SU-97-16 | WEST WIND RANCH, LLC SU/SSPD | Special Use Review / Site Specific Development Plan for a replacement accessory dwelling, and a replacement hay barn, where the subject property currently has a total floor area greater than 25,000 square feet. | Approved with Conditions | 5/5/1998 |
| SD-01-02 | WESTVIEW ACRES TDR/PUD (Mulick) PP | Preliminary Plan / Final Plat / Site Specific Development Plan for a Transferable Development Right (TDR) / Planned Unit Development (PUD) subdivision consisting of three lots on 3.1 acres. | Approved with Conditio | 6/11/2002 |
| SPR-99-144 | WETZLER Residence & Barn | Site Plan Review for the construction of a 8,980 sq. ft. residence. (Above Grade 6,460 sq. ft. / Below Grade = 500 sq. ft. / Finished Floor Area = 5,035 sq. ft. / Unfinished Floor Area = 3,925 sq. ft.) and a 15,600 sq. ft. barn (Above Grade = 15,600 sq. | Approved with Conditions | 4/11/2000 |
| SPR-00-050 | WETZLER Residence/Barn | Site Plan Review for the construction of a 2,975 sq. ft. residence (Above Grade 2,975 sq. ft. / Finished Floor Area 2,126 sq. ft. / Unfinished Floor Area 768 sq. ft.) and a 12,000 sq. ft. barn (Above Grade 12,000 sq. ft. / Unfinished Floor Area 12,000 sq | Approved with Conditions | 4/27/2000 |
| EP-01-005 | WHITE HAWK RANCH 2nd Filing | An Exemption Plat to change the designation of Outlot C from "reserved for future right-of-way" to "reserved for pedestrian, bicycle and emergency access". | Approved with Conditio | 9/18/2001 |
| RE-99-01 | WHITE HAWK RANCH 2ND FILING | Replat of Tracts 5 and 10 of the White Hawk Ranch TDR/PUD into nine lots. | Approved with Conditio | 9/16/1999 |
| EP-02-005 | WHITE HAWK RANCH 3rd Filing Replat | Exemption Plat to adjust the lot line between two lots so that the McGinn Ditch becomes the new lot line. | Approved with Conditio | 5/21/2002 |
| RE-02-02 | WHITE HAWK RANCH 4th Filing | Replat of Tract 3A of White Hawk Ranch Third Filing, consisting of ten lots ranging in size from 0.88 acres to 2.16-acres. | Approved with Conditio | 8/11/2002 |
| SD-96-08 | WHITE HAWK RANCH TDR/PUD FP | Final Plat Review for a TDR/PUD to allow 25 lots in the First Phase (56 lots total) on 110 acres. | Approved with Conditio | 4/28/1996 |
| SD-96-08a | WHITE HAWK RANCH TDR/PUD SP | Sketch Plan Review for a TDR/PUD to allow 62 lots on 110 acres. | Approved with Conditio | 2/6/1997 |

Interrogatory No. 1

| SO-83-005 | WILDFLOWER RANCH NUPUD Appeal | Request for approval of the completion of the exterior construction of 1583 South Cherryvale Road, Lot 2, in contradiction to the condition of the 1983 approval of Wildflower Ranch NUPUD requiring a cessation of exterior construction between November 15 and April 1. The request is for the Board of County Commissioners to find the work would not be a significant change to this condition of the subdivision approval granted in 1983 | Approved with Conditio | 12/3/2002 |
| SE-86-10 | WILLE TRUST/L. DEWIRE BLA | Subdivision Exemption for Boundary Line Adjustment to adjust the boundaries between two parcels | Approved with Conditions | 5/4/1986 |
| LU-00-08 | WILLOW BROOK FARMS | Limited Impact Special Review for a use which has a total floor area greater than 25,000 square feet. | Approved with Conditions | 8/1/2000 |
| SO-03-00 | WILLOW RANCH TDR/PUD Sketch Plan | Sketch Plan Review for a Transferred Development Right (TDR) / Planned Unit Development (PUD) for a receiving site consisting of a total of five (5) lots on approximately 36 acres. | Approved with Conditions | 9/14/2004 |
| EP-99-03 | WOODLAND VILLAGE NUPUD | Exemption Plat to review the building envelope and a Site Plan Review for a 1,243 sq. ft. accessory building. (Above Grade = 1,243 sq. ft. / Finished Floor Area = 1,243 sq. ft.) | Approved with Conditio | 4/13/1999 |

Case No. 1:06-cv-00554-REB-BNB   Document 126-22   filed 07/25/07   USDC Colorado   pg 20 of 23

| DOCKET | TITLE | DESCRIPTION | BOCC ACTION | DATE |
|---|---|---|---|---|
| SU-99-13 | ACL LEARNING CENTER | Educational Facility proposed by the Association of Community Living (ACL) to provide classes for adults with developmental disabilities. | Approved with Conditions | 4/6/2000 |
| SE-95-001 | ALEX LABER / COUNTY OPEN SPACE CF | Subdivision Exemption for a Community Facility Lot Split to divide a 150-acre parcel into four parcels of 120, 28, 1, and 1 acres. | Approved | 2/9/1995 |
| SU-03-09 | BOULDER JEWISH DAY SCHOOL SU/SSD | Amendment to an existing Special Use Review (Docket SU-90-07 Children's World; Docket 591-SR Amendment -1, Children's World Early Learning Center; and Docket 591, Raggedy Ann Preschool) and Site Specific Development Plan which allowed up to 110 children | Approved with Conditions | 12/18/2003 |
| SE-94-49 | BOULDER VALLEY LAND & CATTLE / COU | Final Subdivision Exemption for Community Facility lot split creating two parcels of 28 acres and 5 acres from a 33-acre parcel. | Approved | 5/25/1995 |
| SPR-98-141 | BROWN #3 Residence/Addition/Garage | Site Plan Review for the construction of a 5,900 sq. ft. residence (Above Grade 5,900 sq. ft. / Finished Floor Area = 5,900 sq. ft.); an addition to the studio (Existing Floor Area = 1,534 sq. ft. / Proposed Finished Floor Area = 1,000 sq. ft.) ft.); and | Approved with Conditions | 9/18/1998 |
| LU-00-09 | CITO TRUST LU | Limited Impact Special Review for placement of a 1,798 sq. ft. accessory dwelling with an attached garage. | Approved with Conditions | 5/30/2000 |
| SE-94-50 | FREEDMAN / MOCH / COUNTY OPEN SPA | Final Subdivision Exemption for Community Facility Lot Split creating two parcels of 32 and 1.77 acres from a 33.77-acre parcel. | Approved | 1/17/1995 |
| V-05-011 | GUNBARREL ESTATES (Anderson/Donova | Approval to vacate the easement along the North property boundary for Lot 36, Block 8 of Gunbarrel Estates. | Approved with Conditions | 12/6/2005 |
| SPR-01-041 | KEENER Residence | Site Plan Review for the construction of a 7,194 sq. ft. (Above Grade 4,128 sq. ft. / Below Grade 3,068 sq. ft. / Finished Floor Area 5,810 sq. ft. / Unfinished Floor Area 1,384 sq. ft.) | Approved with Conditions | 5/29/2001 |
| EP-98-08 | KING NUPUD Exemption Plat | Exemption Plat to combine two lots into one lot, and to amend the house size restriction on the remaining two lots. | Approved with Conditions | 9/3/1998 |
| EP-00-002 | LEGEND RIDGE Filing 2-5 | (aka Niwot Ridge) Exemption Plat process to complete the platting of the subdivision in four remaining phases; with Phase 2 to be platted in 2000, Phase 3 to be platted in 2001, and Phases 4 & 5 to be platted in 2002. | Approved with Conditions | 5/16/2000 |
| EP-03-001 | LEGEND RIDGE Filing 3-5 (Niwot Ridg | Exemption Plat process to complete the platting of the subdivision in three remaining filings (21 lots). | Approved with Conditions | 4/8/2003 |
| SD-92-23 | MOUNTAIN VIEW ESTATES NUPUD | Final Plat and Site Specific Development Plan for a NUPUD of 7 lots including 1 homestead, on 121 acres. | Approved with Conditions | 10/9/1993 |

Case No. 1:06-cv-00554-REB-BNB    Document 126-22    filed 07/25/07    USDC Colorado    pg 21 of 23

| SD-99-02s | NIWOT HILLS SUBDIVISION | Sketch Plan for a Transferred Development Right Planned Unit Development of 55 lots on a 180+/- acre parcel | Approved with Conditions | 9/7/1999 |
|---|---|---|---|---|
| SD-99-02p | NIWOT HILLS SUBDIVISION TDR/PUD PP | Preliminary Plan for a Transferred Development Right / Planned Unit Development for Phase I which contains 17 lots from the 46 lots approved by Sketch Plan. | Approved with Conditions | 4/25/2000 |
| SD-99-02 | NIWOT HILLS TDR/PUD FP | Final Plat for a Transferred Development Right / Planned Unit Development for Phase I which contains 19 lots from the 46 lots | Approved with Conditions | 9/24/2002 |
| SD-95-10p | NIWOT MEADOW FARM PUD (Lacey Prop) | Preliminary Plan for a Planned Unit Development consisting of twenty-seven lots on 42.09 acres. | Approved with Conditions | 5/5/1998 |
| SD-95-10 | NIWOT MEADOW FARM TDR/PUD (Lacey) | Combined Sketch Plan / Preliminary Plan / Final Plat and Site Specific Development Plan for a TDR/PUD consisting of twenty-seven lots on 42.09 acres. | Approved with Conditions | 9/10/1998 |
| LU-01-05 | NIWOT SANITATION DISTRICT LU | Limited Impact Special Use for grading involving the movement of more than 500 cu. yds. of material for a remediation project at the waste water treatment plant. | Approved with Conditions | 5/22/2001 |
| SU-96-03 | NIWOT SANITATION DISTRICT SU | Special Use Review and Site Specific Development Plan for a Public or Quasi-public Facility to include 1440+ sq. ft. Operations / Administration Building with an attached 864+ sq. ft. storage garage | Approved with Conditions | 5/2/1996 |
| SE-94-45 | OUTCALT / COUNTY OPEN SPACE CFLS | Final Subdivision Exemption for a Community Facility lot split creating 3-acre and 35-acre parcels from a 38-acre parcel. | Approved | 12/13/1994 |
| SU-95-16 | PRAIRIE EXECUTIVE PARK SU | Special Use Review / Site Specific Development Plan for the development of a 28,536 sq. ft. office park on 6.55 acres | Approved with Conditions | 4/4/1996 |
| SD-94-11s | QUIET RETREAT NUPUD SP | Redo of Tiefel's White Rock @ Niwot - on hold since 3-94. | Approved with Conditions | |
| SD-94-11 | QUIET RETREAT NUPUD PP/FP | Preliminary Plan / Final Plat / Site Specific Development Plan, for NUPUD of 7 lots, including 1 homestead & 2 outlots, on 105.7 acres. | Approved | |
| SD-96-02 | QUIET RETREAT NUPUD Replat A | Combined Sketch Plan / Preliminary Plan / Final Plat for a TDR/PUD to allow 4 lots on the 7.2 acre Outlot B, and a Replat for Outlot B to be a Receiving Site. | Approved with Conditions | 3/6/1997 |
| RE-96-06 | QUIET RETREAT NUPUD Replat A | **See Docket SD-96-02 for more info.** | Approved with Conditions | 3/6/1997 |
| SU-97-12 | ROCKY MOUNTAIN CHRISTIAN CHURCH | Special Use Review and Site Specific Development Plan to recognize the existing church, expand the worship center capacity, add a private school (Kindergarten through Eighth Grade) for up to 400 students, and additions/modifications to the existing struc | Approved with Conditions | 1/22/1998 |

Case No. 1:06-cv-00554-REB-BNB   Document 126-22   filed 07/25/07   USDC Colorado   pg 22 of 23

| SU-04-008 | ROCKY MOUNTAIN CHRISTIAN CHURCH | Amendment to Docket SU-97-12 to provide for a 152,200 sq. ft. addition (classrooms, gymnasium, chapel, church), including a balcony to provide for a total seating capacity of 2,400 and a request to increase the student population (Elementary and Middle School) from 380 to 540. (See also 84-034, SU-93-013, SU-97-012, and SU-02-08) | Approved with Conditions | 1/17/2006 |
|---|---|---|---|---|
| SU-95-17 | SHEPHERD VALLEY WALDORF School & | Special Use Review / Site Specific Development Plan and Replat of Lot 1, Block 4 and Outlot C Boulder Tech Center Replat B, for a private educational facility with a total enrollment of 315 | Approved with Conditions | 6/25/1996 |
| SPR-01-117 | SPENCER Residence, Pool House, & Ga | Site Plan Review for the construction of a 14,831 sq. ft. Residence, (Above Grade = 12,096 sq. ft./Below Grade = 2,735 sq. ft./Finished Floor Area = 13,444 sq. ft./Unfinished Floor Area = 1,387 sq. ft.); Pool House (Above Grade = 4,425 sq .ft./Finished F | Approved with Conditions | 12/6/2001 |
| SU-96-01 | VINEYARD CHRISTIAN FELLOWSHIP SU | Special Use Review and Site Specific Development Plan for a Telecommunications Facility (with structure exceeding the height limitation of the zoning district); and recognition of existing church facility with an occupant load greater than 100 persons. | Approved with Conditions | 5/14/1996 |
| SPR-01-009 | ZINGLER Residence | Site Plan Review for the construction of a 6,865 sq. ft. residence. (Above Grade = 6,865 sq. ft./Finished Floor Area = 6,865 sq. ft.) | Approved with Conditions | 3/15/2001 |
| V-99-09 | NIWOT MEADOW FARM Replat A | Replat of Lots 1, 2, 3, 27 & Outlot A creating separate outlots for the areas subject to overlapping deeds from adjacent properties; and a vacation of drainage easements over these strips of land. | | 11/9/1999 |
| RE-99-03 | NIWOT MEADOW FARM Replat A | Replat of Lots 1, 2, 3, 27 & Outlot A creating separate outlots for the areas subject to overlapping deeds from adjacent properties; and a vacation of drainage easements over these strips of land. | | 11/9/1999 |

Case No. 1:06-cv-00554-REB-BNB    Document 126-22    filed 07/25/07    USDC Colorado    pg 23 of 23

| DOCKET | TITLE | DESCRIPTION | BOCC ACTION | DATE |
|---|---|---|---|---|
| SU-88-10 | ALEXANDER DAWSON SCHOOL | Approval of Special Use and Site Specific Development School for a private school, water storage tank and distribution sytem and heli-pad | Approved with Conditions | 10/4/1988 |
| SU-88-10 | ALEXANDER DAWSON SCHOOL | Approval of Special Use and Site Specific Development School for a private school, water storage tank and distribution sytem and heli-pad | Approved with Conditions | 9/24/1991 |
| SU-95-12 | ALEXANDER DAWSON SCHOOL SU | Special Use Review / Site Specific Development Plan to amend Docket SU-88-10 and review future development and renovations. | Approved with Conditions | 2/15/1996 |
| SU-96-01 | VINEYARD CHRISTIAN FELLOWSHIP SU | Special Use Review and Site Specific Development Plan for a Telecommunications Facility (with structure exceeding the height limitation of the zoning district), and recognition of existing church facility with an occupant load greater than 100 persons | Approved with Conditions | 5/14/1996 |
| SU-93-17 | SHEPHERD VALLEY WALDORF School & O | Special Use Review / Site Specific Development Plan and Replat of Lot 1, Block 4 and Outlot C Boulder Tech Center Replat 8, for a private educational facility with a total enrollment of 315 | Approved with Conditions | 8/25/1996 |
| SU-96-12 | MOUNTAIN STATES CHILDREN'S HOME SU | Amendment to Special Use Docket SU-89-9, for a new administration building, new residence, and remodeling of existing buildings. | Approved with Conditions | 10/1/1996 |
| SU-96-16 | MENTAL HEALTH CENTER OF BOULDER COU | Special Use Review to amend Special Use Docket SU-80-06 to allow a State-Licensed Group Care Home for up to nine girls (eight regular basis and one short term for emergency placement), where seven are currently allowed | Approved with Conditions | 10/10/1996 |
| SU-87-02 | ALEXANDER DAWSON SCHOOL | Special Use Review / Site Specific Development Plan to amend Docket SU-95-12 | Approved with Conditions | 6/5/1997 |
| SU-97-05 | BOULDER FIRST CHURCH OF NAZARENE SU | Special Use Review / Site Specific Development Plan for a daycare center (which operates at night) for an over-flow activity from the Boulder Shelter for the Homeless; and to recognize the existing church. | Approved with Conditions | 7/8/1997 |
| SU-97-12 | ROCKY MOUNTAIN CHRISTIAN CHURCH SU | Special Use Review and Site Specific Development Plan to recognize the existing church, expand the worship center capacity, add a private school (Kindergarten through Eighth Grade) for up to 400 students, and additions/modifications to the existing struc | Approved with Conditions | 1/22/1998 |
| SU-04-00 | ROCKY MOUNTAIN CHRISTIAN CHURCH | Amendment to Docket SU-97-12 to provide for a 152,200 sq ft. addition (classrooms, gymnasium, chapel, church), including a balcony to provide for a total seating capacity of 2,400 and a request to increase the student population (Elementary and Middle School) from 360 to 540. (See also 84-004, SU-93-013, SU-97-012, and SU-02-08) | Approved with Conditions | 1/17/2006 |
| SU-97-10 | ST LUKE ORTHODOX CHRISTIAN CHURCH S | Special Use Review & Site Specific Development Plan to recognize an existing church and a proposal for a two phase expansion | Approved with Conditions | 2/12/1998 |
| SU-98-14 | BOULDER COUNTY CHURCH OF CHRIST | Special Use Review & Site Specific Development Plan to recognize an existing 3,925 sq. ft. church facility, and a proposal for a 1,690 sq. ft. addition | Approved with Conditions | 8/5/1999 |
| SU-99-04 | TWIN PEAKS CHURCH OF CHRIST | Special Use Review / Site Specific Development Plan for a church | Approved with Conditions | 9/30/1999 |
| SU-99-08 | GREEN ACRES PRESCHOOL SU/SSDP | Special Use Review/Site Specific Development Plan to amend Docket SU-95-08 to allow a daycare center with a maximum of 60 children where a maximum of 30 children currently is allowed. | Approved with Conditions | 3/22/2000 |
| SU-99-13 | ACL LEARNING CENTER | Educational Facility proposed by the Association of Community Living (ACL) to provide classes for adults with developmental disabilities | Approved with Conditions | 4/6/2000 |
| SU-01-08 | FAITH COMMUNITY LUTHERAN CHURCH SU | Special Use Review / Site Specific Development Plan to expand an existing church facility (with an occupant load greater than 100 persons and traffic volumes in excess of 150 average daily trips) | Approved with Conditions | 8/28/2001 |