# EXHIBIT 23



00001

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 05-CV-00554-REB-BNB

DEPOSITION OF GRAHAM BILLINGSLEY
EXAMINATION DATE: FEBRUARY 27, 2007

ROCKY MOUNTAIN CHRISTIAN CHURCH, a Colorado nonprofit corporation,
ALAN AHLGRIM, Lead Pastor,
DONALD BONDESON, Discipleship Pastor,
BARB EVANS, Director of Women's Ministry, and
DAVID PAGE, Elder,

Plaintiffs,

and

UNITED STATES OF AMERICA, Intervenor,

Intervenor Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY, COLORADO,

Defendant.

PURSUANT TO NOTICE, the deposition of GRAHAM BILLINGSLEY was taken at 9:05 a.m. on February 27, 2007, at 950 Seventeenth Street, Suite 1600, Denver, Colorado, before Nathan Stormo, Registered Professional Reporter and Notary Public in and for the State of Colorado, said deposition being taken pursuant to the Federal Rules of Civil Procedure.

Nathan Stormo
Registered Professional Reporter

**Billingsley, Graham 2-27-07**                    **Page 1**

00031

A    That's correct.

Q    It was most recently amended in 1999; is that correct?

A    I believe 1999 is correct.

Q    And you don't have to -- I think it states so in the introduction, so if you want to refer to the plan, that's fine. I'm not trying to trick you.

A    No, I didn't think you were trying to trick me, but the time frame seems correct.

Yes, 1999.

Q    Was that a fairly comprehensive amendment, or can you tell me the nature of that amendment?

A    It was not particularly comprehensive. We have never done what I would term a comprehensive revision of the comprehensive plan. We've been quite satisfied with it.

Q    During your tenure as the director of the planning department, how often has the plan been amended?

A    Other than in 1999, we also amended it in 1993. It seems like we did some clean-up in some area one other time, but it's not coming to mind. So two times that I can recall.

Q    In connection with any of those amendments during your tenure, has the County done any

00032

investigation of the religious attendance or attendance at religious or other -- church or other type of religious institutions?

MR. HUGHES: Objection; no foundation.

A  No.

Q  (By Mr. Macdonald)  Okay.  Has the County made any effort to determine whether the plan provides reasonable opportunities for religious institutions within its jurisdictional limits?

MR. HUGHES: Objection; no foundation.

A  Not specifically.

Q  (By Mr. Macdonald)  When you say "not specifically," did it generally do so?

MR. HUGHES: Objection; foundation.

A  The plan lays out reasonable goals and policies to get to the sort of place that we want to be and that we think we are in.  Generally what it does is it allows the preservation and conservation of the environment the unincorporated part of the county covers, and encourages urban levels of uses to occur, the annexation from cities.  We didn't break those down by category, but in general, looked at what the service needs are and at -- and the plan talks to desiring more intensive uses to serve the public that did not occur out in the unincorporated parts of the county.

00115

can't recall. I think she left in '95 or '96.

Q   Okay. And when she left, at what point -- what was her job title?

A   She was the manager of current planning. That was under the old structure, so she was a direct report to me.

Q   And how was her performance when she worked with you?

A   Very good. I promoted her a couple of times.

Q   And she left voluntarily?

A   I would hope so. Yes.

(Deposition Exhibit 65 was marked.)

Q   (By Mr. Macdonald) I'm going to jump back to the Alexander Dawson school. Exhibit 65 is a document produced by Boulder County. It is a map of the eastern part of Boulder County showing the location of the Alexander Dawson School; is that correct?

A   That's correct.

Q   How far is Rocky Mountain Christian Church from the Alexander Dawson School?

A   Well --

Q   Approximately.

A   Well, these are sections. About a mile and a half; a mile as the crow flies.

Q   And how would you compare the land uses around

00116

the two facilities?

A   They are somewhat similar.  There is a subdivision next to the Alexander Dawson -- there are two subdivisions next to Alexander Dawson School now; Granja Este, and then a foundation subdivision that was created just to the south of it.

There's open space around Alexander Dawson School, and there wasn't -- and there's open space land in proximity to Rocky Mountain Christian Church. There's a major arterial next to the Rocky Mountain Christian Church, and there's a state highway -- a U.S. highway adjacent to Alexander Dawson -- well, that's where they access the school, is on a larger piece of property.

Q   Which school are we --

A   The Alexander Dawson School is a little bit larger piece of property, and it's set back from the highway.

Q   Okay.  I'm sorry, what did we mark that exhibit?

A   It's 65.

Q   Thank you.

MR. MACDONALD:  This is off the record.

(Discussion off the record.)

(Deposition Exhibit 66 was marked.)

**Billingsley, Graham 2-27-07**                    **Page 116**