# EXHIBIT 24

00001

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 05-CV-00554-REB-BNB

DEPOSITION OF RONALD K. STEWART
EXAMINATION DATE:  MAY 15, 2007

ROCKY MOUNTAIN CHRISTIAN CHURCH, a Colorado nonprofit corporation,
ALAN AHLGRIM, Lead Pastor,
DONALD BONDESON, Discipleship Pastor,
BARB EVANS, Director of Women's Ministry, and
DAVID PAGE, Elder,

Plaintiffs,

and

UNITED STATES OF AMERICA, Intervenor,

Intervenor Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY, COLORADO,

Defendant.

PURSUANT TO NOTICE, the deposition of RONALD K. STEWART was taken at 9:10 a.m. on May 15, 2007, at 950 Seventeenth Street, Suite 1600, Denver, Colorado, before Nathan Stormo, Registered Professional Reporter and Notary Public in and for the State of Colorado, said deposition being taken pursuant to the Federal Rules of Civil Procedure.

Nathan Stormo
Registered Professional Reporter

00022

it's the policy to preserve all of those categories of land.  Are there other provisions of either the comprehensive plan or the Boulder County Land Use Code that you're aware of that make a distinction between the different categories?

MR. HUGHES:  Object to the form of the question; assumes facts not in evidence, compound question.

A    I don't know.

Q    (By Mr. Macdonald)  Are you familiar with the Alexander Dawson School?

A    I am.

Q    Were you involved in the County's purchase of approximately 689 acres from the Alexander Dawson Foundation?

A    I was.

Q    Exhibit 55 is a copy of the option to purchase and lease entered into between the County and the Alexander Dawson Foundation; is that correct?

A    That's what it says it is.

Q    Okay.  The County ultimately purchased all of the land that's described in the option; is that right?

A    I haven't actually looked through the option, but that's what it says it is, so --

Q    And do you believe that the price for the

**Stewart, Ronald 5-15-07**                    **Page 22**

00023

property represented the fair market value of the property?

A    I do.

Q    Now, as a member of the Board of County Commissioners, you also heard applications from the Alexander Dawson Foundation for property that it retained; is that correct?

A    Correct.

Q    And it operates a private school on the remaining property?

A    Correct.

Q    Did Alexander Dawson receive special treatment on its applications because it had agreed to sell property to the County?

A    No.

Q    So in considering the special use applications of the Alexander Dawson Foundation, you applied the special use criteria in the same manner you would for any other applicant?

A    Yes.

Q    Would you look at Exhibit 59, please.

A    Okay.

Q    Is your signature on that exhibit?

A    Yes.

Q    And it's Resolution 96-26 approving, actually,