# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 06-cv-00554-REB-BNB

ROCKY MOUNTAIN CHRISTIAN CHURCH, a Colorado nonprofit corporation, et al.,

    Plaintiffs,

and

UNITED STATES OF AMERICA,

    Intervenor Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY, COLORADO,

    Defendant.

---

## MINUTE ORDER[1]

---

The matter before the court is the **Stipulated Request to Vacate Trial Date** [#136], filed August 8, 2007. After reviewing the request and the file, the court has concluded that the request should be granted and that the Trial Preparation Conference and jury trial should be vacated.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Request to Vacate Trial Date** [#136], filed August 8, 2007, is **GRANTED**;

2. That the Trial Preparation Conference set for August 24, 2007, and the jury trial set to commence September 10, 2007, are **VACATED**; and

3. That the telephonic status conference previously set for August 14, 2007, at 10:30 a.m., is **CONVERTED** to a setting conference in order to reset this matter for a Trial Preparation Conference and jury trial.

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

Dated: August 9, 2007