IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00554-REB-BNB

ROCKY MOUNTAIN CHRISTIAN CHURCH, a Colorado nonprofit corporation,

Plaintiff,

and

UNITED STATES OF AMERICA, intervenor,

Intervenor Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY, COLORADO,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　This matter is before the Court on the **Joint Motion to Vacate Deadlines Set in Final Pretrial Order** [docket no. 138, filed August 10, 2007] (the "Motion").

　　IT IS ORDERED that the Motion is GRANTED.

　　IT IS FURTHER ORDERED that the parties are to contact me within ten (10) days of obtaining a new trial date from Judge Blackburn's Chambers, in order to set a new date for a Pretrial Conference, and a new date to submit a new Pretrial Order.

DATED:  August 10, 2007