**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00554-REB-BNB

ROCKY MOUNTAIN CHRISTIAN CHURCH, a Colorado nonprofit corporation, et al.,

    Plaintiffs,
and

UNITED STATES OF AMERICA,

    Intervenor Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY, COLORADO,

    Defendant.

### MINUTE ORDER[1]

The matter comes before the court on the **Motion For Modification of District Court Practice Standards Regarding Reply To Opposition To Motion For Summary Judgment** [#144], filed August 14, 2007.  The motion is **GRANTED**.  Defendant Board of County Commissioners of Boulder County, Colorado may file a 29-page reply by the close of business on **August 17, 2007**.

    Dated:  August 16, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.