**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00554-REB-BNB

ROCKY MOUNTAIN CHRISTIAN CHURCH, a Colorado nonprofit corporation, et al.,

    Plaintiffs,
and

UNITED STATES OF AMERICA,

    Intervenor Plaintiff,
v.

BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY, COLORADO,

    Defendant.

---

**MINUTE ORDER**[1]

---

The matter comes before the court on the **Notice of Withdrawal** [#148], filed August 23, 2007. After careful review of the notice and the file, the court has concluded that the notice should be approved and the **Plaintiff's Motion Requesting Modification of Practice Standards To Permit a Surreply To the Motion for Summary Judgment** [#147], filed August 22, 2007, should be withdrawn.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Notice of Withdrawal** [#148], filed August 23, 2007, is **APPROVED**; and

    2. That **Plaintiff's Motion Requesting Modification of Practice Standards To Permit a Surreply To the Motion for Summary Judgment** [#147], filed August 22, 2007, is **WITHDRAWN**.

    Dated: August 23, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.