# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 06-cv-00554-REB-BNB

ROCKY MOUNTAIN CHRISTIAN CHURCH, a Colorado nonprofit corporation, et al.,

    Plaintiffs,
and

UNITED STATES OF AMERICA,

    Intervenor Plaintiff,
v.

BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY, COLORADO,

    Defendant.

## MINUTE ORDER[1]

The matter comes before the court on **Plaintiff's Motion Requesting Modification of Practice Standards To Permit a Surreply To The Motion For Summary Judgment** [#151], filed August 24, 2007. The motion is **GRANTED**, and **Plaintiffs' Surreply To Defendant's Summary Judgment Reply Brief** [#151-2], is accepted for filing.

    Dated: January 14, 2008

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.