IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00554-REB-BNB

ROCKY MOUNTAIN CHRISTIAN CHURCH, a Colorado nonprofit corporation,
ALAN AHLGRIM, Lead Pastor,
DONALD BONDESON, Discipleship Pastor,
BARB EVANS, Director of Women's Ministry, and
DAVID PAGE, Elder,

Plaintiffs,

and

UNITED STATES OF AMERICA,

Intervenor Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY, COLORADO,

Defendant.

---

## ORDER

---

The parties appeared this morning for a final pretrial conference. Consistent with matters discussed at that conference:

IT IS ORDERED that the parties, on or before **June 9, 2008**, shall contact my chambers with proposed dates for a settlement conference.

IT IS FURTHER ORDERED that the defendant shall submit a supplement to the final pretrial order on or before **June 30, 2008**, reducing the number of community member witnesses from 29 to not more than six, and specifically identifying the six.

IT IS FURTHER ORDERED that discovery is reopened to and including **July 31, 2008**, solely for the purpose of permitting the plaintiffs to depose the six identified community member witnesses discussed above.

IT IS FURTHER ORDERED that the parties shall exchange all demonstrative exhibits on  or before **October 1, 2008**.

Dated June 2, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge