**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00554-REB-BNB

ROCKY MOUNTAIN CHRISTIAN CHURCH, a Colorado nonprofit corporation, et al.,

    Plaintiffs,
and

UNITED STATES OF AMERICA,

    Intervenor Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY, COLORADO,

    Defendant.

---

### MINUTE ORDER[1]

---

    The matter comes before the court on the **Intervener United States of America's Unopposed Motion To Be Excused From Trial and From Other Activities Unrelated To The Constitutionality of The Religious Land Use and Institutionalized Persons Act of 2000** [#209] filed October 6, 2008. The motion is **GRANTED**. The United States of America is excused from attendance at trial and is excused from attendance at other activities unrelated to the constitutionality of RLUIPA, including the trial preparation conference currently set for October 17, 2008.

    Dated: October 7, 2008

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.