# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 06-cv-00554-REB-BNB

ROCKY MOUNTAIN CHRISTIAN CHURCH, a Colorado nonprofit corporation, et al.,

    Plaintiffs,
and

UNITED STATES OF AMERICA,

    Intervenor Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY, COLORADO,

    Defendant.

## MINUTE ORDER[1]

The matter comes before the court on **Defendant's Unopposed Motion To Exceed Page Limitation Re: Defendant's Trial Brief** [#230] filed October 27, 2008. The motion is **GRANTED**. Due to the confusion between docket #'s 228, and #230, the defendant's shall file their trial brief by the close of business on **October 31, 2008**.

    Dated: October 28, 2008

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.