# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 06-cv-00554-REB-BNB

ROCKY MOUNTAIN CHRISTIAN CHURCH, a Colorado nonprofit corporation, et al.,

    Plaintiffs,

and

UNITED STATES OF AMERICA,

    Intervenor Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY, COLORADO,

    Defendant.

---

## MINUTE ORDER[1]

---

    The matter comes before the court on the defendant's **Unopposed Motion to Permit Electronic Equipment, With Cameras, Into Courtroom** [#241] filed October 30, 2008. The motion is **GRANTED**. Caroline Williams, Robert(Bob) Trigg and Krys Squires, are permitted to bring their respective lap tops and cell phones into the courthouse for the duration of the trial in this matter.

    Dated: October 30, 2008

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.