# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 06-cv-00554-REB-BNB

ROCKY MOUNTAIN CHRISTIAN CHURCH, a Colorado nonprofit corporation, et al.,

    Plaintiffs,

and

UNITED STATES OF AMERICA,

    Intervenor Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY, COLORADO,

    Defendant.

## MINUTE ORDER[1]

The matter comes before the court on the plaintiffs' **Motion to Permit Electronic Equipment, With Cameras, Into Courtroom** [#238] filed October 29, 2008. The motion is **GRANTED**. Nate Martinez and Susan Tudhope are permitted to bring their respective lap top and cell phones into the courthouse for the duration of the jury trial in this matter.

    Dated: October 30, 2008

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.