IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

**Date: November 3, 2008**

Ginny Kramer, Courtroom Deputy
Suzanne Claar, Court Reporter

___

**Civil Case No.  06-cv-00554-REB-BNB**

| | |
|---|---|
| ROCKY MOUNTAIN CHRISTIAN CHURCH, *a Colorado nonprofit corporation,* et al., | Kathryn Hopping Thomas Macdonald Darrell Waas |
| Plaintiff | |
| v. | |
| UNITED STATES OF AMERICA, | Peter Bryce - excused |
| Intervenor Plaintiff, | |
| v. | |
| BOULDER COUNTY, COLORADO BOARD OF COUNTY COMMISSIONERS, | David Hughes Hiram Bisell Carey, III John Bauer |
| Defendant. | |

___

### COURTROOM MINUTES - JURY TRIAL - DAY ONE
___

**7:50 a.m.**     Courtroom Deputy met with counsel to review exhibits and trial procedures.

8:30 a.m.     Fifty (50) potential jurors are brought to the courtroom.

Fifteen (15) jurors are seated in the jury box before the Judge takes the bench.

**8:43 a.m.     Court in session.**

The United States of America is excused from appearing at the jury trial.

The jury panel is sworn.

Opening statements by the court.

9:17 a.m.        Voir dire by the Court.

**Excused for cause:**

1. 100147417
2. 100127056
3. 100128537
4. 100142315

**10:10 a.m.      Court in recess.**
**10:20 a.m.      Court in session**.

10:20 a.m.       Voir dire by the Plaintiff.

**Excused for cause:**

5. 100153893

10:27 a.m.       Voir dire as to Juror No. 100153893 by the Court.

10:31 a.m.       Voir dire resumes for the Plaintiff.

The Plaintiff requests that Juror No. 100138874 be excused for cause.

Voir dire as to Juror No. 100138874 by the Court.

No objection by the Defendant as to the Plaintiff challenge for cause;

**Excused for Cause:**

6. 100138874

10:40 a.m.       Voir dire as to Juror No.  100153872 by the Court.

10:46 a.m.       Voir dire resumes for the Plaintiff.

The Plaintiff passes the jury panel for cause.

10:52 a.m.       Voir dire by the Defendant.

The Defendant requests that Juror No. 100139056 be excused for cause.

10:58 a.m.       Voir dire as to Juror No. 100139056 by the Court.

The Plaintiff opposes the Defendant's challenge for cause.

Argument by the Defendant.

Response by the Plaintiff.

The Defendant's challenge for cause as to Juror No. 100139056 is overruled.

11:03 a.m.     Voir dire by the Defendant resumes.

The Defendant challenges Juror No. 1001577931 for cause.

11:09 a.m.     Voir dire as to Juror No. 1001577931 by the Court.

The Plaintiff objects to the Defendant's challenge for cause.

Argument by the Defendant.

Defendant's challenge for cause as to Juror No. 1001577931 is denied.

The Defendant requests that Juror No. 10046900 be excused for cause.

The Plaintiff objects to the Defendant's challenges.

Argument by the Defendant.

Defendant's challenge for cause as to Juror No. 10046900 is denied.

Further voir dire as to Juror 10046900 by the Court.

The Court finds that this panel is acceptable for the trial of this case.

**Plaintiff's peremptory challenges:**

1.    100159514
2.    100158984
3.    100154444

**Defendant's peremptory challenges:**

1.    100130086
2.    100148994
3.    100157931

**Jury Panel:**

1.    100141070
2.    100147358
3.    100137609
4.    100138732
5.    100146900
6.    100139056
7.    100135626
8.    100160033
9.    100153872

11:30 a.m.	The jury panel is sworn.

The Juror Code of Conduct is tendered to the jury.

**11:36 a.m.	Court in recess and shall reconvene at 1:15 p.m.**
**1:15 p.m.	Court in session.**

The jury is not present.

The Court and counsel discuss the parties stipulations that are to be read to the jury.

Statements to the Court by the Defendant.

Statements to the Court by the Plaintiff.

Reply by the Defendant.

1:25 p.m.	The jury is present.

Statements to the jury by the Court.

The Court's sequestration order is in effect.

1:43 p.m.	Opening argument by Mr. Waas for the Plaintiff.

2:`11 p.m.	Opening argument by Mr. Hughes for the Defendant.

The Court reads to the jury the parties stipulated facts.

**3:10 p.m.	Court in recess.**
**3:30 p.m.	Court in session.**

The jury is not present.

The Court enters Findings of Fact, Conclusions of Law, and orders.

**It was ORDERED:**

> 1,	That the Defendant's Motion in Limine [#190] filed September 19, 2008, is respectfully **denied**.
>
> 2.	That the Defendant's objections to the purview of extant or prospective substantial burden are respectfully overruled consistent with the Court's findings, conclusions of law, and rulings.

3:33 p.m.	The jury is present.

The Plaintiff calls witness, Pastor Alan Ahlgrim.

The witness is sworn.

3:34 p.m. Direct examination of the witness, Pastor Alan Ahlgirm, by Ms. Hopping.

The Plaintiff offers Exhibit 161.

No objections.

**Exhibit 161-001 is admitted into evidence**.

The Plaintiff offers Exhibit 161-005.

No objections.

**Exhibit 161-005 is admitted into evidence.**

The Plaintiff offers Exhibit 149-29.

No objections.

**Exhibit 149-29 is admitted into evidence.**

4:42 p.m. The jury is excused and shall return on Tuesday, November 4, 2008, at 9:00 a.m.

The Court discusses the issue of exhibits with counsel.

**4:50 p.m.** **Court in recess and shall reconvene on Tuesday, November 4, 2008, at 9:00 a.m.**

*Total court time: 5 hours and 52 minutes - trial continued*