**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

**Date: November 5, 2008**

Ginny Kramer, Courtroom Deputy
Suzanne Claar, Court Reporter

_____

**Civil Case No.  06-cv-00554-REB-BNB**

| | |
|---|---|
| ROCKY MOUNTAIN CHRISTIAN CHURCH, *a Colorado nonprofit corporation,* et al., | Kathryn Hopping Thomas Macdonald Darrell Waas |
| Plaintiff | |
| v. | |
| UNITED STATES OF AMERICA, | Peter Bryce - excused |
| Intervenor Plaintiff, | |
| v. | |
| BOULDER COUNTY, COLORADO BOARD OF COUNTY COMMISSIONERS, | David Hughes Hiram Bisell Carey, III John Bauer |
| Defendant. | |

_____

**COURTROOM MINUTES - JURY TRIAL - DAY THREE**
_____

**8:50  a.m.      Court in session**.

Witness, Mr. John Goad, Jr., resumes the stand.

The witness is reminded that he remains under oath.

851:a.m.      Cross examination of the witness, Mr. John Goad, Jr.,  by Mr. Bauer resumes.

9:01 a.m.      Redirect examination of the witness, by Ms. Hopping for the Plaintiff.

The witness is excused and released from subpoena.

The Plaintiff calls witness, Pastor Rick Thielen.

The witness is sworn.

9:05 a.m.     Direct examination of the witness, Pastor Rick Thielen by Mr. Macdonald
              for the Plaintiff.

The Plaintiff offers Exhibit 162-004.

Objections by the Defendants.

Defendants' objection is overruled.

**Exhibit 162-004 is admitted into evidence.**

The Plaintiff offers Exhibit 162-005.

Objections by the Defendant.

Defendant's objection is sustained.

The Plaintiff re-offers Exhibit 162-005.

No objection.

**Exhibit 162-005 is admitted into evidence.**

Plaintiff offers Exhibits 162-006, 162-007, 162-028, 149-007, 149-008, 149-009, 149-012, 149-019, and 149-023.

No objections.

**Exhibits 162-006, 162-007, 162-028, 149-007, 149-008, 149-009, 149-012, 149-019, and 149-023  are admitted into evidence.**

**10:17 a.m.   Court in recess.**
**10:41 a.m.   Court in session.**

Direct examination of witness, Pastor Rick Thielen, resumes.

12:00 noon   The jury is excused.

The Court and counsel discuss the issue of Mr. Billingsley testimony.

**12:05 noon   Court in recess and shall reconvene at 1:10 p.m.**
**1:20 p.m.      Court in session.**

The jury is not present.

The Court informs counsel that it has received, reviewed, and considered the reasons stated, arguments advanced and authorities cited by the parties relative to the issues raised by or inherent to the Defendant's Motion in Limine [#194], filed September 19, 2008.  The Court will give its ruling prior to the testimony of the witness, Mr. Billingsley.

1:23 p.m.      The jury is present.

Direct examination of the witness Pastor Rick Thielen resumes.

1:32 p.m.      Cross examination of the witness, Pastor Rick Thielen by Mr. Macdonald.

The Defendant offers Exhibits 488, 458, and 459.

No objections.

**Exhibits 488, 458, and 459 are admitted into evidence.**

The Defendant offers Exhibit 168.

No objections.

**Exhibit 168 is admitted into evidence.**

**3:00 p.m.      Court in recess.**
**3:17 p.m.      Court in session.**

Cross examination of the witness, Pastor Rick Thielen, resumes.

Exhibit 168 is published to the jury.

Exhibit 11 is published to the jury.

The Defendant offers Exhibit 451.

No objections.

**Exhibit 451 is admitted into evidence.**

Exhibit 451 is published to the jury.

3:31 p.m.     Redirect examination of the witness.

The witness is excused.

The Plaintiff calls witness, Mr. Graham Billingsley.

The witness is sworn.

3:46 p.m.     Direct examination of the witness, Mr. Graham Billingsley, by Mr. Waas for
              the Plaintiff.

4:05 p.m.     The jury is excused.

The Court and counsel discuss Defendant's Motion in Limine [#194], filed September
19, 2008.

The Court enters Findings of Fact, Conclusions of Law, and orders.

**It was ORDERED**:

    1.      That the Defendant's Motion In Limine [#194], filed September 19, 2008, is
            granted in part and denied in part;

            a.      That the motion is **granted** insofar as it requests the entry of an
                    order in limine precluding and prohibiting argument, testimony, or
                    evidence of the Board of County Commissioners approval of public
                    schools including but not limited to Niwot High School;

            b.      That the motion is **denied** otherwise; and

    2.      That the admission and use of other evidence concerning Niwot High
            School shall be determined on a discrete offer and objection basis.

4:17 p.m.     The jury is present.

Direct examination of the witness Mr. Graham Billingsley resumes

The witness is excused and instructed to return on Thursday, November 6, 2008, at
8:30 a.m. to complete his testimony.

**4:45 p.m.     Court in recess and shall reconvene on Thursday, November 6, 2008,
              at 8:30 a.m.**

*Total in court time:   5 hours and 59 minutes - Trial continued*