# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

**Date: November 6, 2008**

Ginny Kramer, Courtroom Deputy
Suzanne Claar, Court Reporter

---

**Civil Case No.  06-cv-00554-REB-BNB**

| | |
|---|---|
| ROCKY MOUNTAIN CHRISTIAN CHURCH, *a Colorado nonprofit corporation,* et al., | Kathryn Hopping Thomas Macdonald Darrell Waas |
| Plaintiff | |
| v. | |
| UNITED STATES OF AMERICA, | Peter Bryce - excused |
| Intervenor Plaintiff, | |
| v. | |
| BOULDER COUNTY, COLORADO BOARD OF COUNTY COMMISSIONERS, | David Hughes Hiram Bisell Carey, III John Bauer |
| Defendant. | |

---

## COURTROOM MINUTES - JURY TRIAL - DAY FOUR
---

 **8:33 a.m.**     **Court in session**.

Witness Mr. Graham Billingsley resumes the witness stand.

The witness is reminded that he remains under oath.

8:34 a.m.     Direct examination of witness, Mr. Graham Billingsley, resumes.

The Plaintiff offers Exhibit 166-008.

No objections.

**Exhibit 166-008 is admitted into evidence.**

The Plaintiff offers Exhibit 133.

No objections.

**Exhibit 133 is admitted into evidence.**

10:07 a.m.  The jury is excused.

The Court and counsel discuss the Defendant's objections as to the questions asked the witness.

Argument by Mr. Hughes for the Defendant.

Reply by Mr. Waas for the Plaintiff.

The Defendant's objections are overruled.

**10:15 a.m.   Court in recess.**
**10:35 a.m    Court in session.**

Direct examination of the witness resumes.

11:00 a.m.  The jury is excused.

The Court and counsel discuss Defendant's Motion in Limine [#192], filed September 19, 2008.

The Court enters Findings of Fact, Conclusions of Law, and orders.

**It was ORDERED:**

    1.    That the Defendant's Motion in Limine regarding Faith Lutheran Community Church and Columbine Unity Church [#192] filed September 19, 2008, is **granted**.

    2.    That the objection of the Defendant is sustained.

11:15 a.m.  The jury is present.

11:20 a.m.  Cross examination of the witness, Mr. Graham Billingsley, by Mr. Hughes.

**12:00 noon  Court in recess and shall reconvene at 1:15 p.m.**
**1:17 p.m.   Court in session.**

1:17 p.m.   Cross examination of the witness, Mr. Graham Billingsley, resumes.

The Defendant offers Exhibit 450.

Objections by the Plaintiff.

Response by the Defendant.

**Exhibit 450 is admitted, as to the excerpts of Exhibit 450 that are actually published and broadcast during the trial of this case.**

The Defendant offers Exhibit 481.

No objections.

**Exhibit 481 is admitted into evidence.**

The Defendant offers the witness, Mr. Graham Billingsley, as an expert on land use planning and zoning.

No objections by the Plaintiff.

The Court accepts the proffer of the Defendant.

The Defendant offers Exhibit 452.

No objections.

**Exhibit 452 is admitted into evidence.**

**3:00 p.m.     Court in recess.**
**3:17 p.m.     Court in session.**

Cross examination of the witness, Mr. Graham Billingsley, resumes.

The Defendant offers Exhibit 487.

No objections.

**Exhibit 487 is admitted into evidence.**

The Plaintiff offers Exhibit 372.

No objections.

**Exhibit 372 is admitted into evidence.**

4:22 p.m.     Redirect examination of the witness.

The witness is excused and released from subpoena.

4:40 p.m     The jury is excused and shall reconvene on Friday, November 7, 2008, at 8:30 a.m.

Discussion by the Court and counsel as to the Defendant's Motion in Limine [#191] filed September 19, 2008.

Argument by Mr. Bauer for the Defendant.

Response by Mr. Macdonald for the Plaintiff.

Reply by Mr. Bauer.

Discussion by the Court and counsel as to the testimony of witness, Barry Himmelman.

**It was ORDERED:**

    1.     That the Court **denies** the request as stated in the defendant's trial brief on page 4 at 11, where the defendant proposes exclusion of certain opinions by plaintiff's anticipated expert Berry Himmelman, for the reasons stated on the record.

    2.     That the Defendant's Motion in Limine *re Evidence or Argument Related to the Facial Unconstitutionality of the Code* [#191] filed September 19, 2008, is **taken under advisement.**

**5:00 p.m.     Court in recess and shall reconvene on Friday, November 7, 2008, at 8:30 a.m.**

*Total in court time: 6 hours and 33 minutes - Trial continued*