IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

**Date: November 7, 2008**

Ginny Kramer, Courtroom Deputy
Suzanne Claar, Court Reporter

---

**Civil Case No. 06-cv-00554-REB-BNB**

| | |
|---|---|
| ROCKY MOUNTAIN CHRISTIAN CHURCH, *a Colorado nonprofit corporation,* et al., | Kathryn Hopping Thomas Macdonald Darrell Waas |
| Plaintiff | |
| v. | |
| UNITED STATES OF AMERICA, | Peter Bryce - excused |
| Intervenor Plaintiff, | |
| v. | |
| BOULDER COUNTY, COLORADO BOARD OF COUNTY COMMISSIONERS, | David Hughes Hiram Bisell Carey, III John Bauer |
| Defendant. | |

---

### COURTROOM MINUTES - JURY TRIAL - DAY FIVE
---

 **8:41 a.m.    Court in session**.

The jury is not present.

The Court and counsel discuss the Defendant's Motion in Limine [#191] filed September 19, 2008.

The Court enters Findings of Fact, Conclusions of Law, and orders.

**It was ORDERED**:

> 1. That the Defendant's Motion in Limine *re Faith Lutheran Community Church and Columbine Unity Church,* [#191] filed September 19, 2008, is

> **granted in part and denied in part** as stated on the record.

**8:51 a.m.    Court in recess.**
**8:58 a.m.    Court in session.**

The jury is present.

The Plaintiff calls witness, Ms. Rosi Koopmann.

The witness is sworn.

8:59 a.m.    Direct examination of the witness, Ms. Rosi Koopmann, by Mr. Macdonald.

The Plaintiff offers the witness, Ms. Rosi Koopmann, as an expert on the subject of planning and development.

No objections.

The Court accepts the Plaintiff's proffer.

The Plaintiff offers Exhibit 92.

No objections.

**Exhibit 92 is admitted into evidence.**

10:30 a.m.    The jury is excused.

Statements to counsel by the Court.

**10:33 a.m.   Court in recess.**
**10:53 a.m.   Court in session**.

Direct examination of the witness, Mr. Rosi Koopmann, resumes.

The Plaintiff offers Exhibit 153.

Objections by the Defendant.

Response by the Plaintiff.

Defendant's objection is sustained.

Exhibit 153 is not admitted into evidence.

The Plaintiff re-offers Exhibit 153.

Objection by the Defendant.

Defendant's objection is overruled.

**Exhibit 153 is admitted into evidence.**

11:22 p.m.   Cross examination of the witness, Ms. Rosi Koopmann, by Mr. Carey, for the Defendant.

**12:00 noon  Court in recess and shall reconvene at 1:15 p.m.**
**1:20 p.m.   Court in session.**

Cross examination of the witness, Ms. Rosi Koopmann, resumes.

1:53 p.m.    Redirect examination of the witness.

The witness is excused and released from subpoena.

The Plaintiff calls witness, Ms. Barb Evans.

The witness is sworn.

1:57 p.m.    Direct examination of the witness, Ms. Barb Evans, by Ms. Hopping for the Plaintiff.

2:30 p.m.    Cross examination of the witness, Ms. Barb Evans, by Mr. Bauer for the Defendant.

The witness is excused and released from subpoena.

**2:55 p.m.   Court in recess.**
**3:12 p.m    Court in session.**

The Plaintiff calls witness, Mr. David Page.

The witness is sworn.

3:13 p.m.    Direct examination of the witness, Mr. David Page, by Mr. Macdonald for the Plaintiff.

No cross examination.

The witness is excused.

The Plaintiff calls witness, Mr. Donald Bondeson.

The witness is sworn.

3:37 p.m.   Direct examination of the witness, Mr. Donald Bondeson, by Ms. Hopping for the Plaintiff.

3:53 p.m.   Cross examination of the witness, Mr. Donald Bondeson, by Mr. Bauer for the Defendant.

The Defendant offers Exhibit 449.

No objections.

**Exhibit 449 is admitted into evidence.**

The Defendant offers Exhibit 498.

No objections.

**Exhibit 498 is admitted into evidence**.

The witness is excused and instructed to return on Monday, November 10, 2008, at 8:30 a.m.

4:30 p.m.   The jury is excused.

Statements to counsel by the Court.

**4:35 p.m.   Court in recess and shall reconvene on Monday, November 10, 2008, at 8:15 a.m.**

*Total in court time:   5 hours and 58 minutes -   Trial continued*