IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date: November 10, 2008

Ginny Kramer, Courtroom Deputy
Suzanne Claar, Court Reporter

_____

**Civil Case No. 06-cv-00554-REB-BNB**

| | |
|---|---|
| ROCKY MOUNTAIN CHRISTIAN CHURCH, *a Colorado nonprofit corporation,* et al., | Kathryn Hopping<br>Thomas Macdonald<br>Darrell Waas |
| Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, | Peter Bryce - excused |
| Intervenor Plaintiff, | |
| v. | |
| BOULDER COUNTY, COLORADO BOARD OF COUNTY COMMISSIONERS, | David Hughes<br>Hiram Bisell Carey, III<br>John Bauer |
| Defendant. | |

_____

**COURTROOM MINUTES - JURY TRIAL - DAY SIX**
_____

**8:15 a.m.    Court in session**.

The jury is not present.

The Court and counsel discuss the Defendant's Motion in Limine *re Statements by Former Planning Commissioner Mathew Morrison* [#195] filed September 19, 2008.

Argument by Mr. Hughes for the Defendant.

Response by Ms. Hopping for the Plaintiff.

Reply by Mr. Hughes for the Defendant.

The Court enters Findings of Fact, Conclusions of Law, and orders.

**It was ORDERED:**

1. That the defendant's objections under Federal Rules of Evidence 401, 402, 403, 801, and 802 to statements allegedly made by quondam county commissioner Paul Danish to Regina Hyatt are respectfully **overruled;** and

2. That the Defendant's Motion in Limine *re Statements by Former Planning Commissioner Mathew Morrison* [#195], filed September 19, 2008, is **denied**.

The Court and counsel discuss issues with the testimony of Mr. Dave Peterson.

Argument by Mr. Hughes for the Defendant.

Response by Mr. Waas for the Plaintiff.

Reply by Mr. Hughes.

The Court enters Findings of Fact, Conclusions of Law, and orders.

**It was ORDERED:**

1. That with respect to the Peterson matter the issues raised by and inherent to this argument or motion are now joined and the Court will take the issue under advisement. That the Court will issue its ruling immediately prior to commencement of Mr. Peterson's anticipated testimony.

**8:30 a.m.**     **Court in recess.**
**8:35 a.m.**     **Court in session.**

The jury is present.

The witness, Mr. Donald Bondeson, resumes the witness stand.

The witness is reminded that he reminds under oath.

8:36 a.m.     Cross examination of the witness, Mr. Donald Bondeson, resumes.

The Defendant offers Exhibit 497.

No objections.

**Exhibit 497 is admitted into evidence.**

The Defendant offers Exhibit 247.

No objections.

**Exhibit 247 is admitted into evidence.**

9:36 a.m.     Redirect examination of the witness by Ms. Hopping.

The witness is excused and released from subpoena.

The plaintiff calls witness, Mr. Mel McGowan.

The witness is sworn.

9:41 a.m.     Direct examination of the witness, Mr. Mel McGowan, by Ms. Hopping for the Plaintiff.

The Plaintiff offers the witness, Mr. Mel McGowan, as an expert in design and facilities master planning.

No objections.

The Court accepts the Plaintiff's proffer as to the witness.

**10:00 a.m.    Court in recess.**
**10:20 a.m.    Court in session.**

Direct examination of the witness resumes.

10:26 a.m.    Cross examination of the witness, Mr. Mel McGowan, by Mr. Bauer.

The witness is excused and released from subpoena.

The Plaintiff calls witness, Mr. Luke Gentrup.

The witness is sworn.

11:01 a.m.    Direct examination of the witness, Mr. Luke Gentrup, by Ms. Hopping.

The Plaintiff offers the witness, Mr. Luke Gentrup, as an expert in construction cost and estimates.
No objections.

The Court accepts the Plaintiff's proffer.

The Plaintiff offers Exhibit 499.

No objections.

**Exhibit 499 is admitted into evidence**.

11:42 a.m.   Cross examination of the witness, Mr. Luke Gentrup, by Mr. Bauer for the Defendant.

**12:00 noon   Court in recess and shall reconvene at 1:10 p.m.**
**1:10 p.m.    Court in session.**

The jury is not present.

The Court enters Findings of Fact, Conclusions of Law, and orders.

**It was ORDERED:**

    1.   That the defendant's objections to the proposed testimony of Mr. Dave Peterson are **overruled**; and

    2.   That the defendant's motion in its trial brief at Section V on pages 10 and 11 to exclude certain expert opinion testimony of Mr. Dave Peterson is respectfully **denied**.

1:24 p.m.    The jury is present.

Cross examination of the witness, Mr. Luke Gentrup resumes.

1:33 p.m.    Redirect examination of the witness.

The witness is excused and released from subpoena.

The Plaintiff calls witness, Mr. Barry Himmelman.

The witness is sworn.

1:37 p.m.    Direct examination of the witness, Mr. Barry Himmelman, by Ms. Hopping for the Plaintiff.

The Plaintiff offers the witness, Mr. Barry Himmelman, as an expert in the field of construction costs.

No objections.

The Court accepts the Plaintiff's proffer.

1:53 p.m.   Cross examination of the witness, Mr. Barry Himmelman, by Mr. Bauer for the Defendant.

The witness is excused and released from subpoena.

The Plaintiff calls witness, Mr. Dave Peterson.

The witness is sworn.

1:56 p.m.   Direct examination of the witness, Mr. Dave Peterson, by Mr. Waas for the Plaintiff.

The Plaintiff offers the witness, Mr. Dave Peterson, as an expert in the area of rural economics.

No objections.

The Court accepts the Plaintiff's proffer.

2:03 p.m.   Cross examination of the witness, Mr. Dave Peterson, by Mr. Hughes for the Defendant.

2:22 p.m.   Redirect examination of the witness.

The witness is excused and released from subpoena.

The Plaintiff calls witness, Ms. Gina Hyatt.

The witness is sworn.

2:24 p.m.   Direct examination of the witness, Ms. Gina Hyatt, by Ms. Hopping for the Plaintiff.

2:29 p.m.   Cross examination of the witness, Ms. Gina Hyatt, by Mr. Hughes for the Defendant.

The witness is excused and released from subpoena.

2:32 p.m.  Plaintiff rests.

The Plaintiff tenders to the Court its Motion for Judgment as a Matter of Law.

The Defendant shall file its Motion for Judgment as a Matter of Law electronically as soon as practicable.

The Plaintiff shall file a response to the Defendant's Motion for Judgment as a Matter of Law **on or before noon on Wednesday, November 12, 2008.**

The Defendant calls witness, Mr. Benjamin Herman.

The witness is sworn.

2:41 p.m.   Direct examination of the witness, Mr. Benjamin Herman, by Mr. Carey for the Defendant.

The Defendant offers the witness, Mr. Benjamin Herman, as an expert in land use and planned zoning.

No objections.

The Court accepts the Defendant's proffer.

**3:00 p.m.   Court in recess.**
**3:19 p.m.   Court in session.**

Direct examination of the witness, Mr. Benjamin Herman, resumes.

The Defendant offers Exhibit 469.

No objections.

**Exhibit 469 is admitted into evidence.**

The Defendant offers Exhibit 473.

No objections.

**Exhibit 473 is admitted into evidence**.

**4:45 p.m.   Court in recess and shall reconvene on Wednesday, November 12, 2008, at 8:30 a.m.**

*Total in court time: 6 hours and 36 minutes - trial continued.*