# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Date: November 12, 2008

Ginny Kramer, Courtroom Deputy
Suzanne Claar, Court Reporter

---

**Civil Case No. 06-cv-00554-REB-BNB**

| | |
|---|---|
| ROCKY MOUNTAIN CHRISTIAN CHURCH,<br>*a Colorado nonprofit corporation,* et al., | Kathryn Hopping<br>Thomas Macdonald<br>Darrell Waas |
|     Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, | Peter Bryce - excused |
|     Intervenor Plaintiff, | |
| v. | |
| BOULDER COUNTY, COLORADO BOARD OF<br>COUNTY COMMISSIONERS, | David Hughes<br>Hiram Bisell Carey, III<br>John Bauer |
|     Defendant. | |

---

## COURTROOM MINUTES - JURY TRIAL - DAY SEVEN
---

**9:05 a.m.**     **Court in session**.

The jury is present.

The witness, Mr. Benjamin Herman, resumes the witness stand.

The witness is reminded that he remains under oath.

9:05 a.m.     Direct examination of the witness, Mr. Benjamin Herman, resumes.

The Defendant offers Exhibit 472.

No objections.

**Exhibit 472 is admitted into evidence.**

**10:30 a.m.    Court in recess.**
**10:55 a.m.    Court in session.**

Direct examination of the witness resumes.

The Defendant offers Exhibit 476, page 2.

No objections.

**Exhibit 476, page 2 is admitted into evidence.**

The Defendant offers Exhibit 500.

No objections.

**Exhibit 500 is admitted into evidence.**

11:46 a.m.    Cross examination of the witness, Mr. Benjamin Herman, by Mr. Macdonald for the Plaintiff.

**12:00 noon   Court in recess and shall reconvene at 1:15 p.m.**
**1:20 p.m.    Court in session.**

Cross examination of the witness, Mr. Benjamin Herman, resumes.

The Plaintiff offers Exhibit 85.

No objections.

**Exhibit 85 is admitted into evidence.**

1:53 p.m      Redirect examination of the witness.

The witness is excused and released from subpoena.

The Defendant calls witness, Ms. Mary Jolly.

The witness is sworn.

2:00 p.m.     Direct examination of the witness, Ms. Mary Jolly, by Mr. Hughes for the Defendant.

2;12 p.m.     Cross examination of the witness, Ms. Mary Jolly, by Ms. Hopping for the Plaintiff.

2:23 p.m.     Redirect examination of the witness.

The witness is excused and released from subpoena.

The Defendant calls witness Mr. Neal Anderson.

The witness is sworn.

2:26 p.m.     Direct examination of the witness, Mr. Neal Anderson, by Mr. Hughes for the Defendant.

The Defendant offers Exhibit 360.

No objections.

**Exhibit 360 is admitted into evidence.**

The Defendant offers Exhibit 354.

No objections.

**Exhibit 354 is admitted into evidence.**

**3:00 p.m.     Court in recess.**
**3:20 p.m.     Court in session.**

Direct examination of the witness, Mr. Neal Anderson, resumes.

3:22 p.m.     Cross examination of the witness, Mr. Neal Anderson, by Ms. Hopping for the Defendant.

The witness is excused and released from subpoena.

The Defendant calls witness, Mr. Todd Tucker.

The witness is sworn.

3:44 p.m.     Direct examination of the witness, Mr. Todd Tucker, by Mr. Hughes for the Defendant.

4:34 p.m.      Cross examination of the witness, Mr. Todd Tucker, by Mr. Macdonald for the Plaintiff.

The Plaintiff offers Exhibit 102.

No objections.

**Exhibit 102 is admitted into evidence.**

**4:45 p.m.     The jury is excused and shall reconvene on Thursday, November 13, 2008 at 8:30 a.m.**

The Defendant's informs the Court that they withdraw their Motion for Order to Permit Jury Visit [#196] filed September 19, 2008.

**It was ORDERED:**

    1.     That the Defendant's Motion for Order to *Permit Jury Visit* [#196] filed September 19, 2008, is **WITHDRAWN**.

**4:47 p.m     Court in recess and shall reconvene on Thursday, November 13, 2008, at 8:30 a.m.**

*Total in court time:   5 hours and 37 minutes -   Trial continued*