**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00554-REB-BNB

ROCKY MOUNTAIN CHRISTIAN CHURCH, a Colorado nonprofit corporation, et al.,

      Plaintiffs,

and

UNITED STATES OF AMERICA,

      Intervenor Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY, COLORADO,

      Defendant.

---

**MINUTE ORDER[1]**

---

      The matter comes before the court on Plaintiff's **Unopposed Motion To Exceed Page Limitation Re: Response to Motion by Defendant Board of County Commissioners of Boulder County, Colorado in Support of Motion for Judgment as a Matter of Law [#254]** filed November 12, 2008.  The motion is **GRANTED**, and **the Response to the Motion by Defendant Board of County Commissioners of Boulder County, Colorado in Support of Motion for Judgment as a Matter of Law** [#252-2] filed November 12, 2008,  is accepted for filing.

      Dated:  November 13, 2008

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.