Date:  November 17, 2008

Ginny Kramer, Courtroom Deputy
Suzanne Claar, Court Reporter

_____

**Civil Case No.  06-cv-00554-REB-BNB**

| | |
|---|---|
| ROCKY MOUNTAIN CHRISTIAN CHURCH,<br>*a Colorado nonprofit corporation,* et al., | Kathryn Hopping<br>Thomas Macdonald<br>Darrell Waas |
| Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, | Peter Bryce - excused |
| Intervenor Plaintiff, | |
| v. | |
| BOULDER COUNTY, COLORADO BOARD OF<br>COUNTY COMMISSIONERS, | David Hughes<br>Hiram Bisell Carey, III<br>John Bauer |
| Defendant. | |

_____

### COURTROOM MINUTES - JURY TRIAL - DAY TEN
_____

8:00 a.m.     The Court's purposed A and B packets of  jury instructions are tendered to counsel.

**9:00  a.m.     Court in session**.

The jury is not present.

The Court conducts a second jury instruction conference.

The Defendant tenders to the Court additional jury instructions and special interrogatories.

The Court enters Findings of Fact, Conclusions of Law, and orders.

**It was ORDERED:**

1. That the Court sua sponte reconsiders its order on Defendant's mid trial motion, [#250], Exhibit A, for entry of judgment as a matter of law as that order relates to Defendant's request to dismiss plaintiff's claims for prior restraint;

2. That Defendant's mid trial motion under Rule 50(a) for Entry of Judgment as a Matter of Law as to Plaintiff's claims under the United States and Colorado constitutions for prior restraint is **granted;** and

3. That accordingly, Plaintiff's claims under the United States and Colorado Constitutions for prior restraint are **dismissed.**

The Court's final jury instructions will be tendered to counsel at 12:30 a.m. for their review.

**10:05 a.m.    Court in recess and shall reconvene at 1:00 p.m.**

12:30 p.m.    The Court's final jury instructions are tendered to counsel.

**1:00 p.m.    Court in session.**

The jury is not present.

The Court and counsel review the Court's final jury instructions.

**It was ORDERED:**

1. That all pending objections to the Court's final instructions, interrogatories and verdict forms are respectfully overruled;

2. That Instructions 1 through 23 inclusive and verdict forms A ,B, and C are formally approved for inclusion in the Court's final charge to the jury; and

3. that all other proposed and tendered jury instructions, interrogatories, verdict forms and language are rejected, including but not limited to Defendant's tendered special interrogatories to the jury.

**1:15 p.m.    Court in recess.**
**2:00 p.m.    Court in session.**

The jury is present.

The Court's jury instructions are tendered to the jury.

Statements to the jury by the Court.

| | |
|---|---|
| 2:05 p.m. | The Court instructs the jury. |
| 3:05 p.m. | Closing argument by Ms. Hopping for the Plaintiff. |
| **3:40 p.m.** | **Court in recess.** |
| **3:53 p.m.** | **Court in session.** |
| 3:54 p.m. | Closing argument by Mr. Bauer for the Defendant. |
| 4:36 p.m. | Rebuttal argument by Mr. Waas for the Plaintiff. |
| 4:50 p.m. | The jury is excused and shall reconvene on Tuesday, November 18, 2008, at 9:00 a.m. to begin their deliberations. |
| **4:51 p.m.** | **Court in recess and shall reconvene on Tuesday, November 18, 2008, at 4:45 p.m. unless notified by the Court.** |

*Total in court time: 3 hours and 58 minutes - trial continued*