**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00554-REB-BNB

ROCKY MOUNTAIN CHRISTIAN CHURCH,

    Plaintiff,
and

UNITED STATES OF AMERICA,

    Intervenor Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY, COLORADO,

    Defendant.

## MINUTE ORDER[1]

The matter comes before the court on **Defendant's Unopposed Motion to Exceed Page Limitation Re: Reply to Response to Defendant's Renewed Motion For Judgment as a Matter of Law** [#288], filed February 17, 2009. The motion is **GRANTED**, and the **Reply to Response to Defendant's Renewed Motion For Judgment as a Matter of Law** [#288-3] is accepted for filing.

Dated: February 18, 2009

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.