**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00554-REB-BNB

ROCKY MOUNTAIN CHRISTIAN CHURCH, a Colorado nonprofit corporation,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY, COLORADO,

    Defendant.

**ORDER STAYING INJUNCTION AND EXECUTION PENDING APPEAL**

**Blackburn, J.**

    This matter is before me on the **Defendant's Unopposed Motion for Clarification of Stay of Execution** [#335][1] filed January 14, 2010.  I grant the motion.

    On January 11, 2010, I issued an order [#334] granting in part the plaintiff's motion for an award of attorney fees and non-taxable costs.  In that order, I directed the defendant to pay the attorney fees and costs awarded to the defendant within 60 days of the date of the order.  As the defendant notes correctly, on May 12, 2009, I entered an **Order Staying Injunction and Execution Pending Appeal** [#314].  In that order [#314] I ordered that any execution by the plaintiff based on any award of costs or attorney fees in this case be stayed until the defendant's appeal to the United States Court of Appeals for the Tenth Circuit is resolved fully.

    In its present motion the defendant asks that I clarify that the requirements of my

---

[1] "[#335]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

**Order Concerning Motion for Attorney Fees** [#334] filed January 11, 2010, are stayed under the terms of my **Order Staying Injunction and Execution Pending Appeal** [#314] filed May 12, 2009.  My stay order [#314] includes any award of attorney fees and costs and stays the requirements of my **Order Concerning Motion for Attorney Fees** [#334] filed January 11, 2010.

**THEREFORE, IT IS ORDERED** as follows:

1.   That the **Defendant's Unopposed Motion for Clarification of Stay of Execution** [#335] filed January 14, 2010, is **GRANTED**; and

2.   That the requirements of my **Order Concerning Motion for Attorney Fees** [#334] filed January 11, 2010, are **STAYED** under the terms of my **Order Staying Injunction and Execution Pending Appeal** [#314] filed May 12, 2009.

Dated January 15, 2010, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge